# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CHICAGO H&S HOTEL PROPERTY, L.L.C. | ) | Case No. 07-20088 |
| | ) | |
| Debtor. | ) | Hon. Eugene R. Wedoff |
| | ) | |
| | ) | Hearing Date: November 6, 2007 |
| | ) | Hearing Time: 10:00 a.m. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on November 6, 2007, at 10:00 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Eugene R. Wedoff, or any judge sitting in his stead, in Room 744 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the **DEBTOR'S MOTION FOR ORDER GRANTING THE DEBTOR ADDITIONAL TIME TO FILE SCHEDULES AND STATEMENTS**, a copy of which is hereby served upon you.

Dated: November 1, 2007

        CHICAGO H&S HOTEL PROPERTY, L.L.C.

        By: /s/  Daniel A. Zazove
           PERKINS COIE LLP
           Daniel A. Zazove (ARDC # 3104117)
           Jason D. Horwitz (ARDC # 6269962)
           131 S. Dearborn Street, Suite 1700
           Chicago, Illinois 60603-5559
           Telephone: 312.324.8400
           Facsimile: 312.324.9400
           e-mail: dzazove@perkinscoie.com
           e-mail: jhorwitz@perkinscoie.com

           - and -

           AKIN GUMP STRAUSS HAUER & FELD LLP
           Charles R. Gibbs
           1700 Pacific Avenue, Suite 4100
           Dallas, TX 75201
           Telephone: 214.969.2800
           Facsimile: 214.969.4343
           email: cgibbs@akingump.com

         *Attorneys for the Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

   I, Daniel A. Zazove, an attorney, certify that I caused to be served upon the parties named on the attached service list a true and correct copy of the **Notice of Motion** and **Debtor's Motion for Order Granting the Debtor Additional Time to File Schedules and Statements,** via electronic transmittal or overnight delivery, as indicated, by 5:00 p.m. on November 1, 2007.

Date: November 1, 2007

                /s/ Daniel A. Zazove

## HOTEL 71
### FIRST DAY SERVICE LIST

| **Via E-mail:** | |
|---|---|
| **Roman Sukley**<br>Office of the U.S. Trustee, Region 11<br>227 W. Monroe Street<br>Suite 3350<br>Chicago, IL 60606<br>Email: roman.sukley@usdoj.gov | **Mark A. Jefferis**<br>**Anderson D. Caperton**<br>Cadwalader, Wickersham & Taft LLP<br>227 West Trade Street<br>Charlotte, NC 28202<br>Email: mark.jefferis@cwt.com<br>anderson.caperton@cwt.com |
| **Paul R. Walker**<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Email: pwalker@sidley.com | **Cornelius P. Brown**<br>Cohon Raizes & Regal LLp<br>208 S. LaSalle Street, Suite 1860<br>Chicago, IL 60604<br>nbrown@cohonraizes.com |
| **David R. Kuney**<br>Sidley Austin LLP<br>1501 K. Street, N.W.<br>Washington, D.C. 20005<br>Email: dkuney@sidley.com | **Brad B. Erens**<br>**James A. White**<br>**Mark A. Cody**<br>Jones Day<br>77 Wacker Drive<br>Chicago, IL 60601<br>Email: bberens@jonesday.com<br>jawhite@jonesday.com<br>macody@jonesday.com |
| **David Neff**<br>DLA Piper US LLP<br>203 North LaSalle Street<br>Chicago, IL 60601<br>Email: David.Neff@dlapiper.com | **Scott A. Semenek**<br>**Jonathan W. Young**<br>Wildman Harrold Allex & Dixon<br>225 W. Wacker Drive<br>Chicago, IL 60606<br>Email: young@wildman.com<br>semenek@wildman.com |
| Jonathan Strouse<br>**Les Meubles Saint Damase, Inc.**<br>Holland & Knight<br>131 S. Dearborn,<br>30th Floor<br>Chicago, IL 60603<br>Email: jonathan.strouse@hklaw.com | **Holland Neff O'Neil**<br>**Michael S. Haynes**<br>Gardere Wynn Sewell LLP<br>1601 Elm Street #3000<br>Dallas, TX 75201<br>Email: honeil@gardere.com<br>mhaynes@gardere.com |

