IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CHICAGO H&S HOTEL PROPERTY, L.L.C. | ) | Case No. 07-20088 |
| | ) | |
| Debtor. | ) | Hon. Eugene R. Wedoff |
| | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on November 28, 2007 at 9:30 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Eugene R. Wedoff, or any judge sitting in his stead, in Room 744 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the **DEBTOR'S MOTION FOR ENTRY OF THE ORDER MODIFYING AGREED FINAL ORDER AUTHORIZING THE LIMITED USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION**, a copy of which is hereby served upon you.

Dated: November 26, 2007

                                      CHICAGO H&S HOTEL PROPERTY, L.L.C.

                                      By:    /s/    Daniel A. Zazove
                                                 PERKINS COIE LLP
                                                 Daniel A. Zazove (ARDC # 3104117)
                                                 Jason D. Horwitz (ARDC # 6269962)
                                                 131 S. Dearborn Street, Suite 1700
                                                 Chicago, Illinois 60603-5559
                                                 Telephone: 312.324.8400
                                                 Facsimile: 312.324.9400
                                                 e-mail: dzazove@perkinscoie.com
                                                 e-mail: jhorwitz@perkinscoie.com

                                                              - and -

                                                 AKIN GUMP STRAUSS HAUER & FELD LLP
                                                 Charles R. Gibbs
                                                 1700 Pacific Avenue, Suite 4100
                                                 Dallas, TX  75201
                                                 Telephone: 214.969.2800
                                                 Facsimile: 214.969.4343
                                                 email: cgibbs@akingump.com

                        *Attorneys for the Debtor and Debtor in Possession*

26277-0005/LEGAL13754192.1

## CERTIFICATE OF SERVICE

I, Daniel A. Zazove, an attorney, certify that I caused to be served upon the parties named on the attached service list a true and correct copy of the **Notice of Motion** and **Debtor's Motion for Entry of the Order Modifying Agreed Final Order Authorizing the Limited Use of Cash Collateral and Granting Adequate Protection**, via electronic transmittal or overnight delivery, as indicated, by 5:00 p.m. on November 26, 2007.

Date: November 26, 2007

/s/ Daniel A. Zazove

26277-0005/LEGAL13755231.1

<u>HOTEL 71</u>
MASTER SERVICE LIST

| **Via E-mail:** | |
|---|---|
| **Roman Sukley**<br>Office of the U.S. Trustee, Region 11<br>227 W. Monroe Street<br>Suite 3350<br>Chicago, IL 60606<br>Email: roman.l.sukley@usdoj.gov | **Gregory Jordan**<br>Polsinelli Shalton Flanigan Suelthaus<br>Two Prudential Plaza, Suite 4525<br>180 N. Stetson, Suite 4525<br>Chicago, IL 60601<br>Email: gjordan@polsinelli.com<br>**Attorneys for Official Committee of Unsecured Creditors** |
| **James E. Bird**<br>Polsinelli Shalton Flanigan Suelthaus<br>700 W. 47th Street, Suite 1000<br>Kansas City, MO 64112<br>Email: jbird@polsinelli.com<br>**Attorneys for Official Committee of Unsecured Creditors** | **Jonathan W. Young**<br>**Scott A. Semenek**<br>**Jeffrey L. Gansberg**<br>Wildman Harrold Allen & Dixon LLP<br>225 W. Wacker Drive, Suite 2800<br>Chicago, IL 60606<br>Email: young@wildman.com<br>       semenek@wildman.com<br>       gansberg@wildman.com<br>**Attorneys for West Paces** |
| **Holland Neff O'Neil**<br>**Michael S. Haynes**<br>Gardere Wynn Sewell LLP<br>1601 Elm Street #3000<br>Dallas, TX 75201<br>Email: honeil@gardere.com<br>       mhaynes@gardere.com<br>**Attorneys for West Paces** | **Mark A. Jefferis**<br>**Anderson D. Caperton**<br>**Mark Ellenberg**<br>Cadwalader, Wickersham & Taft LLP<br>227 West Trade Street<br>Charlotte, NC 28202<br>704 348 5200 (Fax)<br>Email: mark.jefferis@cwt.com<br>       anderson.caperton@cwt.com<br>       mark.ellenberg@cwt.com<br>**Attorneys for Canyon Financial** |
| **David R. Kuney**<br>Sidley Austin LLP<br>1501 K. Street, N.W.<br>Washington, D.C. 20005<br>202-736-8711 (Fax)<br>Email: dkuney@sidley.com<br>**Attorneys for Canyon Financial** | **Paul R. Walker**<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>213-896-6600 (Fax)<br>Email: pwalker@sidley.com<br>**Attorneys for Canyon Financial** |

