# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| CHICAGO H&S HOTEL PROPERTY, L.L.C. | ) Case No. 07-20088 |
| | ) |
| Debtor. | ) Hon. Eugene R. Wedoff |
| | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on December 19, 2007 at 9:30 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Eugene R. Wedoff, or any judge sitting in his stead, in Room 744 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the **DEBTOR'S SECOND MOTION FOR ENTRY OF AN ORDER MODIFYING AGREED FINAL ORDER AUTHORIZING THE LIMITED USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION**, a copy of which is hereby served upon you.

Dated: December 14, 2007

CHICAGO H&S HOTEL PROPERTY, L.L.C.

By:  /s/   Daniel A. Zazove
PERKINS COIE LLP
Daniel A. Zazove (ARDC # 3104117)
Jason D. Horwitz (ARDC # 6269962)
131 S. Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559
Telephone: 312.324.8400
Facsimile: 312.324.9400
e-mail: dzazove@perkinscoie.com
e-mail: jhorwitz@perkinscoie.com

- and -

AKIN GUMP STRAUSS HAUER & FELD LLP
Charles R. Gibbs
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
Telephone: 214.969.2800
Facsimile: 214.969.4343
email: cgibbs@akingump.com

*Attorneys for the Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

      I, Daniel A. Zazove, an attorney, certify that I caused to be served upon the parties named on the attached service list a true and correct copy of the **Notice of Motion and Debtor's Second Motion for Entry of an Order Modifying Agreed Final Order Authorizing the Limited Use of Cash Collateral and Granting Adequate Protection,** via electronic transmittal or First Class U.S. Mail, by 5:00 p.m. on December 14, 2007.

Date: December 14, 2007

                                              /s/ Daniel A. Zazove

# HOTEL 71
## MASTER SERVICE LIST

| Via E-mail: | |
|---|---|
| **Roman Sukley**<br>Office of the U.S. Trustee, Region 11<br>227 W. Monroe Street<br>Suite 3350<br>Chicago, IL 60606<br>Email: roman.l.sukley@usdoj.gov | **Gregory Jordan**<br>**Peter J. Schmidt**<br>**Jean Soh**<br>Polsinelli Shalton Flanigan Suelthaus<br>Two Prudential Plaza, Suite 4525<br>180 N. Stetson, Suite 4525<br>Chicago, IL 60601<br>Email: gjordan@polsinelli.com<br>　　　　pschmidt@polsinelli.com<br>　　　　jsoh@polsinelli.com<br>**Attorneys for Official Committee of Unsecured Creditors** |
| **James E. Bird**<br>Polsinelli Shalton Flanigan Suelthaus<br>700 W. 47th Street, Suite 1000<br>Kansas City, MO 64112<br>Email: jbird@polsinelli.com<br>**Attorneys for Official Committee of Unsecured Creditors** | **Jonathan W. Young**<br>**Scott A. Semenek**<br>**Jeffrey L. Gansberg**<br>Wildman Harrold Allen & Dixon LLP<br>225 W. Wacker Drive, Suite 2800<br>Chicago, IL 60606<br>Email: young@wildman.com<br>　　　　semenek@wildman.com<br>　　　　gansberg@wildman.com<br>**Attorneys for West Paces** |
| **Holland Neff O'Neil**<br>**Michael S. Haynes**<br>Gardere Wynn Sewell LLP<br>1601 Elm Street #3000<br>Dallas, TX 75201<br>Email: honeil@gardere.com<br>　　　　mhaynes@gardere.com<br>**Attorneys for West Paces** | **Mark A. Jefferis**<br>**Anderson D. Caperton**<br>**Mark Ellenberg**<br>Cadwalader, Wickersham & Taft LLP<br>227 West Trade Street<br>Charlotte, NC 28202<br>704 348 5200 (Fax)<br>Email: mark.jefferis@cwt.com<br>　　　　anderson.caperton@cwt.com<br>　　　　mark.ellenberg@cwt.com<br>**Attorneys for Canyon Financial** |
| **David R. Kuney**<br>Sidley Austin LLP<br>1501 K. Street, N.W.<br>Washington, D.C. 20005<br>202-736-8711 (Fax)<br>Email: dkuney@sidley.com<br>**Attorneys for Canyon Financial** | **Paul R. Walker**<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>213-896-6600 (Fax)<br>Email: pwalker@sidley.com<br>**Attorneys for Canyon Financial** |

