## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CHICAGO H&S HOTEL | ) | The Honorable Eugene R. Wedoff |
| PROPERTY L.L.C., d/b/a HOTEL 71, | ) | Case No. 07 B 20088 |
| | ) | |
| Debtor. | ) | |

### ORDER EXTENDING DEADLINE FOR OBJECTIONS
### TO CLAIMS OF ALLEGED MECHANICS LIENHOLDERS

THIS MATTER having come before the Court upon the Joint Motion of the Secured Lender and Unsecured Creditors Committee to Extend Deadline for Objections to Claims of Alleged Mechanics Lienholders (the "Motion"[1]); this Court having found that jurisdiction and venue is proper and that due and proper notice has been given and that no further notice need be given; and after due deliberation and it appearing that sufficient cause exists for granting the requested relief and that the relief requested is in the best interests of the Debtor, its estate, its creditors, and other parties in interest;

IT IS HEREBY ORDERED THAT

1. The Motion is granted in its entirety;

2. The deadline for the filing of objections to the allowance of any Secured Mechanic Lienholder Claim (as that term is defined in the Sale Order and Plan) that is set forth on Schedule 2 to the Addendum attached to the Sale Order shall be extended from August 29, 2008, through and including October 28, 2008;

3. The reference to "June 30, 2008" in Paragraph 6 ("*Resolution of Mechanic Lienholder Claims*") of Section II ("*Agreement*") of the Stipulation and Agreed Order Extending

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

CHICAGO\2498107.1
ID\RDN

the Closing Date for the Sale of the Debtor's Property, entered in this case on May 6, 2008, is hereby amended and replaced with "October 28, 2008";

4. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order;

5. Notwithstanding anything to the contrary in the Federal Rules of Bankruptcy Procedure, this Order is a final order effective immediately upon entry thereof; and

6. Nothing in this Order shall impair the respective rights of the Secured Lender, Debtor, or Committee to seek a further extension of the deadline for objections to the Alleged Lienholders' claims.

7. This is a final extension.

DATED: 8/20/08

UNITED STATES BANKRUPTCY JUDGE

CHICAGO\2498107.1
ID\RDN