IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 11 |
| CHICAGO H&S HOTEL PROPERTY, L.L.C. | ) Case No. 07-20088 |
| Debtor. | ) Hon. Eugene R. Wedoff |

### AGREED ORDER MODIFYING THE STAY WITH RESPECT TO THE MECHANIC LIENHOLDERS' SECURED CLAIMS

Upon the agreed motion (the "Motion") of Chicago H&S Hotel Property, L.L.C., d/b/a "Hotel 71" (the "Debtor"), on behalf of the mechanics lien claimants listed on Schedule 2 to the Addendum to the Sale Order (the "Secured Mechanic Lienholders," and Schedule 2 to the Addendum to the Sale Order is attached as Exhibit A), to modify the stay to allow the Circuit Court of Cook County, Illinois (the "State Court") in the proceeding captioned *Chicago H&S Hotel Property, L.L.C. v. Castelan Construction Corp., et al.*, Case No. 06 CH 7142 and consolidated with seven other cases seeking to foreclose certain mechanics liens on Hotel 71 (the "State Court Proceeding") to determine the validity, amount and priority of the Secured Mechanic Lienholders' secured claims; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors and other parties-in-interest; and it appearing that notice of the Motion was good and sufficient under the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that the stay as set forth in the section 13.4 of the Debtor's confirmed liquidating plan of reorganization is hereby modified only to allow the State Court to determine the validity, amount and priority of the Secured Mechanic Lienholders' secured claims in the State Court Proceeding; provided however, that nothing in this Order shall authorize the State Court to determine the allowance of any unsecured claim against the Debtor, including those of the Secured Mechanic Lienholders, and any unsecured claims against the Debtor shall be determined by this Bankruptcy Court; and it is further

**ORDERED**, that this Order is effective immediately upon entry by this Court notwithstanding the provisions set forth in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure; and it is further

**ORDERED**, that any filing fees are hereby waived because the Court previously abstained from hearing such matters.

Dated: **12 NOV 2008**

_____
United States Bankruptcy Judge