## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | Case No.  07-20088 |
| CHICAGO H&S HOTEL | ) | Hon. Eugene R. Wedoff |
| PROPERTY L.L.C., d/b/a HOTEL 71, | ) | |
| | ) | Hearing Date:   June 30, 2010 |
| Debtor. | ) | Hearing Time:   9:30 a.m. |

### NOTICE OF MOTION

TO:   Parties Listed on Attached Certificate of Service

**PLEASE TAKE NOTICE** that on **Wednesday, June 30, 2010 at 9:30 a.m.**, we shall appear before the Honorable Eugene R. Wedoff, United States Bankruptcy Judge for the Northern District of Illinois, Eastern Division, in Courtroom 744 at the United States Courthouse, 219 S. Dearborn St., Chicago, Illinois, and then and there present the **Motion of CVOF 71 LLC, as Successor in Interest to Wachovia Bank, N.A., for Final Release of Excess Funds from Mechanic Lienholder Reserve**, a copy of which is attached hereto and hereby served upon you.

Dated:  June 23, 2010

CVOF 71 LLC, as successor in interest to
WACHOVIA BANK, N.A., AS SPECIAL AND
MASTER SERVICER FOR WELLS FARGO
BANK, N.A., AS TRUSTEE FOR CREDIT SUISSE
FIRST BOSTON MORTGAGE SECURITIES
CORPORATION

By:   /s/ Kenneth G. Kubes
              One of Its Attorneys

Kenneth G. Kubes (#6277825)
DEUTSCH, LEVY & ENGEL, CHARTERED
225 W. Washington St., Suite 1700
Chicago, IL 60606
Telephone:  (312) 346-1460
Facsimile:  (312) 346-1859
kubes@dlec.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | **Chapter 11** |
| | ) | **Case No.  07-20088** |
| **CHICAGO H&S HOTEL** | ) | **Hon. Eugene R. Wedoff** |
| **PROPERTY L.L.C., d/b/a HOTEL 71,** | ) | |
| | ) | **Hearing Date:    June 30, 2010** |
| Debtor. | ) | **Hearing Time:    9:30 a.m.** |

**MOTION OF CVOF 71 LLC, AS SUCCESSOR IN INTEREST
TO WACHOVIA BANK, N.A., FOR FINAL RELEASE OF
EXCESS FUNDS FROM MECHANIC LIENHOLDER RESERVE**

CVOF 71 LLC ("CVOF"), as successor in interest to Wachovia Bank, N.A., as Special

and Master Servicer for Wells Fargo Bank, N.A., as trustee for Credit Suisse First Boston

Mortgage Securities Corp. ("Wachovia"), respectfully requests that this Court enter an Order

directing First American Title Insurance Company ("First American") to immediately and

unconditionally release to CVOF the remaining balance held in the Mechanic Lienholder

Reserve that was established pursuant to the Plan and Sale Order in this case (as those capitalized

terms are defined below).  This Motion is not opposed by the debtor in this case, Chicago H&S

Hotel Property, L.L.C. (the "Debtor").  In support of this Motion, CVOF states as follows:

**JURISDICTION AND VENUE**

1.      Under 28 U.S.C. §§ 157 and 1334, the Court has jurisdiction over this proceeding

and this Motion, and this matter is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of this

proceeding and this Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409.

**BACKGROUND**

2.      On October 29, 2007 (the "Petition Date"), the Debtor filed a voluntary petition

for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101, *et seq.*

3.      On the Petition Date, the Debtor owned the real property commonly known as

71 East Wacker Drive, Chicago, Illinois, upon which a 40-story hotel is situated (the "Property").

As of the Petition Date, the Property was encumbered by the mechanics-lien filings of 36 separate entities that had allegedly provided materials and/or services for pre-petition construction and renovation activities at the Property (the "Mechanics Liens").

4.      On July 16, 2008, the Debtor sold substantially all of its assets to Wachovia, including the Property, pursuant to a liquidating plan of reorganization and a sale under section 363 of the United States Bankruptcy Code.  Under the Debtor's plan, which the Court confirmed on March 21, 2008 (the "Plan"), as well as under the sale order by which the Court authorized Wachovia's purchase of the Property (the "Sale Order," entered on March 21, 2008), Wachovia was required to fund a $6,852,479 escrow account to secure the payment of those particular Mechanics Liens that were valid and enforceable under Illinois law (the "Mechanic Lienholder Reserve," as that term is defined in Article II, Paragraph 29 of the Plan).  Specifically, the Sale Order provides that the sale of the Property to Wachovia "shall be free and clear of Liens," which includes the Mechanics Liens, and that upon the Property's sale, any valid Mechanics Liens will attach to the proceeds of the sale as follows:

> *[Wachovia] shall deposit the Escrowed Amounts with the Title Company, and only those mechanic lienholders listed on Schedule 2 to the Addendum shall have their liens, claims, interests and encumbrances attach to the Escrowed Amount relating to mechanic lienholder claims with the same validity, amount, priority, force and effect as such Liens had upon the Property immediately prior to the closing, with such lien, if any, being extinguished as to the Property. Mechanic lien claimants and any other claimants asserting liens against the Debtor or the Property whose claims are not enumerated on Schedule 2 shall not have any Lien on the Property, the proceeds of the sale or the Escrow Amounts and shall only have general unsecured claims against the Debtor or its estate.*

Sale Order ¶ 6 (emphasis in original); *see also* Plan §§ 5.2(b), 10.1.

