# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| CHICAGO H&S HOTEL | ) | Case No. 07-20088 |
| PROPERTY L.L.C., d/b/a HOTEL 71, | ) | |
| | ) | Hon. Eugene R. Wedoff |
| Debtor. | ) | |

## ORDER GRANTING LEAVE TO WITHDRAW

THIS MATTER having come before the Court upon the motion of Kenneth G. Kubes for leave to withdraw as counsel for CVOF 71 LLC, as successor in interest to Wachovia Bank, N.A., as Special and Master Servicer for Wells Fargo Bank, N.A., as Trustee for Credit Suisse First Boston Mortgage Securities Corp.; this Court having found that jurisdiction and venue is proper and that no further notice need be given; and after due deliberation and it appearing that sufficient cause exists for granting the requested relief;

IT IS HEREBY ORDERED THAT

1. Kenneth G. Kubes is granted leave to withdraw in this case as counsel for CVOF 71 LLC, as successor in interest to Wachovia Bank, N.A., as Special and Master Servicer for Wells Fargo Bank, N.A., as Trustee for Credit Suisse First Boston Mortgage Securities Corp., and his appearance filed in this case is hereby withdrawn effective immediately upon entry of this Order; and

2. Notwithstanding anything to the contrary in the Federal Rules of Bankruptcy Procedure, this Order is a final order effective immediately upon entry thereof.

DATED: **3 0 JUN 2010**

_Eugene R. Wedoff_
UNITED STATES BANKRUPTCY JUDGE