UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| CHICAGO H&S HOTEL | ) | Case No. 07-20088 |
| PROPERTY L.L.C., d/b/a HOTEL 71, | ) | |
| | ) | Hon. Eugene R. Wedoff |
| Debtor. | ) | |

### ORDER DIRECTING THE FINAL RELEASE OF EXCESS FUNDS FROM THE MECHANIC LIENHOLDER RESERVE

THIS MATTER having come before the Court upon the Motion of CVOF 71 LLC, as Successor in Interest to Wachovia Bank, N.A., for Final Release of Excess Funds from the Mechanic Lienholder Reserve (the "Motion"); this Court having found that jurisdiction and venue is proper and that due and proper notice has been given and that no further notice need be given; and after due deliberation and it appearing that sufficient cause exists for granting the requested relief and that the relief requested is in the best interests of the Debtor, its estate, its creditors, and other parties in interest;

IT IS HEREBY ORDERED THAT

1. The Motion is granted in its entirety;

2. First American Title Insurance Company is directed to immediately and unconditionally release to CVOF 71 LLC, as successor in interest to Wachovia Bank, N.A., as Special and Master Servicer for Wells Fargo Bank, N.A., as trustee for Credit Suisse First Boston Mortgage Securities Corp., the entire remaining balance held in the Mechanic Lienholder Reserve, as that term is defined in Article II, Paragraph 29 of the Debtor's Second Amended Liquidating Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code (confirmed by the Court on March 21, 2008), which Mechanic Lienholder Reserve is the

subject of that certain Strict Joint Order Escrow, Escrow Number NCS-338856 (Mechanic Lien Reserve), that was executed on or about May 16, 2008 by Wachovia Bank, N.A., First American Title Insurance Company, and Chicago H&S Hotel Property, L.L.C.; and

3. Notwithstanding anything to the contrary in the Federal Rules of Bankruptcy Procedure, this Order is a final order effective immediately upon entry thereof.

DATED: **7 JUL 2010**

_____
UNITED STATES BANKRUPTCY JUDGE