**FILED**

SEP - 8 2010

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                )
                                       )
                                       )
                                       )          Case No. 07 B 20088
CHICAGO H&S HOTEL PROPERTY             )
L.L.C.                                 )
                                       )
                                       )
                                       )          Chapter 11
                                       )
        Debtor.                        )
_____)

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO DEVELOPMENT SPECIALISTS, FINANCIAL ADVISORS TO THE DEBTOR, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $75,084.00 | TOTAL COSTS REQUESTED: | $649.34 |
| TOTAL FEES REDUCED: | $3,636.75 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $71,447.25 | TOTAL COSTS ALLOWED: | $649.34 |

### TOTAL FEES AND COSTS ALLOWED: $72,096.59

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(2)    Unreasonable Time**
        The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

        As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

**(4)    Insufficient Description**
        The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

(7)    **Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry.  [citation omitted].  Each type of service should be listed with the corresponding specific time allotment.").


Dated:  September 7, 2010

Eugene R. Wedoff
United States Bankruptcy Judge

Chicago H&S Hotel Property LLC

| | | | HOURS | |
|---|---|---|---|---|
| 08/24/2008 | PJO | Review of second interim fee application. | 0.50 | |
| 08/25/2008 | PJO | Review and approve second interim fee application. | 0.80 | |
| | JEC | Prepare exhibits for fee application. | 0.60 | |
| 08/29/2008 | PJO | Telephone conference call with D. Zazove, J. Horwitz and J. Costie regarding professional fees. | 0.30 | |
| | JEC | Telephone conference call with P. O'Malley, D. Zazove and J. Horwitz regarding professional fees. | 0.30 | |
| | | Fee Application/Client Billing | 2.50 | 1,026.00 |
| 09/16/2008 | JEC | Attend fee application hearing. | 1.00 | |
| | | Attend Court Hrgs/Rev Pleadgs | 1.00 | 260.00 |
| 08/05/2008 | JEC | Telephone call with S. Shern regarding transition items, elevator escrow, bank transfers and creditor claims. | 0.80 | |
| | JEC | Multiple telephone calls with ComEd regarding deposit refund. | 0.80 | |
| | JEC | Multiple e-mails with C. Lane regarding escrow account balances. | 0.40 | |
| | JEC | Review and reconciliation of bank deposits; telephone call with J. Hill of Citibank regarding same. | 0.80 | ⑦ -20.8 |
| 08/06/2008 | JEC | Review and respond to refund request. | 0.30 | |
| | JEC | Multiple e-mails with D. Lisiecki regarding cure refund. | 0.50 | |
| 08/08/2008 | JEC | Multiple e-mails with D. Nieves regarding escrow accounts and statements. | 0.50 | |
| 08/12/2008 | JEC | Review files for ComEd deposit; telephone call with B. Johnson regarding refund. | 0.30 | ⑦ -7.8 |
| | JEC | Telephone conversation with J. Amato regarding bank account activity. | 0.40 | |
| | JEC | Multiple e-mails with L. Land regarding cure refund. | 0.50 | |
| 08/22/2008 | JEC | Telephone call with J. Amato and Citibank regarding credit card deposits. | 0.50 | |
| 08/27/2008 | PJO | Review of cash reports. | 0.30 | |
| | JEC | E-mail with M. Reyna regarding escrow accounts. | 0.20 | |
| 08/28/2008 | PJO | Review of cash activity reports. | 0.40 | |

Chicago H&S Hotel Property LLC

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 08/29/2008 | JEC | Review of multiple e-mails regarding Hotel cash. | 0.20 | ④ -52 |
| | JEC | Telephone call with J. Horwitz regarding professional fee escrow; prepare future cost analysis and send to him. | 0.80 | ⑦ -208 |
| 09/05/2008 | JEC | Review outstanding check list, follow up with A. Lott. | 0.60 | ⑦ -15.6 |
| | JEC | Multiple e-mails with M. Linch regarding elevator mechanic liens and change orders. | 0.50 | |
| 09/08/2008 | JEC | Multiple e-mails with M. Reyna regarding cure payments and balance in cure escrow accounts. | 0.30 | |
| 09/16/2008 | JEC | Telephone call with S. Shern regarding Hotel Seventy-One's funds in bank accounts. | 0.20 | |
| | JEC | Draft and send joint escrow instructions to L. Land and M. Reyna regarding the payment of professional fees from the escrow accounts at First American Title Insurance. | 0.40 | |
| 09/18/2008 | JEC | Draft and send follow-up e-mail to L. Land regarding professional fee instructions. | 0.20 | |
| 09/19/2008 | JEC | Telephone call with S. Shern regarding credit card deposits, bank accounts and status of mechanic lien claims. | 0.30 | |
| 09/23/2008 | JEC | Multiple e-mails and telephone calls with L. Land, J. Horwitz, M. Reyna regarding professional fee payments and professional fee escrow account balances. | 0.50 | |
| 09/29/2008 | JEC | Process wire transfer from debtor to Hotel Seventy-One. | 0.30 | |
| 10/02/2008 | JEC | Prepare calculation of professional fee disbursements for J. Horwitz. | 0.50 | |
| 10/03/2008 | JEC | Telephone call with S. Shern regarding bank account balances and activity of credit card transactions. | 0.20 | |
| 10/10/2008 | JEC | Telephone call with J. Horwitz regarding professional fees escrow and the causes of action fees carve out. | 0.40 | |
| | PJO | Review and sign retention agreement for Nisen & Elliott. | 0.10 | |
| 10/13/2008 | JEC | Draft and send instructions for opening escrow account for causes of action litigation to Wachovia and First American Title Insurance Company. | 0.40 | |
| 10/17/2008 | PJO | Review and sign documents relating to escrow accounts. | 0.20 | |
| 10/22/2008 | JEC | Review of professional fee payments and send analysis to J. Horwitz. | 0.30 | ⑦ -7.8 |
| 11/24/2008 | PJO | E-mail regarding cash balances on deposit at Citibank. | 0.20 | ④ -99 |
| | PJO | Telephone conversation with S. Shern regarding cash balances and Citibank. | 0.20 | |
| 11/26/2008 | JEC | Wire transfer funds to Hotel Seventy-One, LLC including | | |

Chicago H&S Hotel Property LLC

| Date | | Description | HOURS |
|------|------|-------------|-------|
| | | telephone call with W. Shapira of Citibank. | 0.30 ⑦ −7.8 |
| 12/05/2008 | JEC | Telephone call with Federal regarding warehouse invoices and status of storage. | 0.40 |
| 12/15/2008 | JEC | Telephone call with Citibank regarding requests for copies of preference payments. | 0.30 |
| 12/18/2008 | JEC | Draft and send joint escrow authorization letter to Wachovia and First American requesting payment of professional fees. | 0.40 |
| 12/19/2008 | JEC | Follow up with L. Land regarding professional fee payments. | 0.30 |
| 12/23/2008 | JEC | Prepare and submit Change of Registered Agent and Annual Report forms to the Illinois Secretary of State. | 0.50 |
| | JEC | Draft and send e-mail to L. Land regarding professional fee payments from First American. | 0.20 |
| 12/29/2008 | JEC | Telephone call with K. Kubis regarding processing of mechanic lien claim payments, follow-up e-mails with M. Reyna regarding same. | 0.60 ⑦ −15.6 |
| | JEC | Telephone call with D. Lisiniski regarding professional fee payment request. | 0.40 |
| | JEC | Process additional mechanic lien claim settlements. | 0.40 |
| 12/30/2008 | JEC | Process requests for mechanic lien settlement distributions. | 0.80 |
| 12/31/2008 | JEC | Processed requests for payments of mechanic lien claims. | 1.20 |
| 01/13/2009 | JEC | Process multiple requests for wire transfers for mechanic lien settlements. | 0.30 |
| 01/14/2009 | JEC | Prepare multiple requests for wire transfers for mechanic lien claim settlements. | 0.40 |
| 01/15/2009 | JEC | Process requests for wire transfers for mechanic lien settlements. | 0.40 |
| 01/16/2009 | JEC | Prepare professional fees budget, reconcile payments made, and estimate future costs and expenses. | 1.20 |
| | JEC | Process multiple requests for wire transfers for mechanic lien settlement payments. | 0.60 |
| 01/19/2009 | JEC | Review Illinois Secretary of State letter regarding annual report; draft and send response to J. Horwitz to review; telephone call with J. Horwitz regarding same. | 0.80 ⑦ −21.6 |
| 01/23/2009 | JEC | Revise professional fees escrow budget and send to J. Horwitz; telephone call regarding same. | 0.80 ⑦ −21.6 |
| | JEC | Process mechanic lien escrow settlement request. | 0.50 |
| 01/26/2009 | JEC | Telephone call with D. Lisenski to follow up on professional fees payment. | 0.20 |

