IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re

Chicago H&S Hotel Property, L.L.C.,

   Debtor.

Chapter 11

Case No. 07-20088

Honorable Eugene Wedoff

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that on Tuesday, March 29, 2011 at 9:30 a.m., or as soon thereafter as

counsel may be heard, we will appear before the Honorable Eugene Wedoff, or any judge sitting

in his stead, in Room 744 of the Everett McKinley Dirksen Building, 219 South Dearborn Street,

Chicago, Illinois 60604, and present the **MOTION FOR ENTRY OF A FINAL DECREE**

**CLOSING DEBTOR'S BANKRUPTCY CASE**, a copy of which is hereby served upon you.

Respectfully submitted,

CHICAGO H&S HOTEL PROPERTY, L.L.C.

By:   /s/  Daniel A. Zazove
   One of Its Attorneys

Daniel A. Zazove, ARDC No. 3104117
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
312.324.8400

Dated:  March 17, 2011

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re

Chicago H&S Hotel Property, L.L.C.,

Debtor.

Chapter 11

Case No. 07-20088

Honorable Eugene Wedoff

**MOTION FOR ENTRY OF A FINAL DECREE
CLOSING DEBTOR'S BANKRUPTCY CASE**

Chicago H&S Hotel Property, LLC (the "Debtor") submits this motion (the "Motion") for entry of a final decree closing its bankruptcy case. In support of this Motion, the Debtor respectfully states as follows:

**Jurisdiction and Venue**

1.   This Court exercised jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.   The statutory bases for the relief sought herein are section 350(a) of the United States Bankruptcy Code and Rule 3022-1 of the Local Rules for the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

**Background**

3.   On October 29, 2007 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

4.   On March 21, 2008, the Bankruptcy Court entered the Order Confirming Debtor's Second Amended Chapter 11 Plan ("Plan").

5.   The Plan has been substantially consummated. All payments due to date have been made to allowed secured, unsecured and administrative expense claims in accordance with the

Confirmed Plan.    The Debtor acknowledges that it must pay the outstanding U.S. Trustee quarterly fees for the present quarter, which it expects to do prior to the hearing on this Motion.

    6.    Section 350(a) of the Bankruptcy Code provides in relevant part:

> "After an estate is fully administered and the court has discharged the trustee, the court shall close the case."

    7.    More than 7 days prior notice of the hearing on this motion has been severed upon the US Trustee and parties in interest.

    WHEREFORE, the Debtor respectfully requests that this Court enter a final decree closing this Chapter 11 case upon notice as provided above and granting such other relief as is necessary and proper.

Respectfully submitted,

CHICAGO H&S HOTEL PROPERTY, L.L.C.

By:   /s/ Daniel A. Zazove
       One of Its Attorneys

Daniel A. Zazove, ARDC No. 3104117
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
312.324.8400

Dated:  March 17, 2011

## CERTIFICATE OF SERVICE

I, Daniel A. Zazove, an attorney, certify that I caused to be served upon the parties named on the attached service list a true and correct copy of the **NOTICE** and **MOTION OF DEBTOR FOR ENTRY OF A FINAL DECREE CLOSING DEBTOR'S BANKRUPTCY CASE** via First Class U.S. Mail by 5:00 p.m. on March 17, 2011.  All those requesting ECF notice have also been notified by ECF.

Date: March 17, 2011

/s/ Daniel A. Zazove_____ _____

# SERVICE LIST

City of Chicago, a municipal corporation
c/o Esther E. Tryban Telser
City of Chicago Dept. of Law
30 N. LaSalle; Room 900
Chicago, IL 60602-3541

Quality First Contracting Company
350 West Hubbard
Suite 300
Chicago, IL 60654-5798

Berglund Construction Company
8410 South Chicago Avenue
Chicago, IL 60617-1992

Shaw Gussis Fishman Glantz Wolfson & Towbin
321 N. Clark Street
Suite 800
Chicago, IL 60654-4766

Common Wealth Edison
c/o Pia N. Thompson
Gould & Ratner LLP
222 N. LaSalle Street; Suite 800
Chicago, IL 60601

UNITE HERE National Retirement Fund
c/o Michele M. Reynolds
Dowd, Bloch & Bennett
8 S. Michigan Avenue, 19th Floor
Chicago, IL 60603-3357

DLA Piper US LLP
203 North LaSalle Street
Suite 1900
Chicago, IL 60601-1263

A Room With A View
PO Box 202321
Arlington TX 76006-8321

# SERVICE LIST

Jhonny Prado Tile, Inc.
11332 Wiles Road
Coral Springs, FL 33076-2114

ADP
7014 A C Skinner Pkwy
Ste 260
Jacksonville Fl 32256

# SERVICE LIST

Certain Unit Buyers
c/o John A. Lipinsky
Coman & Anderson
2525 Cabot Drive
Suite 300
Lisle, IL 60532-0916

Southwest Industries, Inc.
d/b/a Anderson Elevator Co.
2801 S. 19th Avenue
Broadview, IL 60155-4758

Central Pension Fund of the International Union of
Operating Engineers & Participating Employers
c/o Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams St., Ste. 2200
Chicago, IL 60606-5231

Wildman Harrold Allen Dixon
225 West Wacker Drive
Chicago, IL 60606-1349

CommonWealth Edison
Attn: Revenue Management Dept.
2100 Swift Drive
Oak Brook Terrace, IL 60523-1559

AAA Travel Agency
3501 Oleander Dr
Wilmington, NC 28403-0864

Development Specialists, Inc.
70 W. Madison Street, Suite 2300
Chicago, IL 60602-4225

ADP Inc
PO Box 9001006
Louisville, KY 40290-1006

# SERVICE LIST

Steven J. Christenholz
Christenholz & Associates, P.C.
4920 N. Bell Ave.
Chicago, IL 60625

# SERVICE LIST

Ernest G. Guillet
c/o Glenn E. Pezzulo
Culley Marks Tanebaum & Pezzulo LLP
36 West Main Street; Suite 500
Rochester, NY 14614

Roberts Environmental Control
c/o Clark Hill PLC
150 N. Michigan Ave
Suite 2400
Chicago, IL 60601-3613

Chicago H&S Hotel Property, LLC
71 East Wacker Drive
Chicago, IL 60601-3755

The Formula, Inc.
401 East Las Olas Blvd.
Suite 1400
Ft. Lauderdale, FL 33301

Cordes & Company, LLC
Mark H. Leipold
c/o Gould & Ratner LLP
222 N. LaSalle Street
Suite 800
Chicago, IL 60601-1011

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1704

Expedia, Inc.
c/o Michael J. Gearin
K&L Gates
925 Fourth Avenue Suite 2900
Seattle, WA 98104-1158

ABC Security Corp
339 Egidi Drive
Wheeling, IL 60090-2653

# SERVICE LIST

Nisen & Hlliot
200 W Adams Ste 2500
Chicago, IL 60606-5283

AIA & Associates Ltd
dba Warren Architects
2650 Lakeview
Chicago, IL 60614-1840

# SERVICE LIST

ASHRM2007
PO Box 193880
San Francisco, CA 94119-3880

Advantage Mechanical II Inc
592 South IL Route 53
Lombard, IL 60148-2448

ATM Systems
19650 Club House Road Ste 102
Montgomery Village, MD 20886-3039

Alco Service & Supply Co
11555 K-Tel Drive
Minnetonka, MN 55343-8845

Abel Carpets Ltd
1339 Industrial Drive
Itasca, IL 60143-1847

All Thermal Insulation Co
831 W Touhy Avenue
Park Ridge, IL 60068-3351

Accommodation Plus International
4240 Merrick Rd
Massapequa, NY 11758-6016

Alliance Fire Protection, Inc.
c/o David P. Vallas and Meghan Hubbard
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-3007

