IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>Chicago H&S Hotel Property, L.L.C.,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 07-20088<br><br>Honorable Eugene Wedoff |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, December 18, 2012 at 9:30 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Eugene Wedoff, or any judge sitting in his stead, in Room 744 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the **MOTION FOR ENTRY OF A FINAL DECREE RECLOSING DEBTOR'S BANKRUPTCY CASE**, a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　CHICAGO H&S HOTEL PROPERTY, L.L.C.


　　　　　　　　　　　　　　　　　　　By:　　/s/ Daniel A. Zazove　　　
　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Daniel A. Zazove, ARDC No. 3104117
Kathleen A. Stetsko ARDC No 6297704
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
312.324.8400

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>Chicago H&S Hotel Property, L.L.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 07-20088<br><br>Honorable Eugene Wedoff |

**MOTION FOR ENTRY OF A FINAL DECREE**
**RECLOSING DEBTOR'S BANKRUPTCY CASE**

Chicago H&S Hotel Property, LLC (the "Debtor") submits this motion (the "Motion") for reentry of a final decree closing its bankruptcy case. In support of this Motion, the Debtor respectfully states as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. The statutory bases for the relief sought herein are section 350(a) of the United States Bankruptcy Code and Rule 3022-1 of the Local Rules for the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

**Background**

3. On October 29, 2007 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

4. On March 29, 2011, this Court entered a Final Decree Closing Debtor's Bankruptcy Case (*Docket No.* 986). On July 24, 2012, this Court entered an Order Reopening Case (*Docket No.* 997), allowing the case to be re-opened to administer newly discovered escrow funds.

5. On November 21, 2012, the Court entered an Order Granting Debtor's Motion (1) for Approval of its Settlement distributing ERISA Escrow Funds and (2) for Shortened and Reduced Notice.

6. The ERISA escrow funds have been distributed pursuant to the Court's Order and the agreement among the parties to the settlement. Pursuant to the settlement and the Court's Order, the disbursing agent for the Debtor will make any subsequent distributions to creditors in accordance with the Confirmed Plan.

7. Section 350(a) of the Bankruptcy Code provides in relevant part:

> "After an estate is fully administered and the court has discharged the trustee, the court shall close the case."

8. The Debtor requests that this Court reclose the bankruptcy case.

9. Six days notice of this Motion has been given to all parties who have requested ECF Court notice. Given the circumstances of this reopened case, the Debtor submits that notice is sufficient.

WHEREFORE, the Debtor respectfully requests that this Court enter a final decree reclosing this Chapter 11 case upon notice as provided above and granting such other relief as is necessary and proper.

Respectfully submitted,

CHICAGO H&S HOTEL PROPERTY, L.L.C.

By:   /s/ Daniel A. Zazove
One of Its Attorneys

-3-

Daniel A. Zazove, ARDC No. 3104117
Kathleen A. Stetsko ARDC No 6297704
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
312.324.8400

## CERTIFICATE OF SERVICE

I, Daniel A. Zazove, an attorney, certify that on December 13, 2012, I caused to be served via Court ECF upon all parties requesting ECF Service the preceding MOTION FOR ENTRY OF A FINAL DECREE RECLOSING DEBTOR'S BANKRUPTCY CASE.

/s/ Daniel A. Zazove_____