3

**HOTEL 71**
**FIRST DAY SERVICE LIST**

| **Via FedEx:** | |
|---|---|
| Robert Warman<br>**West Paces**<br>3384 Peachtree Road, Suite 375<br>Atlanta, GA 30326 | Deanna Schaffino<br>**Hudson Boiler**<br>1725 W. Hubbard Street<br>Chicago, IL 60622 |
| **Casa Madrona Hotel & Spa**<br>801 Bridgeway<br>Sausalito, CA 94965 | Jeff Lazar<br>**JL Furnishings**<br>3040 E. Maria Street<br>Rancho Dominguez, CA 90221 |
| Vicky Wallace<br>**Crane Revolving Door**<br>924 Sherwood Drive<br>Lake Bluff, IL 60044 | **Altour International**<br>1270 Avenue of the Americas<br>15th Floor<br>New York, New York 10020 |
| Kerri Castoro<br>**Life Fitness**<br>5100 N. River Road<br>Schiller Park, IL 60176 | Keri Kelly<br>**Travel Tech Group**<br>110 W. Hubbard<br>Chicago, IL 60610 |
| **Mid America Telephone Systems**<br>11643 S. Austin Avenue<br>Alsip, IL 60803 | John Nash<br>**TIG Global, LLC**<br>5335 Wisconsin Avenue NW, Suite 780<br>Washington, DC 20015 |
| Chris Caplette<br>**EEC Industries**<br>1237 Welch Street<br>North Vancouver V7P1B3<br>British Columbia | Attn Accounts Receivable<br>**Travel Escape, LLC**<br>d/b/a Expedia Travel<br>10190 Covington Cross Drive<br>Las Vegas, NV 89144 |
| Francois Geneve<br>**Francois Geneve Products**<br>2112 W. Grace Street<br>Chicago, IL 60618 | Kanika Richardson<br>**The Puckett Group, Inc.**<br>300 E. McBee Avenue<br>Greenville, SC 29601 |

**HOTEL 71**
**FIRST DAY SERVICE LIST**

| | |
|---|---|
| Abe Assellini<br>**Midwest Contract Glazing**<br>3014 W. Fillmore<br>Chicago, IL 60612 | Adelaide DaCosta<br>**Sally Fourmy & Associaes**<br>30 Duncan Street, Floor 4<br>Toronto M5V2C2 ON<br>Canada |
| **Spargo & Associates**<br>Attn: Accounts Receivable<br>11212 Waples Mill Road, Suite 104<br>Fairfax, VA 22030 | Dave Zych<br>**Excel Freight**<br>17330 Preston Road<br>Suite 200DC<br>Dallas, TX 75252 |

26277-0005/LEGAL13692295.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CHICAGO H&S HOTEL PROPERTY, L.L.C. | ) | Case No. 07-20088 |
| | ) | |
| Debtor. | ) | Hon. Eugene R. Wedoff |
| | ) | |
| | ) | Hearing Date: November 6, 2007 |
| | ) | Hearing Time: 10:00 a.m. |

**DEBTOR'S MOTION FOR ORDER GRANTING THE DEBTOR
ADDITIONAL TIME TO FILE SCHEDULES AND STATEMENTS**

Chicago H&S Hotel Property, L.L.C., (the "Debtor"), by its undersigned counsel, hereby files this Motion for Order Granting the Debtor Additional Time to File Schedules and Statements (the "Motion"). In support of this Motion, the Debtor respectfully represents as follows:

### I. Jurisdiction

1. This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this proceeding and this Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409. The statutory bases for the relief requested herein are Section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## II. Background

2. On October 29, 2007 (the "Petition Date"), the Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code.[1] The Debtor owns and operates a 40 story, 437 guestroom, full service hotel at a prime downtown location in Chicago, Illinois adjacent to the Chicago River and Michigan Avenue known as Hotel 71 ("Hotel 71" or the "Property"). The Property was constructed as a luxury apartment complex in 1958 and was converted to a hotel in 1987.

3. In 2005, the Property was purchased by the Debtor with the express intention of converting it into a condominium hotel.[2] In order to acquire the Property and make the intended improvements the Debtor obtained a senior loan (the "Senior Loan") in the amount of $100,785,289.00 secured by a first mortgage on the Property, and the Debtor's parent, Chicago H&S Senior Investors, LLC (the "Equity Holder"), obtained a $27,338,801.00 mezzanine loan (the "Mezz Loan") from Hotel 71 Mezz Lender, L.L.C. (the "Mezz Lender"), which was secured by a pledge of the Equity Holder's 100% interest in the Debtor. Both the Senior Loan and the Mezz Loan are fully matured.

4. On July 16, 2007, the mortgage lender filed a foreclosure action with the Circuit Court of Cook County. On October 3, 2007, the Mezz Lender conducted a foreclosure sale of its

---

[1] A more full description of the background of this bankruptcy case can be found in the Declaration of Patrick J. O'Malley in Support of Chapter 11 Petition and First Day Orders, filed contemporaneously herewith.

[2] A condominium hotel is one in which an individual may purchase a fee simple interest of a deeded condominium guestroom. When the owner is at the property, he or she may use all of the amenities and services of the hotel. When not on the premises, the owner may make the guestroom available for other hotel guests. Revenue generated through such rentals is shared between the unit owner and the hotel entity.

collateral pursuant to Article 9 of the Uniform Commercial Code and purchased the Equity Holder's interest in the Debtor, making the Mezz Lender the 100% owner of the Debtor.

5. As of the Petition Date, only 78 of the 437 guestrooms have been renovated, 144 rooms are not in service and construction has not commenced on approximately one-third of the floors at the Property. Additionally, the Property is subject to more than 60 mechanic lien claims and the Debtor is a named defendant in more than a dozen lawsuits. The Debtor filed this chapter 11 case to stabilize the Property, resolve mechanic lien claims and facilitate a going concern sale of Hotel 71 pursuant to a chapter 11 plan. In furtherance of that goal, the Debtor has filed a motion seeking approval of a listing agreement with Jones Lang LaSalle Americas, Inc. to market and sell the Property.