## HOTEL 71
### MASTER SERVICE LIST

| | |
|---|---|
| **Matthew A. Clemente**<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Email: mclemente@sidley.com<br>**Attorneys for Canyon Financial** | **Cornelius P. Brown**<br>Cohon Raizes & Regal LLp<br>208 S. LaSalle Street, Suite 1860<br>Chicago, IL 60604<br>312-726-0609 (Fax)<br>nbrown@cohonraizes.com<br>**Attorneys for The Falor Companies** |
| **Marcus D. Fruchter**<br>Schopf & Weiss, LLP<br>1 South Wacker Drive, 28th Floor<br>Chicago, IL 60606<br>Email: fruchter@sw.com<br>**Attorneys for Anichini Hospitality, Inc.** | **Brian L. Shaw**<br>Shaw Gussis Fishman Glantz Wolfson & Towbin<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60610<br>Email: bshaw100@shawgussis.com<br>**Attorneys for Clever Ideas, Inc.** |
| **Jonathan Strouse**<br>Holland & Knight<br>131 S. Dearborn,<br>30th Floor<br>Chicago, IL 60603<br>(312) 578-6666 (Fax)<br>Email: jonathan.strouse@hklaw.com<br>**Attoneys for Les Meubles Saint Damase, Inc.** | **John S. Mrowiec**<br>Conway & Mrowiec<br>20 South Clark St., Suite 100<br>Chicago, IL 60603<br>Email: jsm@cmcontractors.com<br>**Attorneys for Berglund Construction Company** |
| **Pia N. Thompson**<br>Reed Smith LLP<br>10 S. Wacker Drive<br>Chicago, IL 60606<br>Email: pthompson@reedsmith.com<br>**Attorneys for Commonwealth Edison Company** | **Daniel M. Feeney**<br>**Marc O. Beem**<br>**Zachary J. Freeman**<br>Miller Shakman & Beem LLP<br>180 N. La Salle Street, Suite 3600<br>Chicago, IL 60601<br>Email: dfeeney@millershakman.com<br>    mbeem@millershakman.com<br>    zfreeman@millershakman.com<br>**Attorneys for The Formula, Inc.** |
| **Brad B. Erens**<br>**Mark A. Cody**<br>**Kelly M. Mayerfeld**<br>**Steve Domanowski**<br>Jones Day<br>77 W. Wacker Drive, Suite 3500<br>Chicago, IL 60601<br>Email: bberens@jonesday.com<br>    macody@jonesday.com<br>    kmayerfeld@jonesday.com<br>    sdomanowski@jonesday.com<br>**Attorneys for Wells Fargo Bank, NA** | **Faith Dolgin**<br>Office of Illinois Attorney General<br>100 W. Randolph Street, 13th Floor<br>Chicago, IL 60601<br>Email: faith.dolgin@illinois.gov<br>**Attorney for IL Dept of Revenue** |

2

## HOTEL 71
### MASTER SERVICE LIST

| **George N. Panagakis**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Drive<br>Chicago, IL 60606<br>Email: gpanagak@skadden.com<br>**Attorneys for D.E. Shaw & Co., L.P.** | **Jeremy R. Hall**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Drive<br>Chicago, IL 60606<br>Email: jhall@skadden.com<br>**Attorneys for D.E. Shaw & Co., L.P.** |
|---|---|

26277-0005/LEGAL13692295.6

**HOTEL 71**
**MASTER SERVICE LIST**

| Via FedEx: | |
|---|---|
| **The Formula, Inc.**<br>401 East Las Olas Blvd., Suite 1400<br>Ft. Lauderdale, FL 33301 | |

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CHICAGO H&S HOTEL PROPERTY, L.L.C. | ) | Case No. 07-20088 |
| | ) | |
| Debtor. | ) | Hon. Eugene R. Wedoff |
| | ) | |

**DEBTOR'S MOTION FOR ENTRY OF THE ORDER MODIFYING AGREED FINAL ORDER AUTHORIZING THE LIMITED USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION**

Chicago H&S Hotel Property, L.L.C. (the "Debtor"), by its undersigned counsel, files this motion (the "Motion") for entry of the Order Modifying Agreed Final Order Authorizing the Limited Use of Cash Collateral and Granting Adequate Protection (the "Order"), which is attached hereto as Exhibit A. In support of this Motion, the Debtor respectfully represents as follows:

### Jurisdiction

1. This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. The statutory basis for the relief requested by the Motion is section 363 of title 11 of the United States Code (the "Bankruptcy Code").