# HOTEL 71
## MASTER SERVICE LIST

| | |
|---|---|
| **Matthew A. Clemente**<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Email: mclemente@sidley.com<br>**Attorneys for Canyon Financial** | **Cornelius P. Brown**<br>Cohon Raizes & Regal LLp<br>208 S. LaSalle Street, Suite 1860<br>Chicago, IL 60604<br>312-726-0609 (Fax)<br>nbrown@cohonraizes.com<br>**Attorneys for The Falor Companies** |
| **Marcus D. Fruchter**<br>Schopf & Weiss, LLP<br>1 South Wacker Drive, 28th Floor<br>Chicago, IL 60606<br>Email: fruchter@sw.com<br>**Attorneys for Anichini Hospitality, Inc.** | **Brian L. Shaw**<br>Shaw Gussis Fishman Glantz Wolfson & Towbin<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60610<br>Email: bshaw100@shawgussis.com<br>**Attorneys for Clever Ideas, Inc.** |
| **Jonathan Strouse**<br>Holland & Knight<br>131 S. Dearborn,<br>30th Floor<br>Chicago, IL 60603<br>(312) 578-6666 (Fax)<br>Email: jonathan.strouse@hklaw.com<br>**Attoneys for Les Meubles Saint Damase, Inc.** | **John S. Mrowiec**<br>Conway & Mrowiec<br>20 South Clark St., Suite 100<br>Chicago, IL 60603<br>Email: jsm@cmcontractors.com<br>**Attorneys for Berglund Construction Company** |
| **Pia N. Thompson**<br>Reed Smith LLP<br>10 S. Wacker Drive<br>Chicago, IL 60606<br>Email: pthompson@reedsmith.com<br>**Attorneys for Commonwealth Edison Company** | **Daniel M. Feeney**<br>**Marc O. Beem**<br>**Zachary J. Freeman**<br>Miller Shakman & Beem LLP<br>180 N. La Salle Street, Suite 3600<br>Chicago, IL 60601<br>Email: dfeeney@millershakman.com<br>       mbeem@millershakman.com<br>       zfreeman@millershakman.com<br>**Attorneys for The Formula, Inc.** |
| **Brad B. Erens**<br>**Mark A. Cody**<br>**Kelly M. Mayerfeld**<br>**Steve Domanowski**<br>Jones Day<br>77 W. Wacker Drive, Suite 3500<br>Chicago, IL 60601<br>Email: bberens@jonesday.com<br>       macody@jonesday.com<br>       kmayerfeld@jonesday.com<br>       sdomanowski@jonesday.com<br>**Attorneys for Wells Fargo Bank, NA** | **Faith Dolgin**<br>Office of Illinois Attorney General<br>100 W. Randolph Street, 13th Floor<br>Chicago, IL 60601<br>Email: faith.dolgin@illinois.gov<br>**Attorney for IL Dept of Revenue** |