5.      The Debtor listed the 36 Mechanics Liens on Schedule 2 to the Sale Order's Addendum.  (A true and correct copy of this Schedule 2 is attached hereto as Exhibit A.)

6.      Pursuant to a Strict Joint Order Escrow, dated May 16, 2008, Escrow Number

NCS-338856 (Mechanic Lien Reserve), to which Wachovia, the Debtor, and First American are

each signatories, Wachovia timely and fully funded the Mechanic Lienholder Reserve by

depositing $6,852,479 with First American.  (A true and correct copy of the Strict Joint Order

Escrow is attached hereto as Exhibit B.)  Under the Strict Joint Order Escrow, First American is

authorized to release, upon receipt of the joint written direction of Wachovia and the Debtor,

certain amounts from the Mechanic Lienholder Reserve.  *See* Exhibit B.  In addition, First

American is required to release funds from the Mechanic Lienholder Reserve "in obedience of

the process or order of court," and must "comply with and obey any and all orders, judgments or

decrees entered or issued by any court with jurisdiction." *See id.*

7.      Upon the closing of the section 363 sale of the Property, funds in the Mechanic

Lienholder Reserve could thereafter be distributed to holders of those particular Mechanics Liens

that were valid and enforceable under Illinois law (or to those certain holders with which

Wachovia and/or its successors had settled), in accordance with the Sale Order and Plan.  *See*

Plan § 5.2(b).  Wachovia had primary responsibility to evaluate, negotiate, resolve, and/or object

to, as appropriate, the Mechanics Liens and related secured claims filed in this case:

> [Wachovia] may object to, negotiate and otherwise resolve the
> validity and/or amount of the Claims subject to the Escrowed
> Amounts, as well as the priority of any Mechanic Lienholder
> Claims.  The Trustee shall have the primary responsibility for all
> objections, settlements, negotiations and claims resolution with
> respect to the validity, priority and/or amount of the Claims subject
> to the Escrowed Amounts, and shall have standing to appear and
> be heard on any issue related to the allowance of Mechanic
> Lienholder Claims.

Plan § 9.2; *see also* Plan § 5.1(b) ("The funding of the Escrowed Amounts shall not impair

[Wachovia's] ability to contest the validity and amount of any Claims subject to Escrowed

Amounts, as well as the priority of any Mechanic Lienholder Claims.").

8.      On or about December 1, 2009, Wachovia sold the Property, as well as its rights

in and to any excess funds in the Mechanic Lienholder Reserve, to CVOF.[1]  Upon the closing of

this sale, CVOF, as Wachovia's successor in interest, assumed primary responsibility to evaluate,

negotiate, resolve, and/or object to, as appropriate, the final Mechanics Lien and related secured

claim that remained unresolved as of the closing.  Plan § 9.2; Plan § 5.1(b).

9.      Since the closing of the section 363 sale, Wachovia and CVOF have settled or

otherwise resolved *all* 36 Mechanics Liens listed on Schedule 2 to the Sale Order's Addendum:

- Wachovia and/or CVOF have settled 25 of the 36 Mechanics Liens.[2]  In connection with these settlements, Wachovia and/or CVOF have obtained the full and unconditional release of each of these 25 Mechanics Liens as against both the Property and the Mechanic Lienholder Reserve.  As set forth in Table 1 below, all of these releases have been recorded with the Cook County Recorder of Deeds.  As also set forth in Table 1, all of the secured claims corresponding to these 25 Mechanics Liens have been withdrawn in this case.

- Furthermore, Wachovia has obtained the full and unconditional release of an additional 11 of the 36 Mechanics Liens through means other than settlement.[3]  As set forth in Table 1 below, Wachovia has obtained the full and unconditional release of each of these 11 Mechanics Liens as against both the Property and the Mechanic Lienholder Reserve.

---

[1]      In connection with the Section 363 sale in this case, certain escrow accounts were established and funded to effectuate the sale of the Property.  To clarify the record, CVOF notes that of these escrow accounts, only the Mechanic Lienholder Reserve was transferred to CVOF in connection with its purchase of the Property.

[2]      Specifically, Wachovia has settled the mechanics liens of Abel Carpets, Ltd., Advanced Cleaning Technologies, Inc., All Thermal Insulation Co., Alliance Fire Protection, Inc., Barrier Corp., Berglund Construction Co., BOC Construction, LLC, Cabworks, LLC, Ferguson Enterprises, Inc., Gremley & Biedermann, Inc., Hiram Electrical Contractors, Inc., Illinois Contract Glazing, Inc., Jarratt Architecture, Jhonny Prado Tile, Inc., Kutschke & Co., OPC Construction, Inc., Quality First Contracting Co., Quality Relocation Services, Inc., RAM Mechanical Services, Inc., Roberts Environmental Control Corp., Shamrock Decorating, Inc., S.L. Design, Inc. d/b/a Structural Enterprises, Southwest Industries, Inc. d/b/a Anderson Elevator Co., and Werner-Nugent Plumbing, Inc.  After purchasing the Property, CVOF settled the mechanics lien of Castelan Construction Corp.