Chicago H&S Hotel Property LLC

| | | | HOURS | |
|---|---|---|---|---|
| 01/27/2009 | JEC | Process multiple requests for mechanic lien settlement payments. | 0.30 | |
| 01/30/2009 | JEC | Telephone call with L. Land regarding Nissen and Elliott payment. | 0.30 | |
| 02/12/2009 | JEC | Process request for mechanic lien claim settlement payments. | 0.30 | |
| 02/20/2009 | JEC | Prepare and send instructions for wire transfer for mechanic lien claim settlements. | 0.20 | |
| 02/23/2009 | JEC | Review and process fee payment request for Nisen & Elliott; telephone call with D. Zazove regarding the same. | 0.30 | ⑦ −8.1 |
| 03/10/2009 | JEC | Follow up with First American regarding Nissen & Elliott invoice. | 0.20 | |
| 03/18/2009 | JEC | Prepare and process wire transfer request for payment on mechanic lien settlement. | 0.30 | |
| 03/23/2009 | JEC | Process Nisen & Elliot wire transfer request. | 0.30 | |
| 03/26/2009 | JEC | Follow up with Wachovia regarding Retained Causes of Action payments. | 0.20 | |
| 03/27/2009 | JEC | Process wire transfer request for mechanic lien settlement. | 0.30 | |
| 04/02/2009 | JEC | Prepare and send request for payment of mechanic lien claim. | 0.30 | |
| 04/07/2009 | JEC | Prepare and process request for payment of mechanic lien claim. | 0.30 | |
| 04/15/2009 | JEC | Prepare and send request for payment of mechanic lien claim. | 0.20 | |
| 04/22/2009 | JEC | Telephone call with S. Shern regarding Clever Ideas. | 0.10 | |
| 04/24/2009 | JEC | Telephone call with S. Shern regarding bank statements. | 0.40 | |
| 05/05/2009 | JEC | Process wire transfer request for mechanic lien claim settlement. | 0.20 | |
| 05/12/2009 | JEC | Process wire transfer for tax account to Hotel Seventy-One LLC. | 0.30 | |
| 05/26/2009 | JEC | E-mail to M. Reyna regarding retained causes of action account balance. | 0.40 | |
| 05/27/2009 | JEC | Prepare professional fees budget and reconcile account; submit to P. O'Malley. | 0.80 | ⑦ −21.6 |
| | JEC | E-mail with M. Reyna for wire transfer. | 0.20 | |
| | PJO | Review of amounts paid to the Polsinelli law firm. | 0.20 | |
| 06/08/2009 | JEC | Telephone call and follow-up e-mail with W. Shapiro to close Citibank accounts. | 0.40 | ⑦ 10.8 |

|            |     |                                                                                                      | HOURS |
|------------|-----|------------------------------------------------------------------------------------------------------|-------|
| 07/14/2009 | JEC | Send follow-up request to Wachovia requesting disbursement from escrow accounts.                     | 0.20  |
| 07/28/2009 | JEC | Process request for payment from causes of action escrow.                                            | 0.20  |
| 08/04/2009 | PJO | Telephone conversation with K. Stetsko regarding results of recent Bankruptcy Court hearing.          | 0.20  |
|            | PJO | Review of latest budget-to-actual reports for the Hotel, summarize, then forward to counsel.         | 0.70 ⑦ −18.9 |
| 08/05/2009 | PJO | Telephone conversation with S. Shern regarding status of hotel operations and financial conditions.   | 0.30  |
| 08/17/2009 | JEC | Telephone call with S. Shern regarding warehouse liens.                                              | 0.30  |
| 09/01/2009 | JEC | Process payment for Nisen & Elliott.                                                                  | 0.20  |
| 09/21/2009 | JEC | Process request for payment for Clifton Gunderson.                                                    | 0.20  |
| 10/01/2009 | JEC | Telephone call with K. Kubes regarding mechanic lien claim; review files and send requested documents. | 0.80 ⑦ −21.6 |
| 10/06/2009 | JEC | Draft and send request for Clifton Gunderson payment.                                                 | 0.20  |
| 10/07/2009 | JEC | Telephone call with S. Shern regarding sale of property.                                             | 0.40  |
| 10/26/2009 | JEC | Review licenses and permits file for copies of elevator inspection certificates for S. Shern.        | 0.40  |
| 11/04/2009 | JEC | Process Nisen & Elliott's invoice for payment.                                                        | 0.30  |
| 11/13/2009 | JEC | Review files for sample vendor sale notice letter for J. Amato.                                      | 0.60  |
| 11/23/2009 | JEC | Multiple e-mails with A. Fisher regarding State of Illinois annual report.                            | 0.50  |
| 12/04/2009 | JEC | Review of files and catalog in preparation for storage.                                              | 1.00  |
| 01/20/2010 | JEC | Draft and send requests for payment of fees to First American and Wachovia.                          | 0.50  |
| 01/25/2010 | JEC | Follow up on request for payments from escrow account.                                               | 0.30  |
|            | JEC | Multiple e-mails with Wachovia, Canyon Partners and D. Zazove regarding status of escrow accounts; review files for agreements. | 1.00 ⑦ −28 |
| 01/26/2010 | JEC | Draft and send notice to Canyon Partners regarding escrow accounts.                                   | 0.50  |
| 01/29/2010 | JEC | Telephone call with D. Sudeck regarding escrow accounts, e-mail regarding same.                      | 0.40 ⑦ −14 |

Chicago H&S Hotel Property LLC

| | | | HOURS | |
|---|---|---|---|---|
| 02/02/2010 | PJO | Telephone conversation with D. Zazove regarding remaining escrow accounts. | 0.20 | |
| 02/08/2010 | PJO | Review of draft motion to approve the disposition of the various trust accounts. | 0.20 | |
| | PJO | Telephone conversation with D. Zazove regarding the draft motion regarding the trust accounts. | 0.20 | |
| | JEC | Respond to multiple e-mails regarding escrow accounts with Wachovia and Canyon Capital. | 0.40 | ⑦ −112 |
| | JEC | Review motion to aid in administration. | 0.30 | |
| 02/10/2010 | JEC | Multiple e-mails with T. McNeill regarding escrow account payments. | 0.40 | |
| 02/19/2010 | PJO | Correspondence with D. Zazove regarding release of escrow funds. | 0.10 | |
| | PJO | Review of claims recently made by the State of Illinois. | 0.10 | |
| 02/23/2010 | JEC | Process Nissen & Elliott fees for payment. | 0.20 | |
| 04/01/2010 | JEC | Process Nissen & Elliott invoice. | 0.20 | |
| 04/07/2010 | JEC | Telephone call with S. Shern regarding status of case and claims analysis for current vendors. | 0.50 | |
| 04/19/2010 | JEC | Telephone call with J. Amato regarding Peoples Gas deposits and preference actions; review of files regarding same. | 0.60 | ⑦ −16.8 |
| 04/20/2010 | JEC | Process payment to Nissen & Elliott. | 0.20 | |
| 04/29/2010 | JEC | Telephone call with J. Amato regarding hold placed on Hotel 71 permits due to past due payments; review files for information on previous permits. | 0.80 | ⑦ −22.4 |
| 04/30/2010 | JEC | Telephone call with T. Clark of the City of Chicago Department of Revenue regarding hold placed on Hotel 71; follow-up letter and copies of petition. | 0.90 | ⑦ −252 |
| 05/11/2010 | JEC | Review and process Nissen and Elliott invoice for payment. | 0.20 | |
| 05/24/2010 | JEC | Telephone call with S. Shern regarding business licenses and past due fee returns. | 0.30 | |
| | JEC | Telephone call with M. Reyna regarding escrow account balances. | 0.20 | |
| 05/25/2010 | JEC | Telephone call with P. Bedard regarding the final mechanic lien settlement; prepare and send request for payment to First American Title Insurance. | 0.30 | ⑦ −8.4 |
| 06/01/2010 | JEC | Prepare exhibit of Class 6 claims disbursement. | 2.50 | |
| 06/18/2010 | JEC | Respond to e-mail from K. Kubes regarding interest in escrow accounts. | 0.20 | |