# SERVICE LIST

Aloha Document Services
55 E Jackson Blvd
Suite 310
Chicago, IL 60604

# SERVICE LIST

AT&T
Bankruptcy Department
PO Box 769
Arlington TX 76004-0769

Certain Unit Buyers
c/o Peter Herman, Tripp Scott PA
110 S.E. 6th St., 15th Floor
Ft Lauderdale, FL 33301-5004

Aaron Corporation
d/b/a TravelHero.com
PO Box 13930
Scottsdale, AZ 85267-3930

Alliance Concrete
570 Rock Road Unit N
East Dundee, IL 60118-2448

Abel Carpets, Ltd.
c/o James P. Wognum
122 S. Michigan Ave., Suite 1290
Chicago, IL 60603-6259

Alliance Reservations Network
428 E Thunderbird Rd, Ste 247
Phoenix, AZ 85022-5229

Active Copier
3839 W Devon
Chicago, IL 60659-1024

Alpha Chi Omega
637 University Place
Evanston, IL 60201-3857

# SERVICE LIST

Advanced Elevator
225 W Benton
Aurora, IL 60506-6003

# SERVICE LIST

AT&T Corp
Lowenstein Sandler PC/Vincent D'Ago
65 Livingston Avenue
Roseland, NJ 07068-1791

Certain Unit Buyers
c/o Severson Sheldon Dougherty & Molendal PA
7300 West 147th St Ste 600
Apple Valley, MN 55124-4517

Abacus Travel Inc
Five Lakeland Park Drive
Peabody, MA 01960-3835

All Thermal Insulation Company
c/o Robert M Kamm
318 W Adams, Ste 1700
Chicago, IL 60606

Advanced Cleaning Technologies Inc
1350 Louis Avenue
Elk Grove Village, IL 60007-2310

Alliance Fire Protection Inc
998 Forest Edge Drive
Vernon Hills, 11 60061-3105

Advanced Reservation Systems
1059 First Ave
San Diego Ca 92101-4808

Allstar Travel
11111 Santa Monica
Los Angeles, CA 90025-3333

# SERVICE LIST

Alston, & Bird LLP
PO Box 933124
Atlanta, GA 31193-3124

# SERVICE LIST

Altair International Travel
2025 S Brentwood Blvd
St Louis, MO 63144-1833

Anthony Johnson
100 South Birch Road #1603
Fort Lauderdale, FL 33316

Altour International
1270 Ave of the Americas, 15th Floor
New York, NY 10020-1805

**Arrow Messenger Service**
132 2 W Walton
Chicago, IL 60642-5340

American Airlines Publishing
Commercial Collection Consultants
PO Box 2609
Forney, TX 75126-2609

BOC Construction LLC
4110 North Avers Avenue
Chicago, IL 60618-1904

American Heart Association
7272 Greenville Avenue
Dallas, TX 75231-4596

Barrier Corp.
Sara E Cook c/o McKenna Storer
666 Russell Court, Ste 303
Woodstock, IL 60098-2672

# SERVICE LIST

Beekley Corporation
150 Dolphin Road
Bristol, CT 06010-8041

# SERVICE LIST

Altour
687 N Palm Canyon Rd
Palm Springs, CA 92262-5552

Antico Stone
c/o Rieck and Crotty, P.C.
Amy E. Collins, Esq
55 West Monroe
Suite 3390
Chicago, Illinois 60603

Ambassadors
240 Peachtree Street, Ste 22S-10
Atlanta, GA 30303-1334

Azumano/Away Travel Service
320 SW Star Street, Ste 600
Portland, OR 97204-2692

American Connection Source Ind.
820 Church Street
Decatur, GA 30030-1869

Bannockburn Travel Management
2101 Waukegan Road, Ste 300
Bannockburn, IL 60015-1850

Andee Boiler & Welding Co
7649 S State St
Chicago, IL 60619-2316

Bell Fuels
5974 Paysphere Circle
Chicago, IL 60674-0001

# SERVICE LIST

Altour International
12100 W Olympic Blvd Ste 300
Los Angeles, CA 90064-1051

BCD Meetings & Incentives
321 North Clark Street, Ste 40
Chicago, IL 60654-4714

Ambassadors, LLC Controller
1071 Camelback St
Newport Beach, CA 92660-3046

Barrier Corp
7831 N Nagle Avenue
Morton Grove, IL 60053-2760

American Diabetes Association
1701 North Beauregard Street
Alexandria, VA 22311-1733

Bell Fuels Inc
5041 W 39th St
Cicero, IL 60804

Anderson Lock
PO Box 2294
Des Plaines, IL 60017-2294

# SERVICE LIST

# SERVICE LIST

Berglund Construction Co
C/O Christopher J Heaney
8410 S Chicago Avenue
Chicago, IL 60617-1992

CAB Works LLC
3747 Acorn Avenue
Franklin Park, IL 60131-1101

Best Plumbing Specialties Inc
Lock Box 64116
Chicago, IL 60674-0001

Cadre Communications Inc
Po Box 1052
Lake Villa, IL 60046-1052

Blitt and Gaines PC
661 Glen Avenue
Wheeling, IL 60090-6017

Cardinal PowerComm Inc
32 S Euclid
Villa Park, IL 60181

Bolingbrook Glass & Mirror
470 W North Frontage Rd
Bolingbrook, IL 60440

Carlson Wagonit Travel
701 Carlson Parkway, MS 8208
Minnetonka, MN 55305-5240

# SERVICE LIST

# SERVICE LIST

Berglund Construction Company
John S Mrowiec, Conway & Mrowiec
20 S Clark St Ste 1000
Chicago, IL 60603-1825

Brittany Green
1627 Colonial Parkway, Ste 240
Palatine, IL 60067-4732

Certus Claims Administrations LLC
PO Box 1030
Camarillo, CA 93011-1030

CWT/Shakopee Travel
15043 Mystic Lake Dr
Prior Lake, MN 55372-9011

Blue Ribbon Business Travel
3601 W 76th Street, Ste 190
Edina, MN 55435-3005

Caldwell Travel Group Inc
5341 Virginia Way
Brentwood, TN 37027-7531

City of Chicago
30 N. LaSalle; Room 900
Chicago, IL 60602-3541

Carefree Resort & Villas
PO Box 3500
Carefree, AZ 85377-3500

# SERVICE LIST

Chicago land Chamber 01 Commerce
200 East Randolph, Ste 2200
Chicago, IL 60601-6433

Casa Madrona Hotel & Spar
801 Bridgeway
Sausalito, CA 94965-2186

# SERVICE LIST

Chris Parker
2300 NE 33rd Ave #604
Ft Lauderdale, FL 33305-1884

Butler Street Foundry & Iron
C/O Eugene L Bennett
55 W Monroe St Ste 500
Chicago, IL 60603-5151

Chicago & Midwest Regional Joint Board
UNITE-HERE
C/O Steven W Jados Dowd Blcoch & Bennett
8 S Michigan Ave, 19th Floor
Chicago, IL 60603-3357

Cadillac Travel Group Inc
3000 Town Center, Ste 22
Southfield, MI 48075-1120

Chicago Suburban Express
Po Box 388568
Chicago, IL 60638-8568

Cardinal
32 S Euclid Avenue
Villa Park, IL 60181-2624

Castelan Construction Corp.
c/o Burr E. Anderson
Anderson Law Offices
407 S. Dearborn
Chicago, IL 60605

Carl Kalapis
451 Dela Vina Avenue, Ste 410
Monterey, CA 93940-3924

# SERVICE LIST

Cendant Travel Distributing SVC
200 S Wacker Drive
Ste 1900
Chicago IL 60606-5857