### III.    Relief Requested

6. Pursuant to Section 521 of the Bankruptcy Code and Bankruptcy Rule 1007, a debtor is required to file a schedule of assets and liabilities, a statement of financial affairs, a statement of executory contracts and unexpired leases, and a list of equity security holders (collectively, the "Schedules and Statements") within 15 days from the date of filing its chapter 11 petition. By this Motion, the Debtor requests an extension of thirty (30) days from the time provided under Bankruptcy Rule 1007(c) to and included December 13, 2007 to file the Schedules and Statements, which will provide the Debtor with a total of forty-five (45) days after the Petition Date to file the Schedules and Statements.

### IV.    Basis For Relief

7. The Debtor believes that there are approximately 560 creditors including mechanic lien claimants and trade creditors and other interested parties that likely will be included in its Schedules and Statements. As a result of the recent change in ownership, the

26277-0005/LEGAL13647136.7                    3

Debtor has not had an opportunity to gather all of the information necessary to prepare and file its Schedules and Statements.

8. Although the Schedules and Statements were not filed on the Petition Date, annexed to the Debtor's chapter 11 petition is a list of the Debtor's twenty largest creditors. In addition, the Debtor submitted a list of all of its known creditors to the Court.

9. The Debtor believes that the fifteen-day automatic extension of time to file the Schedules and Statements provided by Bankruptcy Rule 1007(c) will be insufficient. The Debtor estimates that an extension of at least 30 additional days (for a total of 45 days) likely would provide sufficient time to prepare and file the Schedules and Statements. The Debtor thus requests that the Court grant it an extension of thirty (30) days from the time provided under Bankruptcy Rule 1007(c) to file the Schedules and Statements, which will provide the Debtor with a total of forty-five (45) days after the Petition Date to file the Schedules and Statements, without prejudice to the Debtor's right to seek further extensions or other relief from this Court.

10. On numerous occasions, courts in this district have extended the deadline to file schedules and statements in chapter 11 cases. *See, e.g., In re Orius Corp.*, Case No. 02-B-45127 (BWB) (Bankr. N.D. Ill. Nov. 19, 2002); *In re Dade Behring Holdings, Inc.*, Case No. 02-29020 (BWB) (Bankr. N.D. Ill. Aug. 1, 2002); *In re Nat'l Steel Corp.*, Case No. 02-08699 (JHS) (Bankr. N.D. Ill. Mar. 6, 2002); *In re Kmart Corp.*, Case No. 02-B02474 (SS) (Bankr. N.D. Ill. Jan. 25, 2002); *In re Comdisco, Inc.*, Case No. 01-24795 (RB) (Bankr. N.D. Ill. July 18, 2001).

11. Accordingly, the Debtor believes it appropriate, and requests, that the Court grant the Debtor forty-five (45) days from the Petition Date to file all Schedules and Statements under Bankruptcy Rules 1007(b) and (c) not previously filed, without prejudice to the Debtor's right to seek further extensions or other relief from the Court.

### V. <u>Notice</u>

12. Notice of this Motion has been given to (a) the United States Trustee; (b) counsel to Canyon Capital Realty Advisors LLC; (c) counsel to Credit Suisse First Boston Mortgage Securities Corporation; (d) counsel to Wachovia Bank, N.A.; (e) counsel to The Falor Companies; and (f) the Debtor's twenty (20) largest unsecured creditors. In light of the nature of the relief requested, the Debtor submits that no further notice is required.

### VI. <u>No Prior Request</u>

13. No prior motion for the relief requested herein has been made to this or any other Court.

## VII. <u>Conclusion</u>

WHEREFORE, the Debtor respectfully requests that the Court enter the attached order granting (a) the Debtor an additional thirty (30) days (for a total of forty-five (45) days from the Petition Date) to file its Schedules and Statements; and (b) such other and further relief as the Court deems just and proper.

Dated: November 1, 2007

                CHICAGO H&S HOTEL PROPERTY, L.L.C.

By:   /s/    Daniel A. Zazove
      PERKINS COIE LLP
      Daniel A. Zazove (ARDC # 3104117)
      Jason D. Horwitz (ARDC # 6269962)
      131 S. Dearborn Street, Suite 1700
      Chicago, Illinois 60603-5559
      Telephone: 312.324.8400
      Facsimile: 312.324.9400
      e-mail: dzazove@perkinscoie.com
      e-mail: jhorwitz@perkinscoie.com

      - and -

      AKIN GUMP STRAUSS HAUER & FELD LLP
      Charles R. Gibbs
      1700 Pacific Avenue, Suite 4100
      Dallas, TX 75201
      Telephone: 214.969.2800
      Facsimile: 214.969.4343
      email: cgibbs@akingump.com
      Attorneys for the Debtor and Debtor in Possession