### Background

3. On October 29, 2007 (the "Petition Date"), the Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor owns and operates a 40 story, 437 guestroom, full service hotel at a prime downtown location in Chicago, Illinois adjacent to

the Chicago River and Michigan Avenue (71 East Wacker Drive) known as "Hotel 71" ("Hotel 71" or the "Property"). The Property was constructed as a luxury apartment complex in 1958 and was converted to a hotel in 1987. The Debtor continues to operate and manage Hotel 71 pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in this chapter 11 case.

4. On November 21, 2007, the Court entered the Agreed Final Order Authorizing the Limited Use of Cash Collateral and Granting Adequate Protection (the "Final Cash Collateral Order"). The Final Cash Collateral Order, among other things, authorizes the Debtor to use Cash Collateral[1] pursuant to the Budget.

5. Recently, the Debtor received invoices for the second installment of 2006 real property taxes for Cook County, Illinois (the "2006 Property Taxes") due on December 3, 2007 in the aggregate amount of $1,032,424.00. The Budget does not currently include amounts sufficient to pay the 2006 Property Taxes.

**Relief Requested and Basis for Relief**

6. By this Motion, the Debtor requests entry of the Order modifying the Budget to allow the Debtor to use Cash Collateral to pay the 2006 Property Taxes. Section 363(b)(1) of the Bankruptcy Code authorizes a bankruptcy court, after notice and a hearing, to authorize a debtor to "use, sell, or lease, other than in the ordinary course of business, property of the estate." See 11 U.S.C. § 363(b)(1).

7. Because Cook County will assert a lien on the Property for the 2006 Property Taxes, they will be required to be paid in full at some point in this bankruptcy case. And if such

---

[1] All capitalized terms used but not defined herein shall have the meanings given to them in the Final Cash Collateral Order.

taxes are not paid prior to the December 3, 2007 deadline, the Debtor will incur late fees and/or penalty interest, thereby increasing the 2006 Property Taxes and reducing the estate assets available to pay other claims. Therefore, the Debtor submits that the Order authorizing it to use Cash Collateral to pay the 2006 Property Taxes is in the best interests of the Debtor, its estate, all creditors and parties in interest.

### Notice

8. Notice of this Motion has been given to (a) the United States Trustee; (b) counsel to Canyon Capital Realty Advisors LLC; (c) counsel to Wachovia Bank, N.A.; (d) putative counsel to the official committee of unsecured creditors; and (e) those parties who requested notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested, the Debtor submits that no further notice is required.

### No Prior Request

9. No prior motion for the relief requested herein has been made to this or any other Court.

26277-0005/LEGAL13754192.1

## Conclusion

WHEREFORE, the Debtor respectfully requests that the Court enter the Order.

Dated: November 26, 2007

                CHICAGO H&S HOTEL PROPERTY, L.L.C.

        By:    /s/    Daniel A. Zazove
                PERKINS COIE LLP
                Daniel A. Zazove (ARDC # 3104117)
                Jason D. Horwitz (ARDC # 6269962)
                131 S. Dearborn Street, Suite 1700
                Chicago, Illinois 60603-5559
                Telephone: 312.324.8400
                Facsimile: 312.324.9400
                e-mail: dzazove@perkinscoie.com
                e-mail: jhorwitz@perkinscoie.com

                - and -

                AKIN GUMP STRAUSS HAUER & FELD LLP
                Charles R. Gibbs
                1700 Pacific Avenue, Suite 4100
                Dallas, TX 75201
                Telephone: 214.969.2800
                Facsimile: 214.969.4343
                email: cgibbs@akingump.com

*Attorneys for the Debtor and Debtor in Possession*

26277-0005/LEGAL13754192.1