26277-0005/LEGAL13692295.6

<u>**HOTEL 71**</u>
**MASTER SERVICE LIST**

| | |
|---|---|
| **George N. Panagakis**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Drive<br>Chicago, IL 60606<br>Email: gpanagak@skadden.com<br>**Attorneys for D.E. Shaw & Co., L.P.** | **Jeremy R. Hall**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Drive<br>Chicago, IL 60606<br>Email: jhall@skadden.com<br>**Attorneys for D.E. Shaw & Co., L.P.** |
| **Kimberly A. Sherman, Esq.**<br>Robbins, Salomon & Patt, Ltd.<br>25 E. Washington Street, Suite 1000<br>Chicago, IL 60602<br>Email: ksherman@rsplaw.com<br>**Attorneys for Gremley & Biedermann, Inc.** | **William Kent Carter**<br>Clark Hill PLC<br>150 N. Michigan Avenue, Suite 2400<br>Chicago, IL 60601<br>Email: wcarter@clarkhill.com<br>**Attorneys for Roberts Environmental Control Corp.** |
| **Barbara L. Yong**<br>**Caren a. Lederer**<br>Golan & Christie LLP<br>70 West Madison, Suite 1500<br>Chicago, IL 60602<br>Email: blyong@golanchristie.com<br>         calederer@golanchristie.com<br>**Attorneys for Hiram Electrical Contractors, Inc.** | **James P. Wognum**<br>122 S. Michigan Avenue<br>Suite 1290<br>Chicago, IL 60603<br>Email: jpwagnum@ameritech.net<br>**Attorneys for Abel Carpets, Ltd.** |

<u>**HOTEL 71**</u>
**MASTER SERVICE LIST**

| Via US Mail: | |
|---|---|
| The Formula , Inc.<br>401 East Las Olas Blvd., Suite 1400<br>Ft. Lauderdale, FL 33301 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| CHICAGO H&S HOTEL PROPERTY, L.L.C. ) | Case No. 07-20088 |
| ) | |
| Debtor. ) | Hon. Eugene R. Wedoff |
| ) | |

**DEBTOR'S SECOND MOTION FOR ENTRY OF AN ORDER MODIFYING AGREED FINAL ORDER AUTHORIZING THE LIMITED USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION**

Chicago H&S Hotel Property, L.L.C. (the "Debtor"), by its undersigned counsel, files this motion (the "Motion") for the entry of an order modifying the Agreed Final Order Authorizing the Limited Use of Cash Collateral and Granting Adequate Protection (the "Final Cash Collateral Order"),[1] which is attached to the proposed order as Exhibit A. In support of this Motion, the Debtor respectfully represents as follows:

**Jurisdiction**

1. This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. The statutory basis for the relief requested by the Motion is section 363 of title 11 of the United States Code (the "Bankruptcy Code").

**Background**

---

[1] All capitalized terms used but not defined herein shall have the meanings given to them in the Final Cash Collateral Order.

3. On October 29, 2007 (the "Petition Date"), the Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor owns and operates a 40 story, 437 guestroom, full service hotel at a prime downtown location in Chicago, Illinois adjacent to the Chicago River and Michigan Avenue (71 East Wacker Drive) known as "Hotel 71" ("Hotel 71" or the "Property"). The Property was constructed as a luxury apartment complex in 1958 and was converted to a hotel in 1987. The Debtor continues to operate and manage Hotel 71 pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in this chapter 11 case.

4. On November 21, 2007, the Court entered the Final Cash Collateral Order, which authorizes the Debtor's use of Cash Collateral pursuant to the Budget through December 31, 2007.[2] Additionally, paragraph 2 of the Final Cash Collateral Order provides, in part, that:

> [t]he Debtor may use Cash Collateral during the period commencing on the date of this Order through and including the earlier of (A) 5:00 p.m. (Chicago Time) on December 31, 2007, and (B) the time when the consent of the Trustee to the Debtor's use of Cash Collateral is terminated pursuant to the terms of this Order (the "Budget Period"). The Debtor shall use or consume Cash Colalteral only (1) in accordance with the [Budget], including the time period and category limits set forth therein, with a permitted 5% deviation of each line item, and only for the Budget Period and (2) in compliance with the other terms of this Order.

5. On November 15, 2007, the Court entered an order approving bid and sale procedures for Hotel 71 (the "Bid Procedures Order"), which fixed January 8, 2008 as the last day to solicit bids for the Property and January 22, 2008 for an auction sale if two or more qualified bids are received. A hearing to approve the sale is scheduled for January 23, 2008.