[3]      These 11 Mechanics Liens are the liens of:  Advanced Elevator Company, Butler Street Foundry & Iron Co., Harry J. Reitz, Konematic, Inc. d/b/a Door Systems, Metropolitan Industries, Inc., Midwest Access Services, Inc., M.R. Hoffman, P.J. Fazio Plumbing & Heating Co., Renovation Solutions, The Levy Company, and Trainor Glass Co.

## Table 1

| Lienholder | Date of Recordation of Release with Recorder's Office | Date of Withdrawal of Secured Proof(s) of Claim Related to Mechanics Lien |
|---|---|---|
| Abel Carpets, Ltd. | April 8, 2009 | November 17, 2009 |
| Advanced Cleaning Technologies | April 8, 2009 | April 7, 2009 |
| Advanced Elevator Company | July 2, 2009 | N/A (no proof of claim filed) |
| All Thermal Insulation Co. | April 8, 2009 | April 7, 2009 |
| Alliance Fire Protection, Inc. | April 8, 2009 | April 7, 2009 |
| Barrier Corp. | January 6, 2009 | April 7, 2009 |
| Berglund Construction Co. | April 8, 2009 | April 7, 2009 |
| BOC Construction, LLC | April 8, 2009 | April 7, 2009 |
| Butler Street Foundry & Iron Co. | April 8, 2009 | N/A (no proof of claim filed) |
| Cabworks, LLC | July 10, 2009 | N/A (no proof of claim filed) |
| Castelan Construction Corp. | June 15, 2010 | June 23, 2010 |
| Ferguson Enterprises, Inc. | November 16, 2009 | N/A (no proof of claim filed) |
| Gremley & Biedermann, Inc. | April 8, 2009 | April 7, 2009 |
| Harry J. Reitz | April 14, 2009 | N/A (no proof of claim filed) |
| Hiram Electrical Contractors, Inc. | April 8, 2009 | May 13, 2009 |
| Illinois Contract Glazing, Inc. | April 8, 2009 | April 7, 2009 |
| Jarratt Architecture | May 14, 2009 | April 7, 2009 |
| Jhonny Prado Tile, Inc. | April 8, 2009 | April 7, 2009 |
| Konematic, Inc. d/b/a Door Systems | October 28, 2008 | N/A (no proof of claim filed) |
| Kutschke & Co. | May 8, 2009 | May 13, 2009 |
| Metropolitan Industries, Inc. | April 8, 2009 | April 7, 2009 |
| Midwest Access Services, Inc. | April 8, 2009 | N/A (no proof of claim filed) |
| M.R. Hoffman | April 23, 2009 | May 13, 2009 |
| OPC Construction, Inc. | April 23, 2009 | May 13, 2009 |
| P.J. Fazio Plumbing & Heating | April 8, 2009 | N/A (no proof of claim filed) |
| Quality First Contracting Co. | April 14, 2009 | April 7, 2009 |
| Quality Relocation Services, Inc. | April 8, 2009 | April 7, 2009 |
| RAM Mechanical Services, Inc. | April 23, 2009 | N/A (no proof of claim filed) |
| Renovation Solutions | September 23, 2009 | December 16, 2009 |
| Roberts Environmental Control Corp. | May 14, 2009 | May 13, 2009 |
| Shamrock Decorating, Inc. | April 8, 2009 | N/A (no proof of claim filed) |
| S.L. Design, Inc. d/b/a Structural Enterprises | April 8, 2009 | April 7, 2009 |
| Southwest Industries, Inc. d/b/a Anderson Elevator Co. | November 16, 2009 | November 16, 2009 |
| The Levy Company | April 8, 2009 | April 7, 2009 |
| Trainor Glass Co. | April 8, 2009 | N/A (no proof of claim filed) |
| Werner-Nugent Plumbing, Inc. | April 8, 2009 | April 7, 2009 |

True and correct copies of the aforementioned lien releases are attached hereto as <u>Group Exhibit</u> <u>C</u>, and true and correct copies of the aforementioned notices of withdrawal and related orders are attached hereto as <u>Group Exhibit D</u>.

10.     *All disbursements from the Mechanic Lienholder Reserve have been completed with respect to the 36 Mechanics Liens.*

**RELIEF REQUESTED AND BASIS FOR RELIEF**

11.     By this Motion, CVOF seeks an order directing First American to immediately and unconditionally release to CVOF the remaining balance held in the Mechanic Lienholder Reserve.  As noted above, Wachovia and/or CVOF, on the one hand, and the Debtor, on the other hand, have jointly authorized the disbursement from the Mechanic Lienholder Reserve of all payments that will ever be made with respect to the 36 Mechanics Liens, and all of these disbursements from the Mechanic Lienholder Reserve have now been completed, such that no further disbursements will be required with respect to these liens.

12.     Furthermore, Wachovia and/or CVOF have obtained the full and unconditional release of each of these 36 Mechanics Liens as against both the Property and the Mechanic Lienholder Reserve.  To the extent that the holders of these 36 Mechanics Liens had filed secured proofs of claim in this case, all of these secured claims have been withdrawn.