Chicago H&S Hotel Property LLC

| Date | | Description | HOURS | |
|------|------|-------------|-------|--|
| 06/21/2010 | JEC | Provide balances of escrow accounts to D. Zazove. | 0.20 | |
| 07/07/2010 | JEC | Telephone call and e-mail with D. Vaughan regarding past due invoice. | 0.20 | |
| 07/08/2010 | JEC | Process U.S. Trustee fees, Nisen & Elliott fees and process request for release of mechanic lien escrow; telephone call with T. McNiell regarding same. | 0.50 | ⑦ -14 |
| | | Business Analysis | 50.10 | 14,300.00 |
| 08/21/2008 | JEC | Review of bank statements, deposits. | 0.40 | |
| 08/28/2008 | PJO | Telephone conversation with J. Costie and J. Horwitz regarding reporting requirements. | 0.30 | |
| | JEC | Telephone call with J. Horwitz and P. O'Malley regarding reporting requirements. | 0.30 | |
| | JEC | Multiple e-mails with J. Horwitz regarding post-confirmation quarterly reports. | 0.20 | |
| 10/21/2008 | JEC | Telephone calls with J. Horwitz regarding the trustee report. | 0.20 | |
| | JEC | Prepare third quarter trustee report. | 0.80 | |
| 10/30/2008 | PJO | Telephone conversation with J. Horwitz regarding quarterly U.S. Trustee reports. | 0.20 | |
| | JEC | Telephone call with J. Horwitz regarding quarterly fee statement. | 0.20 | |
| 01/13/2009 | JEC | Prepare fourth quarter trustee report and submit. | 1.00 | |
| 04/23/2009 | JEC | Telephone call with K. Stetsko regarding quarterly reports. | 0.20 | |
| 04/24/2009 | JEC | Prepare quarterly trustee report and submit check request to First American Insurance. | 0.50 | ⑦ -13.5 |
| 07/10/2009 | JEC | Prepare U.S. Trustee quarterly report. | 0.80 | |
| 07/15/2009 | JEC | Process U.S. Trustee quarterly report. | 0.70 | |
| 01/19/2010 | JEC | Prepare U.S. Trustee fee report. | 0.50 | |
| 04/06/2010 | JEC | Prepare quarterly trustee report. | 0.30 | |
| 07/01/2010 | JEC | Request disbursement listing from First American and prepare U.S. Trustee quarterly report. | 0.50 | ⑦ -14 |
| | | Monthly Bktcy/Semi-Annual Rpts | 7.10 | 2,021.50 |
| 08/01/2008 | JEC | Prepare preference analysis. | 1.50 | |
| 08/04/2008 | JEC | Telephone call with J. Horwitz regarding multiple open items on claims review and preferences. | 0.40 | |
| 08/05/2008 | JEC | Coordinate delivery of accounts payable files to office with J. | | |

Chicago H&S Hotel Property LLC

| | | | HOURS |
|---|---|---|---|
| | | Amato. | 0.40 |
| 08/06/2008 | JEC | Review files and prepare preference analysis. | 2.00 |
| 08/07/2008 | JEC | Review payables file and prepare preference analysis. | 1.50 |
| 08/12/2008 | JEC | Telephone call with S. Shern regarding Clever Ideas. | 0.40 |
| 08/18/2008 | PJO | Correspondence regarding wire transfer to Clever Ideas. | 0.10 |
| 08/19/2008 | JEC | Telephone call with M. Wernz to discuss Clever Ideas preference. | 0.40 |
| | JEC | Review of files for all documents regarding Clever Ideas; multiple e-mails with S. Shern and L. Land regarding same. | 2.00  ⑦ −52 |
| 08/20/2008 | JEC | Multiple e-mails with S. Shern regarding Clever Ideas. | 0.50 |
| 08/22/2008 | JEC | Multiple e-mails with L. Land regarding Clever Ideas payments. | 0.30 |
| 08/25/2008 | PJO | Research pre-petition wire transfer made to Clever Ideas and forward information to counsel. | 0.20 |
| 08/26/2008 | JEC | Discussion with S. Shern regarding Clever Ideas. | 0.30 |
| | JEC | Telephone call with J. Horwitz regarding Clever Ideas documents and follow-up e-mail. | 0.30  ⑦ − 7.8 |
| | JEC | Review complaint filed against Clever Ideas. | 0.30 |
| 08/29/2008 | JEC | Prepare preference analysis. | 1.00 |
| 09/02/2008 | JEC | Review documents for preference analysis. | 1.20 |
| 10/10/2008 | JEC | Review files for conference call regarding preference actions. | 0.70 |
| | JEC | Telephone call with J. Horwitz regarding preference analysis. | 0.30 |
| 10/13/2008 | JEC | Review preference analysis and update with new information in preparation for meeting with J. Horwitz and P. Schmidt. | 1.60 |
| 10/14/2008 | JEC | Meeting with D. Zazove, J. Horwitz, D. Dawson and B. Zirk regarding causes of action litigation. | 1.50 |
| | JEC | Meeting with J. Horwitz to review preference analysis. | 0.50 |
| | JEC | Conference call with J. Horwitz, G. Jordan and P. Schmidt regarding preference analysis and claim objections. | 0.50 |
| | JEC | Update preference analysis with comments from conference call and redistribute. | 0.50 |
| | JEC | Multiple e-mails with Wachovia regarding establishing the causes of action escrow account. | 0.40 |
| 10/23/2008 | JEC | Telephone call with J. Horwitz regarding preference actions. | 0.20 |
| | JEC | Telephone calls with J. Horwitz and D. Zazove to review preference causes of action and demand letters. | 0.40  ⑦ −10.4 |
| 10/28/2008 | PJO | Telephone conversation and correspondence wtih J. Horwitz regarding events leading up to payment of the   120,000 to |

| Date | Initials | Description | HOURS | |
|------|----------|-------------|-------|---|
| | | Clever Ideas in September 2008. | 0.30 | |
| 10/29/2008 | JEC | Review of preference demand letters, telephone call with S. Shern regarding same. | 0.50 | ⑦ -13 |
| 10/31/2008 | PJO | Review of draft affidavit in Clever Ideas complaint and discuss with J. Horwitz. | 0.40 | ⑦ - 19.8 |
| 11/03/2008 | JEC | Review bank statements for supporting documents for preference causes of action. | 0.80 | |
| | JEC | Telephone call with S. Shern regarding preference payments to Anderson Elevator. | 0.50 | |
| | JEC | Follow-up on Weissburg preference payments, review bank statements. | 0.50 | ⑦ -24.75 |
| 11/04/2008 | JEC | Telephone call with S. Shern to review preference causes of action. | 0.30 | |
| 11/05/2008 | JEC | Review accounts payable files for Weissburg's payments. | 0.50 | |
| | JEC | Review payment files for payments made to Clever Ideas. | 0.50 | |
| 11/07/2008 | PJO | Review revised affidavit in the Clever Ideas litigation. | 0.20 | |
| | PJO | Review of settlement proposal received from Clever Ideas. | 0.20 | |
| | JEC | Multiple e-mails with J. Horwitz regarding preference causes of action. | 0.40 | |
| 11/10/2008 | PJO | Telephone conference call with J. Costie and J. Horwitz regarding final revisions to my affidavit in Clever Ideas litigation. | 0.30 | |
| | JEC | Telephone call with J. Horwitz and P.O'Malley regarding Clever Ideas' affidavit. | 0.30 | |
| 11/12/2008 | PJO | Review and sign affidavit in support of Clever Ideas litigation. | 0.20 | |
| | JEC | Telephone call with S. Shern regarding wire transfers on preference causes of action; requested copies of supporting documentation. | 0.40 | ⑦ - 10.4 |
| 11/14/2008 | JEC | Telephone call to Citibank regarding document request for payments to vendors. | 0.30 | |
| | JEC | Telephone call with S. Shern regarding Wachovia payments to vendors. | 0.40 | |
| 11/17/2008 | JEC | Telephone call with J. Horwitz regarding Anderson Elevator preference payments, review of files for clear dates. | 0.30 | ⑦ - 7.8 |
| | JEC | Review of hotel payables for causes of action payments. | 0.50 | |
| 11/25/2008 | JEC | Review preference settlement agreement for Talent Plus. | 0.30 | |
| | JEC | Research files for supporting documents for preference payments; contact Citibank for documents regarding same. | 1.00 | ⑦ -26 |
| 11/26/2008 | PJO | Telephone conversation with B. Shaw regarding Clever Ideas' settlement discussions. | 0.20 | |
| 12/01/2008 | JEC | Review of responses to preference demand notices, review files | | |