Castelan Construction Corp
2222 S Michigan Avenue
Chicago, IL 60616-2103

# SERVICE LIST

Cingular Wireless
PO Box 6428
Carol Stream, IL 60197-6428

Christopher L Bohn
291 NW 81st Ter
Coral Springs, FL 33071

Chicago Dept 01 Revenue
333 S State St
Suite 300
Chicago, IL 60604-3982

Cingular Wireless
188 N State Street
Chicago, IL 60601

Chicago Glass
733 W 47th Street
Chicago, IL 60609-4409

Cintas First Aid & Salety
1870 Brummel Drive
Elk Grove Village, IL 60007-2121

# SERVICE LIST

Certus Claims Administration LLC
PO Box 3679
Ventura, CA 93006-3679

Chicago Cleaning Factory
1727 W Augusta Blvd
Chicago, IL 60622-3207

Cherry Creek Travel & Cruises
300 E 1st Avenue, Suite 220
Denver, CO 80020

Chris Falor
The Falor Companies
980 N Michigan Ave Ste
1400 Chicago, IL 60611-7500

Chicago City Centre Hotel & Sports
300 East Ohio Street
Chicago, 11 60611-3308

Chicago Fire Escape
333 N Canal Street, Apt 1404
Chicago, IL 60606-1371

Chicago Dept. 01 Revenue
Attn: Business Bankruptcy
121 N LaSalle - Room 107A
Chicago, IL 60602-1288

Chicago Revolving Door
5555 S Archer Ave
Chicago, IL 60638

# SERVICE LIST

Chicago Hotel Reservations
111 E Chestnut St, Ste 38D
Chicago, IL 60611-2025

Cintas #769
1201 W St Charles Rd
Maywood, IL 60153-1320

# SERVICE LIST

Clever Ideas Inc
c/o Brian L. Shaw,
Shaw Gussis, et al.
321 N Clark Street; Suite 800
Chicago IL 60610

Cohon Raizes & Regal LLP
C/O Carrie A Dolan
208 South LaSalle St, Ste 1860
Chicago, IL 60604-1160

Colonial Supplemental Insurance
Po Box 903
Columbia, SC 29202-0903

Comcover Insurance Group
2800 West State Road 84 Ste 116
Dania, FL 33312

Conlin Travel Inc
3270 Washtenaw avenue
Ann Arbor, MI 48104-4296

Covington International Travel
4401 Dominion Blvd
Glen Allen, VA 23060-3322

Crane Revolving Door
924 Sherwood Drive
Lake Bluff, IL 60044-2286

Clear Channel Broadcasting Inc
C/O William G Schur
10 S LaSalle St, #3500
Chicago, IL 60603-1025

# SERVICE LIST

DHL Express
PO Box 4723
Houston, TX 77210-4723

# SERVICE LIST

Clever Ideas, Inc C/O Brian L Shaw
Shaw Gussis Fishman Glantz Wolfson & Tow
321 N Clark Street Ste 800
Chicago, IL 60654-4766

Coldwell Banker Residential
Real Estate LLC
Mary Jane Chapman
1156 S Main Street
Lombard, IL 60148

ComEd Company
Attn Revenue Management Dept
2100 Swift Drive
Oak Brook IL 60523-1559

Commeg Systems Inc
14 Wes t Home Ave
Villa Park IL 60181

Constellation NewEnergy Inc
c/o Jackson Walker LLP
1401 McKinney Street Suite 1900
Houston, Texas 77010-4037

Customer Relationships REsources
3717 E Thousand Oakds Blvd Ste 210
Westlake Village CA 91362-3607

Cruise Ventures Inc
870 North Military HWY, Ste 202
Norfolk, VA 23502-3638

Coldwell Banker Residential Real Estate LLC
Mary Jane Chapman
1156 S Main Street
Lombard, IL 60148-3902

# SERVICE LIST

DLA Piper US LLP
c/o David M. Neff
203 North LaSalle Street - Suite 1900
Chicago, IL 60601-1293

Commeg Systems Inc
141 West Eome Avenue
Villa Park, IL 60181-2568

# SERVICE LIST

Clever Ideas, Inc_
c/o Brian L_ Shaw
Shaw Gussis, et al_
321 N_ Clark St_, Suite 800
Chicago, IL 60654-4766


Combest Eospitality Inc
1856 Corporate Drive, Ste 170
Norcross, GA 30093-2970


Corporate Cleaning Service
21 W Elm Street
Chicago, IL 60610-6420


D&B Cartage
7424 S Central Ave
Chicago, IL 60638

# SERVICE LIST

DMX Music
600 Congress Ave Ste 1400
Austin TX 78701-3234

# SERVICE LIST

Clever Ideas Inc
c/o Brian Shaw,
Shaw Gussis Fishman 213
N Clark St Suite 800
Chicago Il 60601

Colonial Supplemental Insurance
Po Box 903
Columbia, SC 29202-0903

Cohon Raizes & Regal LLP
C/O Carrie A Dolan
208 South LaSalle St, Ste 1860
Chicago, IL 60604-1160

Comcover Insurance Group
2800 West State Road 84 Ste 116
Dania, FL 33312-4812

Conlin Travel Inc
3270 Washtenaw avenue
Ann Arbor, MI 48104-4296

Covington International Travel
4401 Dominion Blvd
Glen Allen, VA 23060-3322

Crane Revolving Door
924 Sherwood Drive
Lake Bluff, IL 60044-2286

# SERVICE LIST

DHL Express
PO Box 4723
Houston, TX 77210-4723

# SERVICE LIST

Clever Ideas, Inc
C/O Brian L Shaw
Shaw Gussis Fishman Glantz Wolfson & Tow
321 N Clark Street Ste 800
Chicago, IL 60654-4766

Coldwell Banker Residential Real Estate
2700 S River Road, Ste 400
Des Plaines, IL 60018-4108

ComEd Company
Attn Revenue Management Dept
2100 Swift Drive
Oak Brook IL 60523-1559

Commeg Systems Inc
14 Wes t Home Ave
Villa Park IL 60181

Constellation NewEnergy Inc
c/o Jackson Walker LLP
1401 McKinney Street Suite 1900
Houston, Texas 77010-4037

Cruise Ventures Inc
870 North Military HWY, Ste 202
Norfolk, VA 23502-3638

Customer Relationships Resources
3717 E Thousand Oaks Blvd Ste 210
Westlake Village CA 91362-3607

# SERVICE LIST

DLA Piper US LLP
c/o David M. Neff
203 North LaSalle Street - Suite 1900
Chicago, IL 60601-1293

# SERVICE LIST

Clever Ideas, Inc_
c/o Brian L_ Shaw Shaw Gussis, et al_
321 N_ Clark St_, Suite 800
Chicago, IL 60654-4766

Coldwell Banker Residential Real Estate LLC
Mary Jane Chapman
1156 S Main Street
Lombard, IL 60148-3902

Combest Eospitality Inc
1856 Corporate Drive, Ste 170
Norcross, GA 30093-2970

Corporate Cleaning Service
21 W Elm Street
Chicago, IL 60610-6420

D&B Cartage
7424 S Central Ave
Chicago, IL 60638-6516

# SERVICE LIST

DMX Music
600 Congress Ave Ste 1400
Austin, TX 78701-3234

# SERVICE LIST

David Falor
The Falor Companies
980 N Michigan Ave Ste 1400
Chicago, IL 60611-7500


DeNormande
7780 S Dante Avenue
Chicago, IL 60619-3495


Dept 01 Business Allirs/License
City Hall Room 800
121 North LaSalle St
Chicago, Il 60602-1202