---

[2] On November 28, 2007, the Court entered the Order Modifying Agreed Final Order Authorizing the Limited Use of Cash Collateral and Granting Adequate Protection, which modified the Budget to use $1,032,424 of Cash Collateral to pay 2006 real property taxes.

Therefore, the Debtor requests that its use of Cash Collateral be extended to January 27, 2008, without prejudice to seek further extensions if appropriate.

### Relief Requested and Basis for Relief

6. By this Motion, the Debtor requests entry of an order modifying the Final Cash Collateral Order to (a) replace the existing Budget with the revised budget attached to the proposed order as Exhibit B (the "Revised Budget") extending the Debtor's use of Cash Collateral to January 27, 2008, and (b) make any necessary conforming changes to the Final Cash Collateral Order.

7. Unless the use of Cash Collateral is extended, the Debtor would be forced to close its doors and liquidate before the bid deadline for the Property. Such an event would waste all of the time, efforts, resources and money already expended by the Debtor and its professionals to achieve a going concern sale for the benefit of all of the Debtor's constituents. Moreover, by shutting down operations, a significant portion of the value of Hotel 71 would be lost, resulting in potential bidders either walking away from the sale process or submitting low-ball offers for a non-operating hotel. In either case, the value obtained by the estate will be greatly reduced, severely affecting the recovery of all creditors. Therefore, in order to enable the Debtor to consummate the sale, extending the time to use Cash Collateral is imperative.

8. Further, Wells Fargo Bank, National Association, as trustee for Credit Suisse First Boston Mortgage Securities Corporation c/o Wachovia Bank, National Association, as master servicer (the "Trustee") will continue to be adequately protected throughout the extended period. The Debtor proposes to use the Cash Collateral solely to pay operating expenses of the hotel (including the Property manager, postpetition vendors, insurance, taxes and bankruptcy-related expenses, as more specifically enumerated in the Revised Budget) to preserve the Property and

the Trustee's collateral, and keep it from deteriorating or diminishing in value pending its sale. Indeed, the Debtor submits that expending the Cash Collateral on the hotel itself can only preserve the value of the Property and, thus, the Trustee's mortgage interest. Additionally, the adequate protection liens granted to the Trustee under the Final Cash Collateral Order are more than sufficient to protect its interests in the Property for the extended period.

9.    Therefore, the Debtor submits that an order replacing the Budget with the Revised Budget and making any necessary conforming changes to the Final Cash Collateral Order is in the best interests of the Debtor, its estate, all creditors and parties in interest.

### Notice

10.    Notice of this Motion has been given to (a) the United States Trustee; (b) counsel to Canyon Capital Realty Advisors LLC; (c) counsel to Wachovia Bank, N.A.; (d) counsel to the official committee of unsecured creditors; and (e) those parties who requested notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested, the Debtor submits that no further notice is required.

### No Prior Request

11.    No prior motion for the relief requested herein has been made to this or any other Court.

26277-0005/LEGAL13802512.2

### Conclusion

WHEREFORE, the Debtor respectfully requests that the Court enter an order granting the relief requested herein.

Dated: December 14, 2007

                        CHICAGO H&S HOTEL PROPERTY, L.L.C.

                        By:   /s/    Daniel A. Zazove
                             PERKINS COIE LLP
                             Daniel A. Zazove (ARDC # 3104117)
                             Jason D. Horwitz (ARDC # 6269962)
                             131 S. Dearborn Street, Suite 1700
                             Chicago, Illinois 60603-5559
                             Telephone: 312.324.8400
                             Facsimile: 312.324.9400
                             e-mail: dzazove@perkinscoie.com
                             e-mail: jhorwitz@perkinscoie.com

                                        - and -

                             AKIN GUMP STRAUSS HAUER & FELD LLP
                             Charles R. Gibbs
                             1700 Pacific Avenue, Suite 4100
                             Dallas, TX 75201
                             Telephone: 214.969.2800
                             Facsimile: 214.969.4343
                             email: cgibbs@akingump.com

*Attorneys for the Debtor and Debtor in Possession*