13.     The governing documents and orders in this case provide that CVOF, as Wachovia's successor in interest, is entitled to sole use and enjoyment of any excess balance in the Mechanic Lienholder Reserve.[4]  Given that Wachovia has previously funded the carve-out that was set aside for potential distribution to Class 6 (unsecured) claims in accordance with Section 7.2 of the Plan, and given that neither Wachovia nor CVOF has any further obligations

_____

[4]     The governing documents include not only the Plan and Sale Order, but also the Stipulation and Agreed Order Extending the Closing Date for the Sale of the Debtor's Property, entered on May 6, 2008, and the Order Approving Emergency Motion of Secured Lender for Extension of Sale Closing Deadline and Related Relief, entered on June 4, 2008 (the "<u>June 4, 2008 Order</u>").

- 6 -

with respect thereto, the excess balance in the Mechanic Lienholder Reserve can and should be released to CVOF immediately. *See* Plan § 7.2; *see also* June 4, 2008 Order, ¶ 3.[5]  Indeed, there is no longer a reason to maintain the Mechanic Lienholder Reserve, given that all 36 Mechanics Liens have been fully and finally resolved.

14.     Under the Plan, the Court expressly retained jurisdiction over the Mechanic Lienholder Reserve and the subject matter of this Motion.  Specifically, Article XIV of the Plan provides that the Court has retained jurisdiction to:

> (b) determine all matters relating to the Sale Proceeds [which includes the Mechanic Lien Reserve] and the distribution thereof;
>
> (c) issue such orders as may be necessary for the implementation, execution, and Consummation of this Plan and the Sale Transaction, including orders to ensure the conformity with the terms and conditions of this Plan and other orders of the Bankruptcy Court . . . .;
>
>        . . . .
>
> (k) enter such orders as may be necessary or appropriate to implement or consummate the provisions hereof and all contracts, instruments, releases and other agreements or documents created in connection with the Plan; [and]
>
>        . . . .

_____

[5]     Paragraph 3 of the June 4, 2008 Order provides:

> Promptly after entry of this Order, [Wachovia] shall deposit into escrow $350,000 for distribution to Class 6 claims in accordance with the Plan. Section 7.2 of the Plan is hereby modified to provide for the funding of such $350,000 by [Wachovia] at this time and for the availability of such funds to Class 6 claims upon the effective date of the Plan. [Wachovia] shall have no further obligation pursuant to Section 7.2 of the Plan to fund payments for the benefit of Class 6 claims. The modifications to the Plan provided for herein shall not limit or modify the right of [Wachovia] to receive excess funds from the mechanics' lien reserve. . . .

Shortly after the entry of the June 4, 2008 Order, Wachovia deposited into escrow the aforementioned $350,000 in full, plus the initial $50,000 deposit noted in Section 7.2 of the Plan (for a total deposit of $400,000), for distribution to Class 6 (unsecured) claims in accordance with the Plan.

(m) determine such other matters and for such other purposes as may be provided in, or that may arise in connection with or relate to, this Plan, the Disclosure Statement, the Confirmation Order, the Sale Order, or any contract, instrument, release or other agreement or document created in connection with the Plan or the Disclosure Statement . . . .

Plan, Article XIV.

*          *          *

15.     Notice of this Motion has been sent to (a) the Debtor and its financial advisors, (b) the persons set forth on the Master Service List maintained by the Debtor in this case, (c) the holders of all 36 of the Mechanics Liens or their counsel (to the extent not already included on the Master Service List), (d) First American and its in-house counsel, and (e) Wachovia and its counsel. CVOF submits that, given the nature of the relief requested, no other or further notice is required and requests that the Court find the notice actually given to be adequate.

16.     No previous application for the relief sought in this Motion has been made to this or any other Court. For the sake of clarity, however, CVOF notes that on November 12, 2009, Wachovia filed a separate motion seeking entry of an order directing First American to immediately and unconditionally release to Wachovia all but $450,000 from the Mechanic Lienholder Reserve (the "First Motion"). The basis for the First Motion was that, as of the date it was filed, only one of the 36 Mechanics Liens remained unresolved (namely, the lien of Castelan Construction Corp.), such that there was no longer a need to maintain a large balance in the Mechanic Lienholder Reserve. The Court entered an order granting the First Motion on November 18, 2009, a true and correct copy of which order is attached hereto as Exhibit E. First American thereafter disbursed to Wachovia all but $450,000 from the Mechanic Lienholder Reserve.

- 8 -

17.     CVOF requests that, notwithstanding anything to the contrary in the Federal Rules of Bankruptcy Procedure, the order granting this Motion be a final order effective immediately upon entry thereof.

**WHEREFORE**, CVOF respectfully requests that the Court enter an Order directing First American to immediately and unconditionally release to CVOF the entire remaining balance held in the Mechanic Lienholder Reserve, and for such other relief as this Court may deem just and proper.


Dated:  June 23, 2010                              CVOF 71 LLC, as successor in interest to
                                                   WACHOVIA BANK, N.A., AS SPECIAL AND
                                                   MASTER SERVICER FOR WELLS FARGO
                                                   BANK, N.A., AS TRUSTEE FOR CREDIT SUISSE
                                                   FIRST BOSTON MORTGAGE SECURITIES
                                                   CORPORATION

                                                   By:  /s/ Kenneth G. Kubes
                                                          One of Its Attorneys

Kenneth G. Kubes (#6277825)
DEUTSCH, LEVY & ENGEL, CHARTERED
225 W. Washington St., Suite 1700
Chicago, IL 60606
Telephone:  (312) 346-1460
Facsimile:  (312) 346-1859
kubes@dlec.com