Chicago H&S Hotel Property LLC

| Date | | Description | HOURS | |
|------|---|-------------|-------|---|
| | | with regard to same and follow-up with hotel for supporting documents. | 1.20 | ⑦ -31.2 |
| 12/05/2008 | JEC | Meeting at hotel to review payables file in regard to preference defense. | 1.50 | ④ -390 |
| 12/15/2008 | JEC | Review of Talent Plus settlement agreement, brief discussion with J. Horwitz regarding same. | 0.50 | ⑦ -13 |
| 12/16/2008 | JEC | Follow-up with P. O'Malley regarding approval of Talent Plus affidavit, send same to J. Horwitz. | 0.20 | ⑦ -5.2 |
| 12/17/2008 | JEC | Telephone call with J. Horwitz regarding preference analysis and supporting documents. | 0.40 | |
| 12/18/2008 | JEC | Research address and account information for Lodgenet for preference letter. | 0.50 | |
| 12/29/2008 | JEC | Telephone call with J. Horwitz regarding preference action and follow-up e-mail regarding same. | 0.50 | ⑦ -13 |
| 01/06/2009 | JEC | Telephone call with S. Shern regarding preference payments. | 0.30 | |
| 01/07/2009 | JEC | Review files for preference payment documentation. | 0.60 | |
| 01/08/2009 | JEC | Telephone call with J. Horwitz regarding preference settlements. | 0.30 | |
| 01/09/2009 | JEC | Telephone call and follow-up e-mail with S. Shern regarding preference payments. | 0.50 | ⑦ -13.5 |
| 01/14/2009 | JEC | Draft and send e-mail to Citibank requesting copies of checks for preference action. | 0.40 | |
| 01/16/2009 | JEC | Telephone call and follow-up e-mail with J. Horwitz regarding preference settlements. | 0.40 | ⑦ -10.8 |
| 01/18/2009 | PJO | Review and sign preference settlement. | 0.10 | |
| 01/20/2009 | JEC | Review of Combest settlement agreement. | 0.10 | |
| 01/21/2009 | JEC | Process mechanic lien escrow settlement payments. | 0.30 | |
| 01/23/2009 | JEC | Review of interrogatories from Clever Ideas; e-mail and telephone call with S.Shern regarding same. | 1.00 | ⑦ -27 |
| | JEC | Follow up with Citibank on preference claim check requests; review responses from preference demand letters and research files for supporting documentation; review ComEd new value analysis. | 1.40 | ⑦ -37.8 |
| 01/26/2009 | JEC | Review responses to preference demand letters and prepare response. | 0.40 | ⑦ -10.8 |
| | JEC | Continue to review responses to preference demand letters and prepare responses. | 0.60 | ⑦ -16.2 |

Chicago H&S Hotel Property LLC

|  |  |  | HOURS |
|---|---|---|---|
| 01/27/2009 | JEC | Telephone call with J. Horwitz regarding status of claims and preference actions. | 0.40 |
|  | JEC | Telephone call with S. Shern in preparation of conference call and review Clever Ideas' request for documents. | 0.50 ⑦ -13.5 |
| 01/29/2009 | JEC | Review new value analysis in response to preference demand letter. | 0.40 |
| 01/30/2009 | PJO | Telephone conference call with S. Shern, J.Costie and counsel from Perkins Coie regarding Clever Ideas litigation. | 1.00 |
|  | JEC | Conference call with Perkins Coie representatives, P. O'Malley and S. Shern regarding Clever Ideas' document request. | 1.00 |
| 02/04/2009 | JEC | Telephone call with S. Shern regarding Clever Ideas and preference payments. | 0.30 |
| 02/05/2009 | JEC | Review and request additional supporting documents from Citibank for preference payments. | 0.50 ⑦ -13.5 |
| 02/06/2009 | JEC | Review of documents provided by Citibank in response to preference demand letters responses. | 0.40 |
| 02/09/2009 | JEC | Review requested bank documents for preference payments; multiple e-mails with D. Zazove providing same. | 0.60 ⑦ -16.2 |
| 02/27/2009 | PJO | Telephone conversation with D. Zazove regarding upcoming Clever Ideas trial and review of relevant correspondence relating to the transaction in question. | 0.40 ⑦ -10.8 |
| 03/09/2009 | PJO | Meeting with D. Zazove and litigation counsel from Perkins Coie to prepare for possible testimony at Wednesday's Clever Ideas preference action trial. | 1.00 |
|  | PJO | Review of filings made in conjunction with the Clever Ideas litigation in preparation for Wednesday's trial. | 0.40 |
| 03/10/2009 | JEC | Telephone call with S. Shern regarding Expovision and their preference demand letter. | 0.40 |
| 03/11/2009 | PJO | Review of affidavit and other relevant materials in advance of today's hearing in preparation for my testimony. | 0.50 |
|  | PJO | Attend trial on Clever Ideas' preference action. | 1.50 |
| 05/19/2009 | PJO | Telephone conversation with D. Zazove regarding next steps to collect judgment from Clever Ideas. | 0.10 |
|  | PJO | Review of interest computations to be added to the amount due from Clever Ideas. | 0.10 |
| 07/14/2009 | JEC | Telephone call with K. Stetsko regarding preference actions, follow-up e-mail request to bank regarding supporting documents. | 0.30 ⑦ -8.1 |
| 07/28/2009 | JEC | Reconcile collections received to-date, search office for June |  |

Chicago H&S Hotel Property LLC

| Date | Init. | Description | HOURS | |
|------|-------|-------------|-------|---|
| | | payment, e-mail P. O'Malley, discussion with L. Combes. | 0.50 | ⑦ -13.5 |
| 08/04/2009 | JEC | Multiple e-mails with K. Stetsko regarding preference payments from Guest Relations. | 0.30 | |
| 08/07/2009 | JEC | E-mails with K. Stetsko regarding preference payments. | 0.30 | |
| 08/20/2009 | JEC | Review of bank statements for preference payment documents; telephone call with Citibank regarding same. | 1.50 | ⑦ -40.5 |
| 08/21/2009 | JEC | Review copies of bank statements and canceled checks for preference payments; forward to K. Stetsko. | 0.80 | ⑦ -21.6 |
| | JEC | Continue to review bank statements and canceled checks for preference payments. | 1.20 | |
| 08/26/2009 | JEC | Process preference payment. | 0.10 | |
| 09/21/2009 | JEC | Review AT&T settlement agreement; send e-mail to K. Stetsko regarding same. | 0.30 | ⑦ -8.1 |
| 10/09/2009 | JEC | Prepare W-9 Form for AT&T preference payment settlement. | 0.20 | |
| 10/30/2009 | JEC | Process payment from AT&T. | 0.10 | |
| 12/01/2009 | JEC | Review files for Talent Plus settlement agreement and send to K. Stetsko. | 0.80 | |
| 12/02/2009 | JEC | Review files for Anderson Elevator payments and prepare schedule of maintenance payments for K. Stetsko. | 1.20 | ⑦ -32.4 |
| 01/25/2010 | JEC | Review files and correspondence for documents for preference action. | 1.50 | |
| 01/26/2010 | PJO | Review files and documents relating to the preference action against Anderson Elevator. | 0.50 | |
| 01/29/2010 | PJO | Preparation for upcoming preference trial with Anderson Elevator including review of correspondence regarding repairs. | 0.80 | |
| 02/01/2010 | JEC | Review files for bank reconciliations in response to preference action. | 0.60 | |
| | PJO | Investigate circumstances regarding the payments made to Anderson Elevator and prepare for trial. | 1.20 | ⑦ -63 |
| | PJO | Meeting with D. Zazove and K. Stetson regarding trial preparation. | 0.30 | |
| 04/08/2010 | JEC | Reconcile preference settlement account receipts; follow up with K. Stetson regarding agreements with Anderson Elevator. | 0.70 | ⑦ -19.6 |
| 04/21/2010 | JEC | Follow up with K. Stetsko on Southwest preference payment. | 0.10 | |
| 05/04/2010 | JEC | Reconcile preference account with final payments to settlement agreements. | 0.50 | |