# SERVICE LIST

Dunbar BankPak
Po Box 333
Baltimore, MD 21203-0333

# SERVICE LIST

Destination Tours
2 Maple Avenue
Sodus, New York, NY 14551-1006

Drexel Trading
Farhan Naseer
101 NE 3rd Avenue, #1500
Ft Lauderdale, FL 33301

# SERVICE LIST

E Sam Jones Distributor Inc
Po Box 536794
Atlanta, GA 30353-6794

ERoomsystem Technologies
1072 Madison Ave
Lakewood NJ 08701-2650

# SERVICE LIST

David E Rosenblatt PE
4835 W Main St
Skokie, IL 60077-5204

Day Breakers
101 Victoria Drive
Fort Collins, CO 80525-4242

Delaware Cars and Limousines
1325 W Lake Street
Chicago, IL 60607-1511

Denormandie
7780 South Dante Ave
Chicago IL 60619-3495

Door Systems Inc
507 SW Lea Drive Lee S
Summit, MO 64081-2631

Dunbar Armored
50 Schilling Road
Hunt Valley, MO 21031-1424

# SERVICE LIST

EEC Industries
1237 Welch Street
North Vancouver, BC V7PIB3

EZ Yield. com Inc
989 West Kennedy Blvd Ste 204
Orlando Fl 32810-6440

# SERVICE LIST

EZYield.com
481 N SR 434, Ste 117
Altamonte Springs, FL 32714-2181

Ecolab Inc
370 Wabasha St North
St Paul, MN 55102-1349

EnviroMasters Inc
2790 N Hwy 27
Carrollton, GA 30117

European Imports Ltd
4494 Paysphere Circle
Chicago, IL 60674-0001

Excel Transportation Services
Attn Richard V Merrill
17330 Preston Road, Suite 200C
Dallas, TX 75252-6035

Expedia Travel aka Travelscape, LLC & Hotels
Kirkpatrick & Lockhart Preston
925 Fourth Avenue, Suite 2900
Seattle WA, 98104-1158

# SERVICE LIST

Fairweather Holdings LLC
7063 NW 49th Street
Lauderhill, IL 33319-3428

Earlfield-Bayside Travel
124 Larchmont Avenue
Larchmont, NY 10538-2852

# SERVICE LIST

Ecolab Institutional
PO Box 70343
Chicago, IL 60673-0343


Embassy Suites Hotel
511 North Columbus Drive
Chicago, IL 60611-5591


Eved Services
2917 W Chase
Chicago, IL 60645-1213

Expedia Travel
10190 Covington Cross Drive
Las Vegas NV 89144-7054


Experient
108 Wilmont Rd., Ste 400
Deerfield, IL 60015-5101

Federal
2341 Ernie Krueger Circle
Waukegan, IL 60087-3225

# SERVICE LIST

Ferguson Enterprises Inc
9439 West Commercial Blvd
Tamarac, FL 33351-4384

Ecolab
Pest Elimination Division
PO Box 6007
Grand Forks, ND 58206-6007

# SERVICE LIST

Empress Travel
20 East 84 Street, 10th Floor
New York, NY 10028-0428

Ernest G Guillet
4020 East Ave
Rochester, NY 14618-3739

Excel Freight
PO Box 844711
Dallas, TX 75284-4711

Expedia Travel AKA Travelscape LLC &
Hotel.c
Kirkpatrick & Lockhart Preston Gates & E
Attn: Michael Gearin
925 Fourth Avenue Suite 2900
Seattle, WA 98104-1158

Fairmont Chicago
200 N Columbus Drive
Chicago, IL 60601-7899

Federal Companies
PO Box 1329
Peoria, IL 61654-1329

Finlek Matwick & Colson
203 North LaSalle St
Chicago I1 60601-1267

# SERVICE LIST

Five Star Laundry-Chicago LLC
1060 W Division Street
Chicago, IL 60642-4205

Francois Geneve Products
2112 W Grace Street
Chicago, IL 60618-4902

# SERVICE LIST

Gabriel Sarry
18820 West Dixie Highway
Miami, FL 33180-2634

Geoffrey L Hockman
The Falor Companies
980 N Michigan Ave Ste 1400
Chicago, IL 60611-7500

Global Management Service Inc
360 N Michigan Ave, Ste 1001
Chicago, IL 60601-3803

Gremley & Biedermann, Inc.
c/o Robbins, Salomon & Patt, Ltd.
25 E. Washington Street, Suite 1000
Chicago, IL 60602-1705

# SERVICE LIST

Foremost Travel & Tours
330 N Wabash Avenue, Ste 3005
Chicago, IL 60611-3746

# SERVICE LIST

GE Capital (Konica Minolta)
PO Box 740423
Atlanta, GA 30374-0423

Garvey's Office Products
7500 N Caldwell
Niles, IL 60714-3808

General Electric Capital Corp
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404-8247

Global Reservations
807 W Pioneer Drive
Irving, TX 75061-7433

Groope
10333 E Dry Creek Rd, Ste 220
Englewood, CO 80112-1590

# SERVICE LIST

Freeport Travel Services
1707 Market Place Blvd., Ste 360
Irving, TX 75063

# SERVICE LIST

GN Travel
2725 North Thatcher
River Grove, IL 60171-3110


Gil Yakimov
2330 NE 187th St
Miami, FL 33180


Global Water Technology Inc
17 W 22nd Street, Ste 320
Oakbrook Terrace, IL 60181

Greenwich Capital LLC
5735 Barrington Way
Boca Raton, FL 33496-2510


Gremley & Biedermann Inc
4505 North Elston
Chicago, IL 60630-4493

Guest Supply
PO Box 824700
Philadelphia, PA 19182-4700

# SERVICE LIST

Guest Supply LLC
PO Box 910
Monmouth Junction, NJ 08852

Guy T Mitchell
The Falor Companies
980 N Michigan Ave Ste 1400
Chicago, IL 60611-7500

# SERVICE LIST

H E R E I U Welfare & Pension Funds
PO Box 6557
Aurora, IL 60598


HER E I U Welfare Fund
c/o Andrea Flaherty
711 N Commons Drive
Aurora, IL 60504-4197

ED Supply Facilities Maintenance
PO Box 509055
San Diego, CA 92150-9055


HEREIU Welfare Fund
c/o Andrea Flaherty
711 N Commons Drive
Aurora, IL 60504-4197

Hall Erickson
98 E Naperville
Westmont, IL 60559-2197


Hayes Mechanical
2160 North Ashland Avenue
Chicago, IL 60614-3034

Helms Briscoe
20875 N 90th Place
Scottsdale, AZ 85255

# SERVICE LIST

Heritage Communications of Chicago
SDS 12-1277
PO Box 86
Minneapolis, MN 55486-0086

Heritage Food Service Equip Inc
PO Box 8710
Fort Wayne, IN 46898-8710

# SERVICE LIST

Heritage Food Service Equipment Inc HFSE
Attn Brian Reed
5130 Executive Blvd
Fort Wayne, IN 46808-1149

Hilton Illinois Corporation
d/b/a Palmer House Hilton
Baker,Miller,Markhoff,Krasny,LLC
29 W. Wacker Dr. 5th Floor
Chicago, IL 60606

Hiram Electrical Contractors Inc
1351 W Foster Avenue
Chicago, 11 60640-2214

Hiram Electrical Contractors, Inc
C/O Golan & Christie LLP
70 W Madison, Suite 1500
Chicago, IL 60602

Holiday Inn Hotel & Suites Chicago
506 West Harrison St
Chicago, IL 60607-4303

Holland Neff O'Nell/Michael S Haynes Gardere Wynne
Sewell LLP
1601 Elm St., Ste 3000
Dallas, TX 75201-4761

Horizon Meetings Inc
Tom Guyton
PO Box 500209
Austin, TX 78750-0209

Horizon Meetings and Events
2318 Rock Ledge Drive
Georgetown, TX 78626-7388

# SERVICE LIST

Hot Room
One East Erie Street, Suite 225
Chicago, IL 60611-4797

Hotel 71
Chicago H&S Hotel Property Perfect & Escapes
22 4th St #1120
San Francisco, CA 94103-3176

# SERVICE LIST

Hotel 71 Mezz Lender LLC
c/o Oaktree Capital Management LP
333 S Grand Ave 28th Floor
Los Angeles, CA 90071