## CERTIFICATE OF SERVICE

I, Kenneth G. Kubes, an attorney with the law firm of Deutsch, Levy & Engel, Chartered, hereby certify that on June 23, 2010, I caused a copy of the foregoing **Motion of CVOF 71 LLC, as Successor in Interest to Wachovia Bank, N.A., for Final Release of Excess Funds from Mechanic Lienholder Reserve**, and the corresponding **Notice of Motion** thereon, to be served on each of the parties listed on the attached service list via, as indicated thereon, either (a) Electronic Mail Notice List Through CM/ECF, or (b) e-mail and first-class U.S. Mail, by placing copies of same in envelopes, properly addressed with proper postage affixed thereto, and by depositing said envelopes in the U.S. Mail located at 225 W. Washington St., Chicago, IL 60606, prior to 5 p.m. on June 23, 2010.

Dated:  June 23, 2010

CVOF 71 LLC, as successor in interest to
WACHOVIA BANK, N.A., AS SPECIAL AND
MASTER SERVICER FOR WELLS FARGO
BANK, N.A., AS TRUSTEE FOR CREDIT SUISSE
FIRST BOSTON MORTGAGE SECURITIES
CORPORATION

By:   /s/ Kenneth G. Kubes
           One of Its Attorneys

Kenneth G. Kubes (#6277825)
DEUTSCH, LEVY & ENGEL, CHARTERED
225 W. Washington St., Suite 1700
Chicago, IL 60606
Telephone:  (312) 346-1460
Facsimile:  (312) 346-1859
kubes@dlec.com

HOTEL 71
SERVICE LIST

| Via Electronic Mail Notice List though CM/ECF: | |
|---|---|
| **William T. Neary**<br>**Roman Sukley**<br>Office of the U.S. Trustee, Region 11<br>227 W. Monroe Street, Suite 3350<br>Chicago, IL 60606<br>Email:  roman.l.sukley@usdoj.gov<br>        USTPRegion11.ES.ECF@usdoj.gov<br>**Attorneys for the United States Trustee** | **Jonathan W. Young**<br>**Jeffrey L. Gansberg**<br>Wildman Harrold Allen & Dixon LLP<br>225 W. Wacker Drive, Suite 2800<br>Chicago, IL 60606<br>Email:  young@wildman.com<br>        gansberg@live.com<br>**Attorneys for West Paces** |
| **Daniel A. Zazove**<br>Perkins Coie LLP<br>131 S. Dearborn St., Suite 1700<br>Chicago, IL 60603<br>Email:  dzazove@perkinscoie.com<br>**Attorneys for Debtor** | **George N. Panagakis**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Drive<br>Chicago, IL 60606<br>Email:  gpanagak@skadden.com<br>**Attorneys for D.E. Shaw & Co., L.P.** |
| **Marcus D. Fruchter**<br>Schopf & Weiss, LLP<br>1 South Wacker Drive, 28th Floor<br>Chicago, IL 60606<br>Email:  fruchter@sw.com<br>**Attorneys for Anichini Hospitality, Inc.** | **Brian L. Shaw**<br>**Patrick A. Clisham**<br>Shaw Gussis Fishman Glantz Wolfson & Towbin<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60610<br>Email:  bshaw100@shawgussis.com<br>        pclisham@shawgussis.com<br>**Attorneys for Clever Ideas, Inc.** |
| **Pia N. Thompson**<br>Reed Smith LLP<br>10 S. Wacker Drive<br>Chicago, IL 60606<br>Email:  pthompson@ksnlaw.com<br>**Attorneys for Commonwealth Edison Company** | **Faith Dolgin**<br>Office of Illinois Attorney General<br>100 W. Randolph Street, 13th Floor<br>Chicago, IL 60601<br>Email:  faith.dolgin@illinois.gov<br>**Attorney for IL Dept of Revenue** |
| **Patrick N. Ryan**<br>**Laura M. Finnegan**<br>Baum Sigman Auerback & Neuman, Ltd.<br>200 W. Adams Street, Suite 2200<br>Chicago, IL 60606<br>Email:  pryan@baumsigman.com<br>        lmfinnegan@baumsigman.com<br>**Attorneys for Central Pension Fund & HEREIU Welfare Fund** | **Esther E. Tryban Telser**<br>City of Chicago, Department of Law<br>30 N. LaSalle Street, Room 900<br>Chicago, IL  60602<br>Email:  etrybantelser@cityofchicago.org<br>**Attorneys for City of Chicago** |
| **Mark E. Leipold**<br>Gould & Ratner, LLP<br>222 North La Salle Street, Eighth Floor<br>Chicago, IL  60601<br>Email:  mleipold@gouldratner.com<br>**Attorneys for Cordes & Company, LLC** | **William J. Barrett**<br>Barrack Ferrazzano Kirschbaum & Nagelberg LLP<br>200 West Madison Street, Suite 3900<br>Chicago, IL  60606<br>Email:  william.barrett@bfkn.com<br>**Attorneys for Certain Formula Buyers** |