Chicago H&S Hotel Property LLC

|  |  |  | HOURS | |
| --- | --- | --- | --- | --- |
| | | Preference Analysis | 63.20 | 19,118.00 |
| 08/01/2008 | JEC | Review HEREIU letter agreement. | 0.50 | |
| | JEC | Telephone call with creditor regarding claim reclassification. | 0.40 | |
| 08/04/2008 | JEC | Telephone conference call regarding claims review with Creditors' Committee. | 0.50 | |
| | JEC | Multiple e-mails with HEREIU regarding claim withdrawal. | 0.80 | |
| | JEC | E-mail E. Telser regarding City of Chicago claims. | 0.20 | |
| | JEC | Telephone call with Horizon Meetings regarding claim. | 0.30 | |
| | JEC | Review docket for new or amended claims. | 0.50 | |
| 08/05/2008 | JEC | Telephone call with creditor regarding refund. | 0.40 | |
| | JEC | Telephone call with Dykema regarding Anderson Elevator and Cabworks claims. | 0.10 | |
| | JEC | Multiple e-mails with HEREIU to set up conference call. | 0.50 | |
| 08/06/2008 | JEC | Telephone conference call regarding HEREIU claim. | 0.70 | ④ -182 |
| 08/07/2008 | PJO | Telephone conversation with D. Zazove regarding status and issues with resolving mechanic lien claims. | 0.10 | |
| 08/12/2008 | JEC | E-mail with E. Telser regarding claim. | 0.20 | |
| | JEC | E-mail with A. Flaherty regarding claim. | 0.20 | |
| 08/13/2008 | JEC | Telephone call with J. Horwitz regarding claims. | 0.20 | |
| 08/15/2008 | JEC | Telephone call with Horizon Meetings regarding claim. | 0.30 | |
| | JEC | Telephone call with J. Horwitz regarding HEREIU claim; follow-up telephone call with A. Flaherty regarding same. | 0.50 | ⑦ -13 |
| 08/18/2008 | JEC | Telephone conference call regarding claims review with Creditors' Committee. | 0.50 | |
| | JEC | E-mail and follow-up telephone call with S. Shern regarding EROOM Systems. | 0.70 | ⑦ - 18.2 |
| | JEC | E-mail with J. Horwitz regarding Horizon Meetings' claim. | 0.20 | |
| 08/19/2008 | JEC | Multiple e-mails with K. Kubes regarding warehouses claims. | 0.60 | |
| | JEC | Review of claim objection for Horizon Meetings. | 0.50 | |
| 08/21/2008 | JEC | Review amended claims filed by City of Chicago; telephone call with J. Horwitz regarding same. | 0.80 | ⑦ -20.8 |
| | JEC | Review draft of letter agreement for City of Chicago. | 0.40 | |
| | JEC | Multiple e-mails with J. Horwitz regarding claims. | 0.50 | |
| 08/22/2008 | JEC | Review City of Chicago letter agreement. | 0.20 | |
| 08/25/2008 | PJO | Review and sign claim objection. | 0.20 | |
| | PJO | Review and sign City of Chicago claim resolution. | 0.20 | |
| | JEC | Review draft of City of Chicago letter agreement and send. | 0.40 | ④⑦ -104 |
| | JEC | Telephone call with HEREIU regarding status of their letter agreement. | 0.20 | |
| | JEC | Review of claim objection for Horizon meetings; discussion with | | |

Chicago H&S Hotel Property LLC

| | | | HOURS | |
|---|---|---|---|---|
| | | P. O'Malley regarding same. | 0.40 | ⑦ −10.4 |
| 08/26/2008 | JEC | Follow up on HEREIU claims. | 0.20 | ④ −52 |
| | JEC | Multiple e-mails with M. Linch and S. Shern regarding mechanic lien claims. | 0.20 | |
| 08/28/2008 | JEC | Telephone call with J. Amato regarding vendor invoices. | 0.20 | |
| | JEC | Telephone call with E. Garcia regarding refund. | 0.30 | |
| 09/02/2008 | JEC | Telephone conference call regarding claims. | 0.30 | ④ −78 |
| | JEC | Telephone call and e-mail with E. Garcia regarding KAPLAN refund. | 0.30 | ⑦ −7.8 |
| 09/03/2008 | JEC | Telephone call with S. Shern regarding elevator mechanic lien claims. | 0.30 | |
| 09/05/2008 | JEC | Follow up with HEREIU regarding claim. | 0.20 | |
| 09/08/2008 | PJO | Review of correspondence regarding assignment of formula claims. | 0.10 | |
| | JEC | Telephone call with P. Schmidt regarding claims reconciliation, review files and send supporting documents. | 0.80 | ⑦ −20.8 |
| | JEC | Multiple e-mails with J. Horwitz regarding tax claims for City of Chicago. | 0.50 | |
| 09/09/2008 | PJO | Telephone conversation with D. Zazove regarding correspondence from Formula regarding assignment of claim. | 0.10 | |
| | JEC | Telephone call with J. Horwitz regarding City of Chicago priority claims; review of amended claims; draft and send payment instructions to Wachovia and First American Title Insurance for payment from tax escrow account. | 1.20 | ⑦ −31.2 |
| 09/10/2008 | JEC | Telephone call and follow-up e-mail with P. Schmidt regarding claims review. | 0.40 | ⑦ −10.4 |
| | JEC | Review of construction documents at Hotel for reconciliation of mechanic lien claims. | 2.00 | |
| | JEC | Draft and send e-mail to P. Schmidt regarding general unsecured portion of the City of Chicago claims. | 0.50 | |
| 09/12/2008 | JEC | Review files for Eroom Systems contracts for P. Schmidt. | 0.20 | ④ −52 |
| | JEC | Follow up with A. Flaherty regarding HEREIU claim withdrawal. | 0.20 | |
| | JEC | Review of disbursements made by First American Title Insurance from escrow accounts. | 0.30 | |
| 09/15/2008 | JEC | Conference call with Creditors' Committee to discuss status of claim reconciliation, objections and liens. | 0.30 | |
| 09/29/2008 | JEC | Telephone call with J. Horwitz regarding the HEREIU claim; e-mail with A. Flaherty regarding same. | 0.20 | ⑦ −5.2 |
| | JEC | Telephone call with Bollingbrook Glass regarding claim. | 0.20 | |
| 10/01/2008 | JEC | Telephone call with The Tour Company regarding the claim objection they received. | 0.20 | |

Chicago H&S Hotel Property LLC

| | | | HOURS | |
|---|---|---|---|---|
| 10/02/2008 | JEC | Telephone call and follow-up e-mail with J. Horwitz regarding release waiver for West Paces Hotel Group. | 0.20 | ⑦ -5.2 |
| 10/07/2008 | JEC | Review and respond to e-mail from E. Frank regarding HEREIU's claim withdrawal. | 0.30 | ⑦ -7.8 |
| 10/08/2008 | JEC | Telephone call with J. Horwitz regarding the HEREIU claim. | 0.10 | |
| 10/09/2008 | JEC | Telephone call with J. Horwitz regarding the HEREIU claim and objection. | 0.20 | |
| 10/10/2008 | PJO | Review and sign West Paces class settlement. | 0.10 | |
| 10/13/2008 | JEC | Conference call with J. Horwitz, P. Schmidt and B. Nachman regarding status of claim objections and mechanic lien objections. | 0.50 | |
| | JEC | Telephone call with J. Horwitz regarding HEREIU claim and objection. | 0.20 | |
| 10/15/2008 | JEC | Review HEREIU'S objection and submit comments to J. Horwitz. | 0.30 | |
| 10/17/2008 | JEC | Telephone call with S. Shern regarding mechanic's claim objection for F. Kutschke. | 0.40 | |
| | JEC | Telephone call with J. Horwitz regarding mechanic's lien claim objection for F. Kutschke. | 0.30 | |
| 10/21/2008 | JEC | Establish bank account for condo deposit. | 0.30 | |
| | JEC | Telephone calls with two travel agencies regarding past due commission owed to them for pre-petition and post-petition bookings. | 0.40 | |
| | JEC | Review and respond to inquiry from P. Schmidt regarding Antico Stone's and D&B Cartage's claims. | 0.50 | |
| 10/22/2008 | JEC | Telephone call with Perfect Escapes regarding past due balance. | 0.20 | |
| | JEC | Telephone call with Olson Travel regarding travel agent's commission. | 0.20 | |
| | JEC | Telephone call with Wayte Travel regarding commission due. | 0.20 | |
| 10/24/2008 | JEC | Telephone call with K. Olson regarding past due invoices. | 0.20 | |
| | JEC | Telephone call with M. Linch regarding status of mechanic lien claims objections. | 0.40 | |
| 10/27/2008 | JEC | Conference call with J. Horwitz, P. Schmidt and B. Nachman regarding claims reconciliation. | 0.20 | |
| 11/10/2008 | JEC | Telephone call and follow-up e-mail with P. Schmidt regarding Advance Elevator claim. | 0.30 | ⑦ -7.8 |
| 11/18/2008 | JEC | Telephone call with J. Horwitz regarding mechanic lien claim status. | 0.30 | |