Hotel Credit Association
PO Box 459
Grafton, IL 62037-0459

Hotel Locators.com
919 Garnet Avenue, Ste 216
San Diego, CA 92109-2744

Hotel Print Supply
1940 Elm Hill Pike
Nashville, TN 37210-3712

Hotel Reservation Mgmt
One East Erie Suite 225
Chicago, IL 60611-4797

Hotwire
333 Market St., Ste 100
San Francisco, CA 94105-2146

House of Blues Hotel
333 N Dearborn
Chicago, IL 60654-4880

# SERVICE LIST

Hubert
PO Box 631642
Cincinnati, OH 45263-1642

# SERVICE LIST

Hudson Boiler & Tank Co
1725 W Hubbard Street
Chicago, IL 60622-6293

IUOE Local 399 Deerfield Compensation
763 W Jackson Blvd
Chicago IL 60661-5411

Ice Mountain
2767 E Imperial Hwy
Brea, CA 92821-6713

Idan and Dor Levi
29 E Madison St 1317
Chicago, IL 60602

Ikon Office Solutions
PO Box 802566
Chicago, IL 60680-2566

Illinois Contract Glazing Inc
3600 16th Street
Zion, IL 60099-1424

Illinois Contract Glazing Inc
Law Office Reichstein
221 N LaSalle St Ste 1137
Chicago, IL 60601

Illinois Dept. Of Revenue Bankruptcy Unit
100 W. Randolph #7-400
Chicago, IL 60601-3218

# SERVICE LIST

Illinois Hotel & Lodging
27 East Monroe Ste 1200
Chicago, IL 60603-5672

# SERVICE LIST

Industrial Glass & Mirror Ltd
3424 N Cicero Avenue
Chicago, IL 60641-3718

InfoUsa
5711 S 86th Circle
Omaha NH 68127 -4146

Innovata, LLC
2800 vista Ridge Drive
Suwane, GA 30024-3510

Inspection & Valuation International
105 Corporate Park Drive
Ste 112
White Plains NY 10604-3814

Inteletravel.com
209 N Swinton Ave
Delray Beach, FL 33444-2723

International Union of Engineers
4115 Chesapeake St NW
Washington, DC 20016-4607

Interstate All Battery Center
PO Box 3244
Des Moines IA 50316-0244

# SERVICE LIST

J Spargo and Associates
11212 Waples Mill Rd Suite 112
Fairfax VA 22030-7404

JMR Investments, LLC
222 Merrill #100
Birmingham, MI 48009-6147

# SERVICE LIST

# SERVICE LIST

# SERVICE LIST

Jarratt Architecture
108 N Lafayette
South Lyon, MI 48178-1929


Jenner & Block LLP
ATTN: Ronald R. Peterson, Esq.
330 North Wabash Avenue
Chicago, IL 60611-3586


Jennifer Falor
The Falor Companies
980 N Michigan Ave Ste 1400
Chicago, IL 60611-7500

# SERVICE LIST

# SERVICE LIST

Johnson Water
220 W St Charles Road
Villa Park IL 60181-2497

Johnson Water Softner
220 W ST Charles
Villa Park IL 60181-2497

Joseph Weil and Sons Inc
5772 Collection Center Dr
Chicago IL 60693-0057

# SERVICE LIST

K3 & Associates
728 Cutter Lane
Barrington, IL 60010

Kallman Travel Services Inc
20 Harrison Ave
Waldwick NJ 07463-1757

# SERVICE LIST

Karl L Runcie
40 Joan Court
Elmont, NY 11008

Kevin Leonard
506 35th St
West Palm Beach, FL 33407

Khairulla Khan
65-25 Utopia Pare Way
Fresh Meadows, NY 11365

# SERVICE LIST

Kintetsu International Express
1325 Avenue of the Americas Ste 2002
New York NY 10019-6062

Konica Minolta Business Solutions
13847 Collections Center Drive
Chicago IL 60693-0138

# SERVICE LIST

Konica Minolta Business Solutions
150 South Wacker Ste 2300
Chicago, IL 60606-4212

Kutschke and Company
2506 Gross Point Road
Evanston, IL 60201-4929

Labriola Baking Company
5324 W 123rd Place
Alsip, IL 60803-3203

Lake County Press Inc
PO Box 9209
Waukegan, IL 60079-9209

Lakeshore Audio Visual
3912 West McLean Ave Bldg D
Chicago, IL 60647-5973

Lakeshore Audiovisual
3912 West Mclean Ave Building D
Chicago, IL 60647-5973

Lakeshore Audiovisual, Inc.
c/o Michael Giglio, as President
3912 W. McLean Ave., Bldg. D
Chicago, IL 60647-5973

Law Offices of Amesbury & Schutt
1120 Shadow lane Ste d
Las Vegas NV 89102-2339

# SERVICE LIST

Lemon Scents
1727 W Augusta Blvd
Chicago IL 60622-3207

Les Meubles Saint-Damase Inc
C/O Jonthan Strouse Holland & Knight LLP
131 S Dearborn St 29th floor
Chicago, IL 60603-5517

# SERVICE LIST

Liberty Travel
260 E 72nd St 2nd Ave
New York NY 10021

*Life Fitness div Brunswick Corp
Attn Alicia Cecconi
5100 N River Road
Schiller Park, IL 60176-1058

Lily Yood
5810 North Chicago
Chicago, IL 60659

Linden Travel
909 3rd Ave 12th floor
New York NY 10022-4731

Lindstrom Travel
5970 Guilford Rd
Rockford IL 61107-2595

Lisa Marino
343 S Dearborn St #1506
Chicago, IL 60604-4501

Local 1
55 W Van Buren
Chicago IL 60605-1110

*Location Solvers
5482 Wilshire blvd., Ste 161
Los Angeles CA 90036

# SERVICE LIST

LodgeNet
3900 West Innovation St
Sioux Falls SD 57107-7002

LodgeNet Entertainment Corp
Attn: Lynne Jones
3900 W Innovation Street
Sioux Falls, SD 57107-7002

# SERVICE LIST

Lodgenet
PO Box 952141
Saint Louis MO 63195-2141


Lynne Jones
M&M Special Events
493 Mission ST
Carol Stream IL 60188-9431

M.L. Rongo Inc
C/O Lamphier & Kowalkowski Ltd
568 Spring Road, Ste B
Elmhurst, IL 60126-3896


M.R. Hoffman
19831 Maydell Court
Tinley Park, IL 60487-4427

MDE Thermal Technologies
C/O Thermal Chicago Corp
200 W Jackson Blvd Ste 1310
Chicago, IL 60606-6941


MICROS Systems Inc
Attn Legal Dept
7031 Columbia Gateway Drive
Columbia, MD 21046-2583

MSD Investment Co LLC
222 Merrill Street Ste 100-
Birmingham MI 48009-6145

# SERVICE LIST

MTS
5316 W 124th St
Alsip IL 60803-3205

Madison Capital Funding
30 S Wacker Drive
Chicago, IL 60606-7413

# SERVICE LIST

Maggie Yanan
4203 N Damon St #3
Chicago, IL 60618-3021

Margaret Roberts Travel
18 W Side Square
Ste B
Macomb IL 61455-2249

Maria Turnblom
Severson Sheldon Dougherty & Molenda PA
7300 West 147th St Ste 600
Apple Valley, MN 55124-4517

Mark & Nicholas Glasow
Severson Sheldon Dougherty Molendal PA
7300 West 147th Street Ste 600
Apple Valley, Minnesota 55124-4517

# SERVICE LIST

Mark Rode
Severson Sheldon Dougherty & Molenda PA
7300 West 147th St., Ste 600
Apple Valley, MN 55124-4517

Mark Sportelli
Severson Sheldon Dougherty & Molenda PA
7300 West 147th St Ste 600
Apple Valley, MN 55124-4517

# SERVICE LIST

Mark Yost
Severson Sheldon Dougherty & Molenda PA
7300 West 147th St., Ste 600
Apple Valley, MN 55124-4517