## HOTEL 71
### SERVICE LIST

| | |
|---|---|
| **Steve Christenholz**<br>Christenholz & Associates, P.C.<br>4920 N. Bell Avenue<br>Chicago, IL 60625<br>Email: sc11548@comcast.net | **Sara E. Cook**<br>McKenna Storer<br>666 Russel Court<br>Woodstock, IL 60098<br>Email: scook@mckenna-law.com<br>**Attorneys for Barrier Corp.** |
| **James P. Wognum**<br>122 S. Michigan Avenue<br>Suite 1290<br>Chicago, IL 60603<br>Email: jpwognum@ameritech.net<br>**Attorneys for Abel Carpets, Ltd.** | **John A. Lipinsky**<br>Coman & Anderson, P.C.<br>2525 Cabot Drive, Suite 300<br>Lisle, IL 60532<br>Email: jlipinsky@comananderson.com<br>**Attorneys for Advanced Cleaning Technologies, Inc. and Quality Relocation Services, Inc.** |
| **Burr E. Anderson**<br>Anderson Law Offices<br>223 W. Jackson, Suite 1100<br>Chicago, IL 60606<br>Email: burranderson@sbcglobal.net<br>**Attorneys for Castelan Construction Corp.** | **Barbara L. Yong**<br>**Caren A. Lederer**<br>Golan & Christie LLP<br>70 West Madison, Suite 1500<br>Chicago, IL 60602<br>Email: blyong@golanchristie.com<br>        calederer@golanchristie.com<br>**Attys for Hiram Electrical Contractors, Inc.** |
| **Joseph A. Baldi**<br>Joseph A. Baldi & Associates, P.C.<br>19 S. LaSalle Street, Suite 1500<br>Chicago, IL 60603<br>Email: jabaldi@ameritech.net<br>**Attorneys for Jhonny Prado Tile, Inc.** | **William Kent Carter**<br>Clark Hill PLC<br>150 N. Michigan Avenue, Suite 2400<br>Chicago, IL 60601<br>Email: wcarter@clarkhill.com<br>**Attys for Roberts Environmental Control Corp.** |
| **Timothy J. Somen**<br>**Thomas J. Dillon**<br>McFadden & Dillon, P.C.<br>120 S. LaSalle Street, Suite 1335<br>Chicago, IL 60603<br>Email: tsomenlaw@ameritech.net<br>        mcfaddendillonlaw@ameritech.net<br>**Attorneys for Southwest Industries, Inc.** | **John S. Mrowiec**<br>Conway & Mrowiec<br>20 South Clark St., Suite 100<br>Chicago, IL 60603<br>Email: jsm@cmcontractors.com<br>**Attorneys for Berglund Construction Company** |
| **Daniel P. Dawson**<br>Nisen & Elliott, LLC<br>200 W. Adams St., Suite 2500<br>Chicago, IL 60606<br>E-mail: ddawson@nisen.com<br>**Attorneys for Debtor** | **Thomas C. Wolford**<br>Neal Gerber & Eisenberg LLP<br>2 N. LaSalle Street<br>Chicago, IL 60602<br>Email: twolford@ngelaw.com<br>**Attorneys for Cabworks, LLC** |
| **Dennis E. Both**<br>Brown, Udell, Pomerantz & Delrahim, Ltd.<br>1332 N. Halsted Street, Suite 100<br>Chicago, IL 60622<br>Email: dbothlaw@att.net<br>**Attorneys for Quality First Contracting Co.** | **Jerome F. Crotty**<br>Rieck & Crotty, P.C.<br>55 W. Monroe St., Suite 3390<br>Chicago, IL 60603<br>E-mail: jcrotty@rieckcrotty.com<br>**Attorneys for Antico Stone, LLC** |

# HOTEL 71
## SERVICE LIST

| | |
|---|---|
| **Jill R. Quinn**<br>4825 N. Mason Ave. #105<br>Chicago, IL 60630<br>E-mail: jrquinnatty@aol.com<br>**Attorney for Mirabella Foundation** | **Michele Reynolds**<br>Dowd Block & Bennett LLP<br>8 South Michigan Avenue, 19th Floor<br>Chicago, Illinois 60603<br>E-mail: efile@dbb-law.com<br>**Attorneys for UNITE HERE National Retirement Fund** |
| **Via Electronic Mail & U.S. Mail:** | |
| **Holland Neff O'Neil**<br>**Michael S. Haynes**<br>Gardere Wynn Sewell LLP<br>1601 Elm Street #3000<br>Dallas, TX 75201<br>Email: honeil@gardere.com<br>       mhaynes@gardere.com<br>**Attorneys for West Paces** | **Paul R. Walker**<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>213-896-6600 (Fax)<br>Email: pwalker@sidley.com<br>**Attorneys for Canyon Financial** |
| **David R. Kuney**<br>Sidley Austin LLP<br>1501 K. Street, N.W.<br>Washington, D.C. 20005<br>202-736-8711 (Fax)<br>Email: dkuney@sidley.com<br>**Attorneys for Canyon Financial** | **Cornelius P. Brown**<br>Cohon Raizes & Regal LLP<br>208 S. LaSalle Street, Suite 1860<br>Chicago, IL 60604<br>312-726-0609 (Fax)<br>Email: nbrown@cohonraizes.com<br>**Attorneys for The Falor Companies** |
| **Matthew A. Clemente**<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Email: mclemente@sidley.com<br>**Attorneys for Canyon Financial** | **Jonathan Strouse**<br>Holland & Knight<br>131 S. Dearborn, 30th Floor<br>Chicago, IL 60603<br>(312) 578-6666 (Fax)<br>Email: jonathan.strouse@hklaw.com<br>**Attoneys for Les Meubles Saint Damase, Inc.** |
| **Andrea M. Flaherty**<br>Collections Counsel<br>HEREIU Welfare Fund<br>711 North Commons Drive<br>Aurora, IL 60504<br>Email: aflaherty@hereiufund.com | **Jeremy R. Hall**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Drive<br>Chicago, IL 60606<br>Email: jehall@skadden.com<br>**Attorneys for D.E. Shaw & Co., L.P.** |
| **Rudy Radasevich**<br>Neal Gerber & Eisenberg LLP<br>2 N. LaSalle Street<br>Chicago, IL 60602<br>Email: rradasevich@ngelaw.com<br>**Attorneys for Cabworks, LLC** | **Andrew A. Jacobson**<br>Law Offices of Andrew A. Jacobson Ltd.<br>One South Dearborn St., 21st Floor<br>Chicago, Illinois 60603<br>Email: ajacobson@thejacobsonfirm.com<br>**Attorney for Certain Formula Buyers** |
| **Lars Negstad**<br>Local 1 UniteHere<br>55 West Van Buren Street<br>Chicago, IL 60605<br>Email: lnegstad@herelocal1.org | **Andrew A. Honegger**<br>Husch Blackwell Sanders LLP<br>401 Main Street, Suite 1400<br>Peoria, IL 61602<br>Email: andrew.honegger@huschblackwell.com<br>**Attorneys for Federal Companies** |