Chicago H&S Hotel Property LLC

| Date | | Description | HOURS |
|------|------|-------------|-------|
| 11/20/2008 | JEC | E-mail with P. Schmidt regarding Advanced Elevator's claim. | 0.30 |
| 11/21/2008 | JEC | Review and respond to e-mail from Perfect Escapes regarding claim. | 0.30 |
| 12/11/2008 | JEC | Telephone call with S. Shern regarding mechanic lien claims. | 0.30 |
| 12/12/2008 | JEC | Review of UNITE HERE request for documents, forward to J. Horwitz and telephone call with him regarding same. | 0.50 |
| 12/15/2008 | JEC | Conference call with J. Horwitz, P. Schmidt, K. Kubin regarding claims reconciliations and mechanic lien claims. | 0.70 |
| 12/23/2008 | JEC | Multiple e-mails and telephone calls with K. Kubes and M. Reyna to coordinate the payment instructions for the Mechanic Lien Reserve account. | 0.40 |
| | JEC | Telephone call with M. Reyna regarding mechanic lien schedules. | 0.30 |
| 01/14/2009 | JEC | Review of Hudson Boiler claim and All Thermal settlement agreement in preparation for conference call. | 0.30 |
| 01/15/2009 | JEC | Telephone call with Hudson Boiler regarding withdrawing claim. | 0.30 |
| | JEC | Review settlement agreements and review files for additional claims. | 0.80 |
| 01/16/2009 | JEC | Multiple e-mails with M. Reyna to follow up on mechanic lien settlement payments. | 0.40 |
| 01/20/2009 | JEC | Telephone call with J. Horwitz, P. Schmidt, K. Kubes regarding claims reconciliation. | 0.70 |
| | JEC | Telephone call with S. Shern regarding status of mechanical lien claims. | 0.50 |
| 02/06/2009 | JEC | Telephone call with Hudson Boiler regarding withdrawal of claim; multiple e-mails with D. Zazove regarding same. | 0.50 |
| 03/17/2009 | JEC | Review e-mail and respond to creditor inquiry with regard to claim. | 0.40 |
| | JEC | Multiple e-mails with K. Kubes regarding settlement payments on mechanic lien claims. | 0.20 |
| 03/24/2009 | JEC | Review and respond to creditor inquiry regarding status of the case. | 0.30 |
| 03/30/2009 | JEC | Telephone call with K. Stetsko regarding preference demand support documents. | 0.50 |
| 05/04/2009 | JEC | Telephone call with K. Kubes regarding mechanic lien claim settlements. | 0.20 |
| 05/26/2009 | PJO | Correspondence with P. Schmidt and D. Zazove regarding next week's meeting. | 0.20 |

*Handwritten annotations:* ⑦ − 7.8 (11/21/2008); ⑦ −13 (12/12/2008); ⑦ −21.6 (01/15/2009); ⑦ −13 (02/06/2009); ⑦ −10.8 (03/17/2009); ⑦ −8.1 (03/24/2009)

Chicago H&S Hotel Property LLC

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/29/2009 | JEC | Review of Polsinelli claims review; provide comments to priority claims settled. | 0.50 | (7) –13.5 |
|  | PJO | Review analysis of claims received from P. Schmidt and discuss same with D. Zazove. | 0.40 | (7) –19.8 |
| 06/02/2009 | PJO | Preparation for upcoming meeting at Perkins Coie including review of responsibilities under the plan of reorganization, claims listing and cash balances. | 0.70 |  |
|  | PJO | Meeting at Perkins Coie with D. Zazove, P. Schmidt and K. Stetsko to discuss status of claims. | 1.20 |  |
| 06/03/2009 | PJO | Telephone conversation with D. Zazove regarding setting up meeting with counsel for Joint Venture Partners and issues with the resignation of one of the committee members. | 0.20 |  |
| 06/05/2009 | PJO | Meeting with B. Barrett and D. Zazove to discuss claims being asserted by Joint Venture Partners. | 1.00 |  |
|  | PJO | Forward claims files to B. Barrett. | 0.20 |  |
| 06/15/2009 | JEC | Telephone call with S. Shern regarding materials at D&B Cartage. | 0.30 |  |
| 06/23/2009 | PJO | Telephone conversation with D. Zazove regarding proposed settlement of the Unite Here claim. | 0.10 |  |
| 06/26/2009 | JEC | Process payment for mechanic lien settlement. | 0.30 |  |
| 07/01/2009 | PJO | Telephone conversation with Dan Zazove regarding claim filed by Unite Here. | 0.10 |  |
| 07/13/2009 | JEC | Meeting with P. O'Malley and D. Zazove regarding claims reconciliation. | 0.50 |  |
| 07/16/2009 | JEC | Prepare schedule of registered claims and begin reconciling. | 2.50 |  |
| 07/17/2009 | JEC | Reconcile claims. | 2.50 |  |
| 07/21/2009 | JEC | Reconcile claims to schedules. | 2.00 |  |
| 07/22/2009 | JEC | Claims reconciliation variances of scheduled claims to be filed claims. | 1.00 |  |
| 07/24/2009 | JEC | E-mail B. O'Connor regarding commission statement, follow-up telephone call regarding same. | 0.40 | (7) –10.8 |
| 07/27/2009 | JEC | Telephone call with Bolingbrook Glass regarding status of claim. | 0.20 |  |
| 07/28/2009 | JEC | Multiple e-mails with K. Kubes regarding mechanical lien claims and expunging of claims. | 0.30 |  |
|  | JEC | Telephone calls with creditors regarding proof of claims filed and requesting additional document. | 0.80 | (4) –216 |
|  | JEC | Reconcile mechanic lien claims on register. | 0.60 |  |

Chicago H&S Hotel Property LLC

|  |  |  | HOURS |
|---|---|---|---|
| 07/30/2009 | JEC | Continue claims analysis. | 1.30 |
|  | PJO | Meeting at Perkins Coie with D. Zazove and K. Stetsko to discuss status of the Unite Here litigation and prepare for trial. | 2.00 |
|  | PJO | Research topics of trends in hotel profitability in 2009, particularly in the Chicago area in preparation for trial. | 1.00 |
| 08/04/2009 | JEC | Review files for last updated budget-to-actual and discuss claim distribution comparing various scenarios with P. O'Malley. | 0.60 |
| 08/06/2009 | JEC | Reconcile claims to schedules, telephone call with K. Kubis regarding mechanic lien claim status and review docket for additional objections or claims filed. | 3.00 |
| 08/11/2009 | JEC | Respond to creditor inquiry regarding commission statement. | 0.40 |
| 08/12/2009 | JEC | Prepare distribution analysis on claims; e-mail with K. Stetsko regarding HEREIU claim settlement. | 3.00 |
|  | PJO | Review status of claims analysis with J. Costie. | 0.20 |
| 08/14/2009 | JEC | Telephone call and follow-up e-mail with J. Amato regarding warehouses that Hotel 71 continues to pay rent for. | 0.50 |
| 08/21/2009 | PJO | Meeting at Perkins Coie with J. Costie, D. Zazove and K. Stetsko to discuss status of claims analysis. | 1.50 |
|  | JEC | Meeting with P. O'Malley, D. Zazove and K. Stetsko to review outstanding claims and preferences. | 1.50 |
|  | JEC | Prepare claims analysis in preparation for meeting. | 1.50 |
| 08/24/2009 | JEC | Follow up on claims analysis, contact creditors for supporting documents. | 3.50 |
| 08/26/2009 | JEC | Review of supporting documents from Antico store; telephone call with B. Henry regarding the same. | 0.60 |
| 09/03/2009 | JEC | Telephone call with AMC Group regarding claim. | 0.20 |
| 09/04/2009 | PJO | Review of correspondence to B. Barrett from D. Zazove regarding nature and priority of claims. | 0.20 |
|  | JEC | Review of general orders filed from K. Kubes for mechanic lien claims. | 0.30 |
|  | JEC | Follow up with M. Reyna regarding request for canceled preference check payments. | 0.10 |
|  | JEC | Draft and send claim withdrawal request to GE Capital and Konica. | 0.80 |
|  | JEC | Review of letter sent to Formula and e-mail to St. Damase. | 0.30 |
| 09/28/2009 | JEC | Telephone call with L. Gi of Perfect Escapes regarding commission notice and invoice that are part of the claim. | 0.30 |
| 11/04/2009 | JEC | Prepare St. Damase reconciliation and send to D. Zazove. | 0.80 |
| 11/05/2009 | JEC | Review docket for mechanic lien settlement claims and update | |