Marlton Greene
Plaza 20Wrt70
Marlton NJ 08053-3010

Maupin Travel INc
2501 Blue Ridge Road Ste 425
Raleigh NC 27607-7517

Maynerd I Steinberg
Locke Lord Bissell & Liddell
111 South Wacker Drive
Chicago, IL 60606

McDaniel Travel/Travel today
2139B E Primose
Springfield MO 65804-4589

McFarlane Douglass & Companies
143 Tower Drive
Burr Ridge 11 60527-5779

# SERVICE LIST

MdT Destinationa Management
635 W 42nd St Ste 2200
New York NY 10036-1920

Melinda Yates
305 W Fayette Ste #1208
Baltimore, MD 21201-3464

# SERVICE LIST

Merrill Lynch
225 W Wacker Dr
Chicago, Il 60606-1283

Metropolitan Industries Inc
37 Forestwood Drive
Romeoville, IL 60446-1343

*Metropolitan Industries, Inc.
200 W. Adams St., Suite 2850
Chicago, IL 60606

Mickey's Linen
4601 W Addison St
Chicago IL 60641

Micro Systems Inc
931 Busse Road
Elk Grove Village IL 60007-2400

# SERVICE LIST

Mid America Telephone Systems Inc
18085 Edison Ave
Chesterfield MO 63005-3701

Midwest Access Services Inc
6200 S Sayre
Chicago, Il 60638-3914

# SERVICE LIST

Monarch Travel Services Inc
2100 Walnut St
Philadelphia PA 19103-4895


Muzak
655 W Grand Ste 350
Elmhurst IL 60126

Navigant International Northwest
1260 Mercer St
Seattle WA 98109-5577


NBTA
110 N Royal St 4th Fl
Alexandria VA 22314-3234

NBC Tourist Co
Shiha Kowa Bldg 1-15-11
Shiha Minota Japan 105-0014


NXT Comm
2500 Wilson Blvd Ste 300
Arlington VA 22201-3834

Nadeer Khan
c/o Peter Herman Tripp Scott PA
110 S H 6th St 15th Floor
Fort Lauderdale, FL 33301-5004

# SERVICE LIST

# SERVICE LIST

National Conference Service Inc
5556 Street Place Ste 200
Columbia MD 21044

National Conference Services Inc
MeroGroup Inc
Attn Lee
61 Broadway Se 1410
New York, NY 10006-2758

National Travel Services Inc
Charleston National Plaza Ste 100
Charleston WV 25301-2796

Navigant International South Central
55 W Monroe 38th Fl
Chicago IL 60603-5016

Navigant IntI Northeast
21 Daniel St Ste B
Postsmouth NH 03801-3868

Neopost Inc
PO Box 45800
San Francisco Ca 94145-0800

Neopost Leasing
PO box 45822
San Francisco CA 94145-0822

# SERVICE LIST

Neopost/Hasler Inc
120 N LaSalle St Ste 800
Chicago 11 60602-2428

Newmarket International
PO Box 845707
Boston Ma 02284-5707

# SERVICE LIST

Newmarket International Inc
13 5 Commerce Way
Portsmouth NH 03801-3243

Nickelson Industrial Service Inc
8501 S Baltimore St
Chicago, 11 60617-2636

Nighat Naseer
9600 SW 122 Ave
Miami, FL 33186

Nighat Naseer
C/O Tripp Scott PA
110 SE Sixth Street, 15th Floor
Fort Lauderdale, FL 33301-5004

Northwestern Medical Faculty
38693 Eagle Way
Chicago IL 60678-1386

Northwestern Memorial Hospital
PO Box 73690
Chicago IL 60673-7690

OPC Construction Inc
1500 Midway Court Suite W-12
Elk Grove Village, IL 60007-6606

Law Office Reichstein
221 N LaSalle Street Suite 1137
Chicago, IL 60601-1327

# SERVICE LIST

OPC Construction, Inc.
Law Office Reichstein
221 N LaSalle Street
Ste.1137
Chicago, IL 60601

Objecting JVPs
Andrew A Jacobson
Law Offices of Andrew A Jacobson Ltd
1 South Dearborn St, 21st Floor
Chicago, IL 60603-2307

# SERVICE LIST

Office of the Cook County Treasurer
118 N Clark Street
Rooms 112 and 212
Chicago, IL 60602-1304

Onvantage Inc
3920 Freedmon Cicle Drive Ste 200
Santa Clara Ca 95054

Online Hotels.com
3623 Fowler ST
Fort Myers Fl 33901-0904

Open Ocean Creative
115 w Main St Ste 210
West Dundee IL 60118-3804

Orbitz Hotel
Receipts
23531 Network Place
Chicago IL 60673-1235

Oscar B Johnson
14 Deacon Haynes Rd
Concord, MA 01742

PIA Inc
6 North Michigan Ave
Chicago, IL 60602-4880

PRA Destination Management
360 n Michigan Ave Ste 1003
Chicago IL 60601-3816

# SERVICE LIST

Pace Communications
Commercial Collection Consultants
PO Box 2609
Forney, TX 75126-2609

Pacific Travel
2725 Thatcher Ave
River Grove IL 60171-3110

# SERVICE LIST

Palmer House Hilton
17 E Monroe St
Chicago IL 60603-5608

Paper Direct
PO Box 2933
Colorado Springs Co 80901-2933

Party Linens
7780 S Dante Ave
Chicago IL 60619-3424

Passage International Inc
1260Mercer St
Seattle WA 98109-5577

Pat Walker Travel
449 S Beverly Drive
Beverly Hills Ca 90212

# SERVICE LIST

Paulina M Marshall
1435 W Taylor Street
Chicago IL 60607-4625

Pegasus Solutions
8350 N Central Expressway Ste 1900
Dallas TX 75206-1613

# SERVICE LIST

People Energy
130 E Randolph St
Chicago IL 60601-6302

Peoples Energy Services
205 N Michigan Ave
Suite 4216
Chicago 11 60601-5925

Pepsi Cola General Bottling
75 Remittance Drive
Ste 1884
Chicago IL 60675-1884

Perrin B Himmel
33 E Cedar St
Chicago IL 60611-1158

Power Graphics & Print
7345 Monticello
Skokie IL 60076-4024

# SERVICE LIST

Pitney Bowes
PO Box 856390
Louisville KY 40285-6390

Pomona Valley Hospital
1798 N Garay Ave
Ponoma CA 91767

# SERVICE LIST

# SERVICE LIST

# SERVICE LIST

Protravel International Inc
5 Beeker Farm Rd
Roseland NJ 07068-1741

Pure Power System
611 Landwehr Road
Northbrook IL 60062-2309

Pure Power Systems Inc
611 Landwehr Road
Northbrook, IL 60062-2309

Quality First Contracting Co
C/O Bill Ejzk, Brown Nudell
1332 North Halsted St #100
Chicago, IL 60642-2637

Quality First Contracting Company
350 West Hubbard Street, Suite 350
Chicago, Illinois 60654-5806

Quality Relocation Services Inc
1530 Wrightwood Court
Addison, IL 60101-3034

# SERVICE LIST

Quality Relocation Services, Inc.
c/o John Lipinsky
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, IL 60532-0916

Quality Reward Travel
10 0 Jefferson St
Washington MO 63090-2510

# SERVICE LIST

Quality Track
1601 N Palm Avenue, STe 211
Pembroke Pines, FL 33026-3204

Quikbook. com
381 Park Avenue South
New York, NY 10016-8813

Qwest Communications Corporation
Attn Jane Frey
1801 California St Rm 900
Denver, CO 80202-2609