3

## HOTEL 71
### SERVICE LIST

| | |
|---|---|
| **Michael J. Gearin**<br>Kirkpatrick & Lockhart Preston Gates Ellis 925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158<br>Email: michael.gearin@klgates.com<br>**Attorneys for Expedia, Inc.** | **Bruce J. Ruzinsky**<br>**Desiree K. Killen**<br>**Heather M. Forrest**<br>Jackson Walker LLP<br>1401 McKinney Street, Suite 1900<br>Houston, TX 77010<br>E-mail:   bruzinsky@jw.com<br>            dkillen@jw.com<br>            hforest@jw.com<br>**Attorneys for Constellation New Energy, Inc.** |
| **Timothy J. Patenode**<br>**Paula S. Kim**<br>**Peter A. Siddiqui**<br>Katten Muchin Rosenman LLP<br>525 W. Monroe<br>Chicago, IL 60661<br>Email:  timothy.patenode@kattenlaw.com<br>            paula.kim@kattenlaw.com<br>            peter.siddiqui@kattenlaw.com<br>**Attorneys for Chicago Title & Trust Company** | **Scott Hoster**<br>Dystrup, Hoster and Jarot PC<br>822 Infantry Drive, Suite 104<br>Joliet, IL 60435<br>Email: smh@dhj-law.com<br>**Attorneys for Werner-Nugent Plumbing, Inc.** |
| **Steven A. Marderosian**<br>**Gregory P. Adamo**<br>Clingen Callow & McLean, LLC<br>2100 Manchester Road, Suite 1750<br>Wheaton, IL 60187<br>Email:  marderosian@ccmlawyer.com<br>            adamo@ccmlawyer.com<br>**Attorneys for Advanced Cleaning Technologies, Inc. and Quality Relocation Services, Inc.** | **Mario Correa**<br>Law Offices of Mario Correa<br>3010 W. Diversey Ave.<br>Chicago, IL 60647<br>Email: Mario@correalaw.com<br>**Attorneys for Advanced Elevator Company** |
| **Robert M. Kamm**<br>Kamm & Shapiro, Ltd.<br>17 N. State Street, Suite 990<br>Chicago, IL 60602<br>Email: Rkamm@kslawfirm.com<br>**Attorneys for All Thermal Insulation Co.** | **Meghan Hubbard, Esq.**<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive<br>Chicago, IL 60606<br>Email: hubbard@wildmanharrold.com<br>**Attorneys for Alliance Fire Protection, Inc.** |
| **Edward Keidan**<br>**Erik Nelson**<br>Conway & Mrowiec<br>20 South Clark St., Suite 100<br>Chicago, IL 60603<br>Email:  ebk@cmcontractors.com<br>            ern@cmcontractors.com<br>**Attorneys for BOC Construction, LLC and Kutschke & Company** | **Eugene L. Bennett**<br>Eugene L. Bennett, Ltd.<br>55 W. Monroe Street, Suite 1200<br>Chicago, IL 60603<br>Email: eben9493@aol.com<br>**Attorneys for Butler Street Foundry & Iron Co.** |