Handwritten annotations:
- ⑦ -16.2 (next to 08/04/2009)
- ⑦ -78 (next to 08/06/2009)
- ⑦ -78 (next to 08/12/2009)
- ⑦ -13.5 (next to 08/14/2009)
- ⑦ -91.5 (next to 08/24/2009)
- ⑦ -16.2 (next to 08/26/2009)
- ⑦ -8.1 (next to 09/04/2009)

Chicago H&S Hotel Property LLC

| | | | HOURS | |
|---|---|---|---|---|
| | | schedules. | 1.00 | ⑦ -27 |
| 11/06/2009 | JEC | Review JVC/Formula documents and send to K. Stetsko. | 0.80 | |
| 11/12/2009 | JEC | Review settlement agreements and process payments for mechanics lien claims. | 0.50 | ⑦ -13.5 |
| | JEC | Review of motion for release of funds. | 0.30 | |
| 11/13/2009 | JEC | Review of K. Kubis draft of release of excess mechanic lien funds. | 0.50 | |
| 11/16/2009 | JEC | Review motion for release of excess mechanics lien funds; compare exhibits to latest claims reconciliation. | 1.50 | ⑦ -40.5 |
| | JEC | Prepare payment to Cabworks. | 0.30 | |
| 11/17/2009 | JEC | Telephone call with J. Strouse to discuss the St. Damase claim; review files regarding same. | 0.30 | ⑦ -8.1 |
| | JEC | Follow-up e-mail with J. Strouse regarding claim. | 0.30 | |
| | JEC | Review bank statements for payments from Wachovia for Class 6 general unsecured claims. | 0.50 | |
| 11/19/2009 | JEC | Draft and send proposed settlement summary to J. Strouse. | 0.80 | |
| 11/24/2009 | JEC | Telephone call with J. Strouse to negotiate the St. Damase claim; draft summary and send to K. Stetsko. | 1.20 | ⑦ -32.4 |
| | JEC | Review preference settlements and update claims register. | 1.20 | ⑦ -32.4 |
| 12/01/2009 | JEC | Review St. Damase motion and order. | 0.40 | |
| 12/07/2009 | JEC | Review and respond to e-mail from Global Reservations regarding claim. | 0.30 | ⑦ -8.1 |
| 01/22/2010 | JEC | Review docket for recently-filed or withdrawn claims. | 0.50 | |
| 01/27/2010 | JEC | Update claims status. | 0.60 | |
| 02/01/2010 | JEC | Review of Abel Carpets' settlement agreement; multiple e-mails with K. Stetsko regarding same. | 0.50 | ⑦ -14 |
| | JEC | Multiple e-mails with D. Zazove regarding escrow account balances. | 0.50 | |
| 04/07/2010 | JEC | Prepare final draft of claims reconciliations and submit to D. Zazove. | 2.50 | |
| 04/15/2010 | JEC | Telephone call with K. Paine regarding status of distribution. | 0.20 | |
| 05/24/2010 | JEC | Telephone call with J. Amato regarding Casa Madrond claim and accounts payable aging report. | 0.40 | |
| 05/25/2010 | JEC | Prepare final claims analysis and draft distribution analysis and notice to creditors. | 2.50 | ⑦ -35 |
| 06/01/2010 | PJO | Telephone conversation with D. Zazove regarding status of | | |

Chicago H&S Hotel Property LLC

| | | | HOURS |
|---|---|---|---|
| | | Mirabella appeal. | 0.10 |
| 06/02/2010 | JEC | Review creditor matrix and identify missing or incomplete addresses and fax numbers for further research. | 0.80 |
| 06/10/2010 | JEC | Follow-up e-mail with P. Bedard regarding Castelan settlement. | 0.20 |
| 06/18/2010 | JEC | Review docket for additional claims filed. | 0.30 |
| 07/01/2010 | JEC | Review Abel Carpets settlement agreement and discuss with D. Zazove. | 0.40 |
| 07/14/2010 | JEC | Review docket for any amended claims filed or withdrawn. | 0.40 |
| | | Claims Analysis/Objections | 94.50 |

⑦ −11.2

27,551.50

| 08/01/2008 | JEC | Telephone call with A. Murphy regarding property tax appeal. | 0.50 |
|---|---|---|---|
| 08/08/2008 | JEC | Review questions from tax accountant; meeting with J. Amato regarding same. | 2.50 |

⑦ −65

| 08/11/2008 | JEC | Review tax returns and process payments; meeting with K. Harlowe regarding final returns. | 0.50 |

⑦ −13

| 08/12/2008 | JEC | Review of 2008 financials required for tax returns; forward same to J. Mauer. | 1.20 |
|---|---|---|---|
| 08/13/2008 | JEC | Review of Hotel responses to tax accountant's questions; forward to J. Mauer. | 0.80 |
| 08/15/2008 | JEC | Review of IRS tax notices; telephone call with WPHG human resources regarding same. | 1.00 |

⑦ −26

| 08/21/2008 | JEC | Review taxpayer statement; draft and send letter to J. Newbold. | 0.50 |

⑦ −13

| 08/22/2008 | JEC | Telephone call with K. Harlowe regarding tax payer statement. | 0.50 |
|---|---|---|---|
| | JEC | E-mail with J. Newbold regarding taxpayer statement. | 0.30 |
| 08/27/2008 | JEC | Telephone call with K. Harlowe regarding taxpayer statement. | 0.30 |
| | JEC | E-mail with K. Harlowe regarding tax statements, research documents and send. | 0.80 |

⑦ −20.8

| 08/29/2008 | JEC | Prepare seven affidavits for final taxable period. | 1.60 |
|---|---|---|---|
| 09/02/2008 | JEC | Review of documents from S. Shern regarding tax statements. | 1.50 |
| | JEC | Review of Illinois Department of Revenue tax claims paid and forward documentation to K. Harlowe. | 1.50 |
| 09/08/2008 | JEC | Review of Clifton Gunderson invoice, discussion with P. O'Malley and telephone call with J. Mauer regarding same. | 0.50 |

⑦ −13

| 09/09/2008 | JEC | Telephone call with J. Mauer regarding tax return preparation. | 0.20 |
|---|---|---|---|
| 09/10/2008 | JEC | Telephone call with J. Horwitz regarding tax escrow account | |

Chicago H&S Hotel Property LLC

| | | | HOURS | |
|---|---|---|---|---|
| | | balances and disbursements; multiple e-mails with L. Land regarding same. | 0.80 | ⑦ −20.8 |
| 09/11/2008 | JEC | Follow up with J. Mauer regarding tax return preparation. | 0.30 | |
| 09/19/2008 | JEC | Draft and send joint escrow instructions for payment of tax accountant professional fees to L. Land and M. Reyna. | 0.20 | |
| 10/09/2008 | JEC | Telephone call with J. Mauer regarding status of 2007 tax returns; follow-up e-mail to Oak Tree regarding same. | 0.30 | ⑦ −7.8 |
| | PJO | Receive and forward 2007 tax information. | 0.40 | ④ ② −198 |
| 12/16/2008 | JEC | Review of State of Illinois LLC annual report and send same to J. Horwitz.  Multiple telephone calls to Secretary of State regarding filing of report for the LLC. | 1.00 | ⑦ −26 |
| 12/17/2008 | JEC | Telephone call with J. Horwitz regarding LLC Annual Report and requirement of the manager's signature. | 0.30 | |
| 01/16/2009 | JEC | Multiple e-mails with D. Zazove regarding tax returns. | 0.30 | |
| 02/06/2009 | JEC | Telephone call with J. Mauer regarding 2008 tax return preparation. | 0.30 | |
| 05/07/2009 | JEC | Telephone call with S. Shern regarding wire transfer and document request for tax returns. | 0.40 | |
| 05/21/2009 | JEC | Telephone call with J. Mauer regarding tax return preparation; review files for engagement letter and professional fees budget and submit to P. O'Malley. | 0.80 | ⑦ −21.6 |
| 06/17/2009 | JEC | Telephone call with J. Amato regarding Internal Revenue Service notice. | 0.20 | |
| 07/07/2009 | JEC | Telephone call with M. Desai and S. Wong regarding tax returns; telephone call with J. Mauer regarding same; follow-up e-mail with P. O'Malley regarding same. | 0.50 | ⑦ −13.5 |
| 07/08/2009 | JEC | Review files for tax documents and send to J. Mauer, follow-up e-mail with M. Reyna regarding same. | 1.20 | ⑦ −32.4 |
| 08/03/2009 | JEC | Telephone call with J. Mauer regarding preparation of tax returns, coordinate conference call. | 0.50 | ⑦ −13.5 |
| 08/04/2009 | JEC | Telephone call with P. O'Malley and J. Mauer regarding tax returns. | 0.50 | |
| 09/08/2009 | JEC | Review 2008 tax returns and forward to Oaktree. | 0.30 | |
| 01/20/2010 | JEC | Draft and send letter to Illinois Department of Revenue regarding notice of assessment for soft drink taxes. | 0.70 | |
| 02/11/2010 | JEC | Telephone call with J. Mauer regarding tax returns. | 0.40 | |