R Hanes
43 Pierre Trudeau
Dollard Des Ormeaux, H9A 3J8
Quebec, Canada

Pioneer Court Florist
200 E Randolph
Chicago IL 60601-6436

RG Construction
400 N Rush
Chicago Il 60611

RG Construction Services Inc
936 Lorch Ave
Elmhurst, Il 60126

RE donnelley
8519 Innovation Way
Chicago 11 60682-0085

# SERVICE LIST

Randolph Floral Design Ltd
PO Box 2021
Bridgeview IL 60455-6021

# SERVICE LIST

Randy Grudzinski
511 North Avenue
Barrington, IL 60010

Raudis
4330 East-West Highway Ste 1100
Bethesda MD 20814-4408

Red Hen Bread
250 N Western Ave
Chicago 11 60612-2224

Rega, Steven
7321 Corkwood Terrace
Tamarac, FL 33321

Renovation Solutions
222 North Columbus Drive, #3801
Chicago, IL 60601-7965

Rich Worldwide Travel
500 Filth Ave Ste 415
New York NY 10110-0402

# SERVICE LIST

River North Sales Services
110 West Lake St
Chicago Il 60601

Road Rebel Entertainment Inc
725 13th St
San Diego CA 92101-7303

# SERVICE LIST

Robert D Falor
The Falor Companies
980 N Michigan Ave Ste 1400
Chicago, IL 60611-7500

Robert L Noven MAd
Executive Medical Svc of
3023 N Clark
Chicago IL 60657-5200

# SERVICE LIST

Roberts Environmental Control Corp
W Kent Carter
Clark Hill PLC
150 N Michigan Ave., Ste 2400
Chicago, IL 60601-3613

Roberts Environmental Control Corp.
James T Wasniewski
8500 W 185th St, Ste B
Tinley Park, 11 60487-9294

# SERVICE LIST

Rolfs Patisserie
4343 W Touhy Ave
Lincolnwood 11 60712-1908

Rome Associates LLP
541 n Fairbanks Court Suite 1700
Chicago IL 60611-3310

Ronnoco
4241 Sarpy
St Louis MO 63110-1704

S. L. Design
dba Structural Enterp
8 S Michigan Ave, Suite 3700
Chicago, IL 60603-3263

STS Consulting
750 Corporate Woods Parkway
Vernon Hills IL 60061-3153

Saaib Shaukat
c/o Peter Herman Tripp Scott PA
110 S E 6th St 15th Floor
Fort Lauderdale, FL 33301-5004

Saflok
1950 Austin Drive
Troy MI 48083-2205

# SERVICE LIST

# SERVICE LIST

Sara Lee Food Services
PO box 70819
Chicago IL 60673-0819


Securitas Security Services USA Inc
4330 Park Terrace Drive
Westlake Village, CA 91361
Attn: Barbara Miller

Security Research
800 E Northwest Highway Ste 430
Palatine IL 60074-6550


Sesac Inc
55 Music Square East
Nashville, TN 37203-4362

Seven Heaven Holdings Inc
2330 NE 187th St
Miami, FL 33180

# SERVICE LIST

# SERVICE LIST

Siemens Building Technologies Inc
7850 Collections Center Drive
Chicago IL 60693-0078

Siemens Cerberus Division
8340 S Madison St Ste 10
Burr Ridge, IL 60527-6598

Singer Travek A Virtuoso Age
18 Commerce Drive
Wyomissing PA 19610-1068

Site Selection Services
1809 Cottonwood Ave
Carlsbad, CA 92011-5141

Skyline Travel
35 KIngs Highway East Ste 111
Haddonfield NJ 08033-2025

Smith Travel Research
735 East Main St
Hendersonville, TN 37075-2754

# SERVICE LIST

# SERVICE LIST

South West Industries Inc
dba Anderson Elevator Co
2801 S 19th Avenue broadvie,
11 60155-4758

Southwest Industries Inc
dba Anderson Elevator Co
Thomas J Dillon Esq/Fadden & Dillon
120 S LaSalle St Ste 1335
Chicago, IL 60603

Star Mine
199 Freemont Street
San Francisco, CA 94105-2245

Stericycle Inc
1419 Lake Cook Road, Ste 410
Deerfield, IL 60015-5228

Structural LLC as assignee of S.L. Design, I
d/b/a Structural Enterprises
8 S. Michigan Ave., Suite 3700
Chicago, IL 60603-3263

# SERVICE LIST

Structural LLC as assignee of S.L. Design, I
d/b/a Structural Enterprises
Jeffrey P. Smith, Law Offices of Jeff Sm
1603 Orrington Ave, Suite 800
Evanston, IL 60201-3872

Structural LLC, assignee of S.L. Design, Inc
d/b/a Structural Enterprises
8 S. Michigan Ave., Suite 3700
Chicago, IL 60603-3263

# SERVICE LIST

Stuart Dean
870 W Division ST
Chicago IL 60642-4274

Studio/Gang/Architects
1212 N Ashland
Chicago, IL 60622-2253

Superior Knife Inc
8120 N Central Park Ave
Skokie IL 60076-2907

Suzanne Panico
1204 Chinaberry Dr
Weston, FL 33327

Sysco Food Service
PO Box 5037
Des Plaines IL 60017-5037

Systems Organization
1110- Brickell Ave Ste 701
Miami FL 33131-3136

Systems Union
PO Box 2730
Buffalo NY 14240-2730

# SERVICE LIST

TIG Global Inc
5335 Wisconsin Ave NW #700
Washington, DC 20015-2056

TIG Global LLC
5335 Wisconsin Ave NW Ste 780
Washington, DC 20015-2054

# SERVICE LIST

Tablet Inc
37 West 17th Street Ste 3E
New York, NY 10011-5523

Taho Investments, LLC
3330 NE 190 St #1516
Aventura, FL 33180

Talent Plus Inc
One Talent Plus Way
Lincoln, NE 68506-5987

Talley Management Group
19 Manutua Road
Mt Royal, NJ 08061-1006

Tech Target
117 Kendrick St #800
Needham Heights, MA 02494-2728

Tee Jay Service Company
PO Box 369
Batavia, IL 60510-0369

Terrill Holdings, LLC
Craig Terrill
419 Caesar Drive
Barrington, IL 60010

# SERVICE LIST

Terry Plumbing Company Inc
1942 S Halsted St
Chicago, IL 60608-3417

Thayer Interactive Group
2660 Woodley Rd, NW #2360
Washington, DC 20008-4106

# SERVICE LIST

The American Bottling Co., a corp
c/o Teller, Levit & Silvertrust, P.C.
11 East Adams; Suite 800
Chicago, IL 60603-6324

The Cawley Company
PO Box 3500
Carefree, AZ 85377-3500

The Chef's Garden Inc
9009 Huron-Avery Road
Huron, OH 44839-2448

The Formula Inc
401 East Los Olas Blvd, Ste 1400
Ft Lauderdale, FL 33301-2218

The Hotel at Auburn University
241 South College Street
Auburn, AL 36830-5429

The Johnson Studio
127 Peachtree Street, Ste 1717
Atlanta, GA 30303-1811

The Plitt Company
Dept 20-1108
Po Box 5940
Carol Stream, IL 60197-5940

The Puckett Group Inc
PO Box 3478
Greenville, SC 29602-3478

# SERVICE LIST

The Radio Direct Group
4253 N Avers Ave
Chicago, IL 60618-1801

The Talbott Hotel
20 Hast Delaware Place
Chicago, IL 60611-1431

# SERVICE LIST

The Tour Company Inc.
4320 Tollington Drive
Wilmington, NC 28412-0980

The West Paces Hotel Group, LLC.
3384 Peachtree Road Suite 375
Atlanta, GA 30326

Timothy Foley
C/O Benjamin W Ogg Esq Onda LaBuhn Rankin &
Boggs Co LPA
266 N 4th St., Ste 100
Columbus, OH 43215-2565