4

# HOTEL 71
## SERVICE LIST

| | |
|---|---|
| **James Rohlfing**<br>**Mark B. Grzymala**<br>Rohlfing & Oberholtzer<br>211 W. Wacker Dr., Suite 1200<br>Chicago, IL 60606<br>Email: JRohlfing@rolaw.net<br>     mgrzymala@rolaw.net<br>**Attorneys for Ferguson Enterprises, Inc.** | **Kimberly A. Sherman, Esq.**<br>**Scott D. Spears, Esq.**<br>Robbins, Salomon & Patt, Ltd.<br>25 E. Washington Street, Suite 1000<br>Chicago, IL 60602<br>Email: ksherman@rsplaw.com<br>     sspears@rsplaw.com<br>**Attorneys for Gremley & Biedermann, Inc.** |
| **Harry J. Reitz**<br>Hayes Mechanical, Inc.<br>5959 S. Harlem Ave.<br>Chicago, IL 60638<br>Email: hreitz@hayesmechanical.com | **Mark J. Rose, Esq.**<br>Law Offices of Mark J. Rose<br>200 W. Adams St., Suite 2850<br>Chicago, IL 60606<br>Email: mjroseesq@aol.com<br>**Attorneys for Metropolitan Industries, Inc. &**<br>**Castelan Construction Corp.** |
| **Richard P. Reichstein**<br>The Law Offices of Richard P. Reichstein, Ltd.<br>221 N. LaSalle St., Suite 1137<br>Chicago, IL 60601<br>Email: rpr@legaleagle.com<br>     rprlaw@earthlink.net<br>**Attorneys for Illinois Contract Glazing, Inc. and**<br>**OPC Construction, Inc.** | **Brad Wisniewski**<br>Wisniewski & Associates, P.C.<br>118 N. Clinton St., Suite 100-5<br>Chicago, IL 60661<br>Email: popwis@earthlink.net<br>**Attorneys for Jarratt Architecture** |
| **Michael J. Morrisroe**<br>Morrisroe & Associates, Ltd.<br>114 S. Bloomingdale Road<br>Bloomingdale, IL 60108<br>Email: mjm@morrisroelaw.com<br>**Attorneys for Midwest Access Services, Inc.** | **M.R. Hoffman, Inc.**<br>Michael R. Hoffman<br>c/o Hiram Electrical Contractors, Inc.<br>1351 W. Foster Ave.<br>Chicago, IL 60640<br>E-mail: mhoffman@hiramelectric.com |
| **Randy Ruff**<br>**Matthew Straub**<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>Two First National Plaza<br>20 South Clark Street, 25th Floor<br>Chicago, IL 60603<br>Email: Randolph.ruff@odnss.com<br>     Matthew.Straub@ogletreedeakins.com<br>**Attorneys for P.J. Fazio Plumbing & Heating** | **Michael Delrahim**<br>Brown, Udell, Pomerantz & Delrahim, Ltd.<br>1332 N. Halsted Street, Suite 100<br>Chicago, IL 60622<br>Email: mdelrahim@bupdlaw.com<br>**Attorneys for Quality First Contracting Co.** |
| **Ted Donner**<br>Donner & Company Law Offices LLC<br>1125 Wheaton Oaks Court<br>Wheaton, IL 60187<br>Email: Tdonner@donnerco.com<br>**Attorneys for RAM Mechanical Services** | Robert Molicky<br>**Renovation Solutions**<br>222 North Columbus Dr. #3801<br>Chicago, IL 60601<br>Email: bmolicky@earthlink.net |
| **Matt LaKoma**<br>LaKoma Law Firm, LLC<br>1200 Jorie Boulevard, Suite 329<br>Oak Brook, IL 60523<br>Email: mlakoma@lakomalaw.com<br>**Attorneys for Shamrock Decorating, Inc.** | **Jeffrey P. Smith**<br>Law Offices of Jeff Smith<br>1603 Orrington Ave, Suite 800<br>Evanston, IL 60201<br>Email: jsmith@jefflaw.com<br>**Attorneys for Structural LLC as assignee of S.L.**<br>**Design, Inc. d/b/a Structural Enterprises** |

# HOTEL 71
## SERVICE LIST

| | |
|---|---|
| **Maynerd I. Steinberg**<br>Locke Lord Bissell & Liddell, LLP<br>111 S. Wacker Dr., Suite 4400<br>Chicago, IL 60606<br>Email: msteinberg@lockelord.com<br>**Attorneys for The Levy Company** | **Richard D. Trainor**<br>Richard D. Trainor, Ltd.<br>33 N. Dearborn St., Suite 1700<br>Chicago, IL 60602<br>Email: Rtrainor@TrainorLTD.com<br>**Attorneys for Trainor Glass Co.** |
| Brion Jackson<br>Vic Thomas<br>**Konematic, Inc. d/b/a Door Systems**<br>751 Expressway Drive<br>Itasca, IL 60143 | **Martha M. Reyna**<br>**Christian J. Lane, Esq.**<br>First American Title Insurance Company<br>National Commercial Services<br>30 N. LaSalle St., Suite 2700<br>Chicago, IL 60602<br>Email: mreyna@firstam.com<br>          cjlane@firstam.com |
| **Lea L. Land**<br>**Tina C. McNeill**<br>**Danielle Lisiecki**<br>Wachovia<br>301 S. College Street<br>17th Floor, D1053-171<br>Charlotte, NC 28202-6000<br>Email: lea.land@wachovia.com<br>          tina.mcneill@wachovia.com<br>          danielle.lisiecki@wachovia.com | **Anderson D. Caperton**<br>**Mark A. Jefferis**<br>Cadwalader, Wickersham & Taft LLP<br>227 West Trade Street, Suite 2400<br>Charlotte, NC 28202<br>Email: Anderson.Caperton@cwt.com<br>          Mark.Jefferis@cwt.com<br>**Attorneys for Wachovia Bank, N.A.** |
| **Jill E. Costie**<br>Development Specialists, Inc.<br>Three First National Plaza<br>70 W. Madison Street, Suite 2300<br>Chicago, IL 60602<br>Email: JCostie@dsi.biz | |