Chicago H&S Hotel Property LLC

| | | | HOURS | |
|---|---|---|---|---|
| 02/23/2010 | JEC | Review tax documents and prepare schedule of payments for the City of Chicago Department of Revenue. | 1.20 | |
| 02/25/2010 | JEC | Meeting with the City of Chicago Department of Revenue regarding tax payments. | 2.00 | |
| 03/31/2010 | PJO | Telephone conversation and correspondence with M. Lischka of the IRS regarding tax returns filed in the H&S matter. | 0.20 | ⑦ -10.5 |
| | JEC | Review files for copies of tax returns and submit to P. O'Malley. | 0.50 | |
| 04/06/2010 | JEC | Review files for prior year tax returns and submit to P. O'Malley. | 0.30 | |
| | PJO | Coordinate sending copies of tax returns to M. Lischka at the Internal Revenue Service. | 0.20 | |
| | | Tax Issues | 28.00 | 7,632.00 |
| 10/15/2008 | JEC | Sent introductory e-mails to L. Land and D. Dawson regarding the potential causes of action litigation and due diligence. | 0.20 | |
| 06/26/2009 | JEC | Telephone call with D. Dawson regarding request to review records, coordinate office and hotel visits. | 0.30 | ⑦ -8.1 |
| 07/06/2009 | JEC | Telephone call with D. Dawson regarding accounts payable documents and construction documents; schedule meeting. | 0.30 | ⑦ -8.1 |
| 07/08/2009 | JEC | Review adversary complaint. | 0.50 | |
| | JEC | E-mail correspondence with V. Caldwell regarding contact information for former general managers. | 0.10 | |
| 07/09/2009 | JEC | Review construction and accounts payable documents with D. Dawson at Hotel 71. | 6.00 | |
| 07/13/2009 | JEC | Meeting with P. O'Malley, D. Zazove and D. Dawson regarding causes of action complaint. | 0.50 | |
| | PJO | Meeting with D. Zazove, J. Costie and D. Dawson regarding litigation being brought by Nisen & Elliott. | 1.00 | |
| 07/23/2009 | PJO | Telephone conversation with D. Dawson regarding potential causes of action. | 0.20 | |
| 07/31/2009 | JEC | Multiple e-mails to Wachovia and First American regarding request for payment to Nisen and Elliott. | 0.30 | |
| 08/18/2009 | JEC | Telephone call with D. Dawson regarding condo contracts and hotel contact information. | 0.50 | |
| 10/08/2009 | PJO | Telephone conversation with D. Dawson regarding status of litigation against Falor. | 0.20 | |
| 11/02/2009 | JEC | Review of adversary complaint against former owners. | 0.50 | |
| | | Litigation Support | 10.60 | 3,175.00 |
| | | FOR THE FOREGOING PROFESSIONAL SERVICES RENDERED: | 257.00 | 75,084.00 |

Chicago H&S Hotel Property LLC

### RECAPITULATION

| CONSULTANT | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| P. J. O'Malley | 23.70 | $495.00 | $11,731.50 |
| P. J. O'Malley | 4.10 | 525.00 | 2,152.50 |
| J. E. Costie | 99.80 | 260.00 | 25,948.00 |
| J. E. Costie | 98.00 | 270.00 | 26,460.00 |
| J. E. Costie | 31.40 | 280.00 | 8,792.00 |

| | |
|---|---|
| Delivery Charges | 133.24 |
| Photocopy Charges | 267.70 |
| Postage | 41.39 |
| Transportation | 22.00 |
| Long Distance Telephone | 185.01 |
| TOTAL DISBURSEMENTS: THRU 07/31/2010 | 649.34 |
| | |
| TOTAL CURRENT WORK | 75,733.34 |
| | |
| BALANCE DUE | $75,733.34 |

CHICAGO H&S HOTEL PROPERTY, L.L.C
EXHIBIT B

| | Hours | Hourly Rate | Billing Value |
|---|---|---|---|
| **Fee Application/Client Billing** | | | |
| Patrick J. O'Malley | 1.6 | 495 | 792.00 |
| Jill E. Costie | 0.9 | 260 | 234.00 |
| Sub-total | 2.5 | | 1,026.00 |
| | | | |
| **Attend Court Hearings** | | | |
| Jill E. Costie | 1.0 | 260 | 260.00 |
| Sub-total | 1.0 | | 260.00 |
| | | | |
| **Business Analysis** | | | |
| Patrick J. O'Malley | 2.8 | 495 | 1,386.00 |
| Patrick J. O'Malley | 0.8 | 525 | 420.00 |
| Jill E. Costie | 17.9 | 260 | 4,654.00 |
| Jill E. Costie | 16.8 | 270 | 4,536.00 |
| Jill E. Costie | 11.8 | 280 | 3,304.00 |
| Sub-total | 50.1 | | 14,300.00 |
| | | | |
| **Monthly Bankruptcy Reports** | | | |
| Patrick J. O'Malley | 0.5 | 495 | 247.50 |
| Jill E. Costie | 2.1 | 260 | 546.00 |
| Jill E. Costie | 3.2 | 270 | 864.00 |
| Jill E. Costie | 1.3 | 280 | 364.00 |
| Sub-total | 7.1 | | 2,021.50 |
| | | | |
| **Preference Analysis** | | | |
| Patrick J. O'Malley | 7.2 | 495 | 3,564.00 |
| Patrick J. O'Malley | 2.8 | 525 | 1,470.00 |
| Jill E. Costie | 31.4 | 260 | 8,164.00 |
| Jill E. Costie | 18.4 | 270 | 4,968.00 |
| Jill E. Costie | 3.4 | 280 | 952.00 |
| Sub-total | 63.2 | | 19,118.00 |
| | | | |
| **Claims Analysis/Objections** | | | |
| Patrick J. O'Malley | 9.8 | 495 | 4,851.00 |
| Patrick J. O'Malley | 0.1 | 525 | 52.50 |
| Jill E. Costie | 29.2 | 260 | 7,592.00 |
| Jill E. Costie | 45.6 | 270 | 12,312.00 |
| Jill E. Costie | 9.8 | 280 | 2,744.00 |
| Sub-total | 94.5 | | 27,551.50 |
| | | | |
| **Tax Issues** | | | |
| Patrick J. O'Malley | 0.4 | 495 | 198.00 |
| Patrick J. O'Malley | 0.4 | 525 | 210.00 |
| Jill E. Costie | 17.1 | 260 | 4,446.00 |
| Jill E. Costie | 5.0 | 270 | 1,350.00 |
| Jill E. Costie | 5.1 | 280 | 1,428.00 |
| Sub-total | 28.0 | | 7,632.00 |
| | | | |
| **Litigation Support** | | | |
| Patrick J. O'Malley | 1.4 | 495 | 693.00 |
| Jill E. Costie | 0.2 | 260 | 52.00 |
| Jill E. Costie | 9.0 | 270 | 2,430.00 |
| Sub-total | 10.6 | | 3,175.00 |
| | | | |
| **Grand Total** | | | |
| Patrick J. O'Malley | 23.7 | 495 | 11,731.50 |
| Patrick J. O'Malley | 4.1 | 525 | 2,152.50 |
| Jill E. Costie | 99.8 | 260 | 25,948.00 |
| Jill E. Costie | 98.0 | 270 | 26,460.00 |
| Jill E. Costie | 31.4 | 280 | 8,792.00 |
| Grand total | 257.0 | | 75,084.00 |

CHICAGO H & S INVESTORS, LLC
SUMMARY OF EXPENSES  TO 7/31/2010

| | | |
|---|---|---|
| MESSENGER SERVICE | | 133.24 |
| TRANSPORTATION CHARGES | | 22.00 |
| POSTAGE | | 41.39 |
| LONG DISTANCE PHONE | | 185.01 |
| PHOTOCOPY CHARGE | (2677 @ .10) | 267.70 |
| | | 649.34 |