# SERVICE LIST

Top Flight Investments LLC
2401 Hassell Road, Ste 1515
Hoffman Estates, IL 60169

Torvac
PO Box 552210
Detroit, MI 48255-2210

# SERVICE LIST

Totaljobs Group Ltd
Wellesley Road
Sutton, Surrey
SM2 5NP England GB

Tour Connection
226 Walnut
Rochester, MI 48307-2051

Travel Escape LLC
DBA Expedia Travel
10190 Covingt
Las Vegas, NV 89144

Travel Experts
550 W Vista Way #102
Vista, CA 92083-5735

Travel Focus
12655 North Central Expy Ste 200
Dallas, TX 75243-1712

Travel Incorporated
4355 River Green Parkway
Duluth, GA 30096-2572

Travel One
1536 Street
Bedford, IN 47421

# SERVICE LIST

Travel Quest
305 Double D Drive
Prescott, AZ 86303-5811

# SERVICE LIST

Travel Technology Group LTD
110 W Hubbard St
Chicago, IL 60610

TravelCLICK
300 N Martingale Rd Ste 500
Schaumburg, IL 60173

TravelHero.com
7201 E camelback Road Ste 295
Scottsdale, AZ 85251-3327

TravelNow. com
4319 South National Ste 108
Springfield, MO 65810-2607

Travelclick Inc
2193 Paysphere Circle
Chicago, IL 60674-0001

Travelocity
3150 Sabre Drive, MD 9416
Southlake, TX 76092-2103

# SERVICE LIST

Twin City Travel(1989)Ltd_
Post Office Box 204
Hastings, New England 4215

# SERVICE LIST

Tzell Travel Group
119 W 40th Street, 14th Floor
New York, NY 10018-2509

UNITH HHRH National Retirement Fund
6 Blackstone Valley Place
Suite 302
Lincoln, RI 02865-1112

*UNITE HERE National Retirement Fund
C/O Schulte Roth and Zabel LLP
Attn Erica Frank
919 Third Avenue
New York, New York 10022

UNITE HERE National Retirement Fund
c/o HEREIU Wellare Fund/Andrea Flaherty
711 N Commons Drive
Aurora, IL 60504

UNITE HHRE National Retirement Fund
c/o Michele M Reynolds, attorney
8 S South Michigan Avenue, 19th Floor
Chicago, IL 60603

UNITE HERE National Retirement Fund
c/o Michele M. Reynolds, Attorney
8 S. Michigan Avenue
Chicago, IL 60603-3357

USA Today
Attn Manali Jacob
1000 Parkview Blvd
Lombard, IL 60148-3238

# SERVICE LIST

USFI Marketing Communications
12100 Ford Road, Ste 100
Dallas, TX 75234-7272

Unicorn Thermal Technologies Inc
30 W Monroe St, Suite 500
Chicago, IL 60603-2403

# SERVICE LIST

United Parcel Service
C/O RMS Bankruptcy Recovery Services
Po Box 4396
Timonium, Maryland 21094

United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0001

United Security Service Inc
2190 Paysphere Circle
Chicago, IL 60674-0001

United States Postal Service
CMRS-POC POC
PO Box 0575
Carol Stream, IL 60132-0001

Unites Service Companies
1550 S Indiana Ave, Ste 300
Chicago, IL 60605-4831

Upward Bound Travel
145 East 32nd Street, 8th Floor
New York, NY 10016-6055

VNU Expositions
1145 Sanctuary Parkway, Ste 355
Alpharetta, GA 30009-4772

# SERVICE LIST

Vision Service Plan - (IC) File m077
PO Box 6000
San Francisco, CA 94160-0001

# SERVICE LIST

WNUA-FM
3898 Collections Center Dr
Chicago, IL 60693-0038

Wachovia Bank, N.A., as special servicer
301 S College Street, NC 0122
Charlotte, NC 28202

Wachovia Ins Services
PO Box 3478
Greenville, SC 29602-3478

Waste Management
2421 W Peoria Ave Ste 110
Phoenix, AZ 85029-4942

Waste Management
PO Box 9001054
Louisville, KY 40290-1054

Waste Management Inc
1411 Opus Place
Downers Grove, IL 60515-1182

Werner-Nugent Plumbing Inc
14840 S McKinley Avenue
Posen, IL 60469

# SERVICE LIST

Certain Unit Buyers
c/o William J. Barrett, Esq.
Barack Ferrazzano Kirschbaum Nagelberg
200 West Madison Street, Suite 3900
Chicago, Illinois 60606-3459

West Paces Hotel Group LLC
c/o Wildman Harrold Allen & Dixen LLP
225 W Wacker Drive Ste 3000
Chicago, IL 60606-3007

# SERVICE LIST

West Valley Mission Community College
14000 Fruitvale Avenue
Saratoga, CA 95070-5698

White Way Sign
1317 N Clybourn Avenue
Chicago, IL 60610

White Way Sign
451 Kingston court
Mount Prospect, IL 60056-6068

Windy City Parking LLC
805 East Hillsboro Blvd
Deerfield Beach, FL 33441-3521

Wisniewski & Associates
118 N. Clinton St., Ste. 100-5
Chicago, IL 60661-2391

World Choice Travel
11300 Us Highway One, Ste 300
North Palm Beach, FL 33408-3236

World Cinema
9801 Westheimer, Ste 409
Houston, TX 77042

World Stone
1220 W Lake Street
Chicago, IL 60607-1602

# SERVICE LIST

World Travel Inc
1724 W Schuylkill Road
Douglassville, PA 19518-9139

Worldview Travel
101 Fourth Street, Ste 400
Santa Ana, CA 92701-4645

# SERVICE LIST

Wyndham Jade/AACC Housing
PO Box 866487, Ste 400
Plano, TX 75086-6487

eRoomSystem Technologies Inc
David Gestetner
1072 Madison Avenue
Lakewood, NJ 08701-2650

Madison House Travel
628 Broadway
Suite 502
New York NY 10012-2613

Quality First Contracting Company
350 West Hubbard Street; Suite 350
Chicago, IL 60610

Daniel P. Dawson
Nisen & Elliott, LLC
200 W. Adams St. Ste 2500
Chicago, IL 60606-5283

Hudson Boiler & Tank Co
1725 W. Hubbard Street
Chicago, IL 60622

# SERVICE LIST

Steven J Christenbolz Christenbolz & Associates, P.C.
4920 N. Bell Ave.
Chicago, IL 60625-1924

Saflok
1950 Austin Drive
Troy, MI 48083-2205

Patrick A Clisham
Shaw Gussis Fishman Glantz Wolfson
321 North Clark Street
Suite 800
Chicago, IL 60654-4766

Jason Horwitz Perkins Coie LLP
131 S. Dearborn Suite 1700
Chicago, IL 60603-5559

Jill R. Quinn
Law Offices Of Jill R. Quinn
4825 North Mason Ave # 105
Chicago, IL 60630-3187

Jhonny Prado Tile, Inc
c/o Joseph A. Baldi
Baldi Berg & Wallace, Ltd.
19 S. LaSalle Street; Suite 1500
Chicago, IL 60603

Federal Express
PO Box 7221
Pasadena, CA 91109-7321

Mirabella Foundation
c/o Law Offices of Jill R. Quinn
4825 North Mason Ave. #105
Chicago, IL 60630

# SERVICE LIST

Anichini Hospitality, Inc.
c/o Marcus D. Fruchter
Schopf & Weiss LLP
One South Wacker Drive; 28th Fl.
Chicago, IL 60606

Aaron Corporation
dba Travelhero.com
P.O. Box 13930
Scottsdale, AZ 85267-3930

D.E. Shaw & Co., L.P.
c/o George Panagakis
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Drive
Chicago, IL 60606

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

# SERVICE LIST

Alliance Fire Protection, Inc. 998
Forest Edge Drive
Vernon Hills, IL 60061-3105

World Cinema Inc
9801 Westheimer, Ste 409
Houston, TX 77042-3953

DLA Piper US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60601-1263